
# BALICK & BALICK

SIDNEY BALICK
ADAM BALICK
JOANNE CEBALLOS

SANDRA K. BATTAGLIA
  OF COUNSEL

711 KING STREET
WILMINGTON, DELAWARE 19801
(302) 658-4265
TELECOPIER (302) 658-1682

July 12, 2005

**VIA HAND DELIVERY**

Dr. Peter T. Dalleo
Clerk of the Court
United States District Court
  for the District of Delaware
844 King Street
Wilmington, DE 19801

      Re:   *DVI Creditors' Committee v. Michael O'Hanlon, et al.*
            *C.A. No. 04-955-GMS*

Dear Dr. Dalleo:

     Pursuant to Local Rule 83.7, please find enclosed a Withdrawal of Appearance for David M. Laigaie, whose motion for admission pro hac vice to represent defendant Harry Roberts was made on October 14, 2004. The firm with which Mr. Laigaie was previously associated, Miller Alfano & Raspanti P.C., continues to represent Mr. Roberts in this matter.

     Please do not hesitate to contact me if you have any questions regarding the enclosed.

                              Sincerely,

                              Joanne Ceballos

Enclosure
cc:    All Counsel of Record (w/enc.)(via electronic mail)