UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

---

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in-Possession, | : <br> : <br> : <br> : |
| Plaintiff, | : <br> : |
| -against- | :    Jury Trial Demanded <br> : |
| MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO, | : <br> : <br> :    04-955 <br> : <br> : <br> : |
| Defendants. | : |

WITHDRAWAL OF APPEARANCE FOR DAVID M. LAIGAIE

TO THE CLERK OF COURT:

    Kindly enter my withdrawal of appearance for Defendant Harry T.J. Roberts.

BY: _/s/ David M. Laigaie_
David M. Laigaie, Esquire
ECF# DL732
Dilworth Paxson LLP
3200 Mellon Bank Building
1735 Market Street
Philadelphia, PA 19103-7595
(215) 575-7168

DATED: June 23, 2005