IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> -against- <br><br> MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. CHON, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO <br><br> Defendants | : <br> : <br> : <br> : <br> : <br> :    No. 04-955 (GMS) <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

## NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE CLERK OF THE COURT:**

Kindly withdraw my appearance on behalf of Steven R. Garfinkel, defendant in the above-referenced action.

_____
Dawn N. Zubrick
Identification No. 4327
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899

**TO THE CLERK OF THE COURT:**

Kindly enter my appearance on behalf of Steven R. Garfinkel, defendant in the above-referenced action.

_____
Martin J. Weis
Identification No. 4333
DILWORTH PAXSON LLP
702 North King Street, Suite 500
First Federal Plaza
Wilmington, DE 19899

614033_1

## CERTIFICATE OF SERVICE

I, Dawn N. Zubrick, do hereby certify that on this 8th day of August, 2005, I caused a copy of the foregoing Notice of Substitution of Counsel to be served on all parties as follows:

Daniel Folt, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

David A. Felice, Esquire
Cozen & O'Connor
Suite 1400, Chase Manhattan Center
1201 North Market Street
Wilmington, DE 19801

Adam Balick, Esquire
Balick & Balick
Suite 710 Mellon Bank Center
Wilmington, DE 19801

Francis A. Monaco, Esquire
Joseph J. Bodnar , Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Patricia M. Hamill, Esquire
Conrad, O'Brien, Gellman and Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19103-1916

William P. Quinn, Jr., Esquire
Karen P. Pohlmann, Esquire
David W. Marston, Jr., Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106-2921

Gregory P. Miller, Esquire
Michael A. Morse, Esquire
Stephen G. Stroup, Esquire
Miller Alfano and Raspanti PC
1818 Market Street, Suite 3402
Philadelphia, PA 19103

Laurie Krepto, Esquire
Montgomery McCracken Walker & Rhoades, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

David E. Brand, Esquire
Prickett Jones & Elliott
11310 King Street Box 1328
Wilmington, DE 19801

Arthur G. Connolly, Jr., Esquire
Connolly Bove Lodge & Hutz, LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Richard L. Scheff, Esquire
Montgomery, McCracken Walker & Rhoades, LLP
123 South Broad Street
Philadelphia, PA 19109

Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris, LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Julian W. Freidman, Esquire
Maureen Nakly, Esquire
Stillman & Freidman, P.C.
425 Park Avenue
New York, New York 10022

Patrick J. Loftus
Duane Morris LLP
1650 Liberty Place
Philadelphia, PA 19103

614033_1

William J. Taylor, Esquire
Kevin Berry, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

J. Andrew Rahl, Jr., Esquire
Mark L. Weyman, Esquire
Michael J. Venditto, Esquire
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY 10020

_____
Dawn N. Zubrick

614033_1