IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. O'HANLON, et al., <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-955 (GMS) ) ) ) ) ) ) |

FILED SEP 2 0 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

## ORDER

WHEREAS the above-captioned matter was filed by the Official Committee of Unsecured Creditors of DVI, Inc. ("the Committee") on August 19, 2004 (D.I. 1);

WHEREAS the Committee admits that it was dissolved as of December 10, 2004, and that its claims against the defendants, as well as the claims of the creditors themselves, were assigned to a liquidating trust (D.I. 49 at 22);

WHEREAS the liquidating trustee is neither named as a plaintiff, nor alleged in the complaint to be entitled to relief as required by Fed. R. Civ. P. 8(a);

WHEREAS the docket does not reflect a motion to amend the complaint, or a motion to substitute the trustee as plaintiff;

WHEREAS the eight outstanding motions to dismiss brought by the defendants (D.I. 23, 25, 26, 28, 30, 32, 34, 36) are directed toward a now-defective complaint; and

WHEREAS the court will dismiss the complaint on all counts, and deny all outstanding motions as moot.

IT IS HEREBY ORDERED THAT:

1.  The complaint in the above-captioned action be DISMISSED on all counts; and

2.  All outstanding motions (D.I. 23, 25, 26, 28, 30, 32, 34, 36, 48) be DENIED as moot.

Dated: September 20, 2005

UNITED STATES DISTRICT JUDGE