UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in Possession<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | Civil Action No. 04-955-GMS |

**MOTION BY DENNIS J. BUCKLEY, AS TRUSTEE OF
THE DVI LIQUIDATING TRUST, IN SUPPORT OF HIS MOTION:
(i) TO VACATE THIS COURT'S ORDER, DATED SEPTEMBER 20, 2005,
DISMISSING THIS ACTION; AND (ii) FOR SUBSTITUTION AS PLAINTIFF**

For the reasons stated in the accompanying memorandum of law, Dennis J. Buckley, the Trustee of the DVI Liquidating Trust (the "Liquidating Trustee"), by and through his undersigned counsel, hereby moves, pursuant to Fed. R. Civ. P. 60(b), Local Rule 7.1.5, and the equitable powers of this Court, to vacate the Order, dated September 20, 2005, dismissing this action and denying as moot Defendants' motions to dismiss [Dkt. No. 79]. The Trustee additionally moves, pursuant to Fed. R. Civ. P. Rule 25(c), for an order substituting the Liquidating Trustee as plaintiff in place of the named plaintiff herein.

47672

-2-

Dated: September __, 2005         MONZACK AND MONACO, P.A.


By:  __/s/ Joseph J. Bodnar____
    Francis A. Monaco, Jr., Esq. (#2078)
    Joseph J. Bodnar, Esq. (#2512)
1201 Orange Street, Suite 400
Wilmington, Delaware 19801
(302) 656-8162

        - and -

ANDERSON KILL & OLICK, P.C.
    J. Andrew Rahl, Jr., Esq.
    Mark L. Weyman, Esq.
    Michael J. Venditto, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Attorneys for Dennis J. Buckley, as Trustee of the DVI Liquidating Trust

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in-Possession,<br><br>  Plaintiff,<br><br>  -against-<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br>  Defendants. | No.: 04-955-GMS |

**CERTIFICATE OF SERVICE**

   I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing Motion to Vacate and Memorandum of Law in Support of the Motion to Vacate was made via hand delivery, US Mail and/or electronic mail on September 23, 2005 the following parties:

Laurie A. Krepto, Esquire
De. Bar. No. 4109
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Richard L. Scheff, Esquire
John H. Lewis, Jr., Esquire
David D. Langfitt, Esquire
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad St., 28th Floor
Philadelphia, PA 19109

39808

Martin J. Weis, Esquire
De. Bar. No. 4327
**DILWORTH PAXSON LLP**
First Federal Plaza
Suite 500
Wilmington, DE 19801

Daniel V. Folt, Esquire
De. Bar. No. 3143
**DUANE MORRIS, LLP.**
1100 North Market Street
Wilmington, DE 19801

Kelly D. Eckel, Esquire
Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
**DUANE MORRIS, LLP**
One Liberty Place
Suite 4200
Philadelphia, PA 19103

David W. Marston, Jr., Esquire
William P. Quinn, Jr. Esquire
Karen Pieslak Pohlmann, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921


Adam Balick, Esquire
Joanne Ceballos, Esquire
D.E. Bar Nos. 2718, 2854
**BALICK & BALICK**
711 King Street
Wilmington, DE 19801

David M. Laigaie, Esquire
Michael A. Morse, Esquire
**MILLER, ALFANO & RASPANTI, P.C.**
1818 Market Street
Suite 3402
Philadelphia, PA 19103

David E. Brand, Esquire
De. Bar  No. 201
**PRICKETT, JONES & ELLIOTT**


39808

1310 King Street, Box 1328
Wilmington, DE 19899

Patricia M. Hamill, Esquire
**CONRAD O'BRIEN GELLMAN & ROHN, P.C.**
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916

David A. Felice   D.E. Bar Nos. #4090
Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801

William Taylor, Esquire
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103

Lauren E. Maguire
De. Bar. No.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

Julian W. Friedman, Esquire
**STILLMAN & FRIEDMAN, P.C.,**
425 Park Avenue
New York, New York 10022


Arthur G. Connolly, Jr., Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

         ___/s/ Heidi E. Sasso
         Heidi E. Sasso

39808