IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., <br><br>      Plaintiff, <br><br>    v. <br><br>MICHAEL A. O'HANLON, et al., <br><br>      Defendants. | ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 04-955 (GMS) |

## ORDER

    WHEREAS the above-captioned matter was filed by the Official Committee of Unsecured Creditors of DVI, Inc. ("the Committee") on August 19, 2004 (D.I. 1);

    WHEREAS the Committee was dissolved as of December 10, 2004, and its claims against the defendants, as well as the claims of the creditors themselves, were assigned to Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (D.I. 49 at 22);

    WHEREAS on September 20, 2005 the court dismissed the case in its entirety because the Committee, as the only named plaintiff, ceased to exist (D.I. 74);

    WHEREAS Buckley Trust promptly moved to vacate the order of September 20 and to substitute himself as plaintiff;

    WHEREAS that motion has not been opposed by any of the defendants;

    WHEREAS the court is inclined to grant relief from judgment pursuant to Fed. R. Civ. P. 60(b) and vacate the order of September 20; and

    WHEREAS the court will also grant the substitution pursuant to Fed. R. Civ. P. 25(c).

IT IS HEREBY ORDERED THAT:

1.     The motion to vacate and substitute (D.I. 75) be GRANTED;

2.     The caption of this case be ALTERED to reflect the substitution of Dennis J. Buckley, Trustee of the DVI Liquidating Trust, as plaintiff;

3.     The court's order of September 20, 2005 (D.I. 74) be VACATED;

4. The case be REOPENED; and

5. The previously-filed motions to dismiss (D.I. 23, 25, 26, 28, 30, 32, 34, 36, 48) be REINSTATED.


Dated: April 6, 2006                                            /s/ Gregory M. Sleet
                                                                UNITED STATES DISTRICT JUDGE