IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, TRUSTEE OF DVI LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. O'HANLON, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-955-GMS ) ) ) ) ) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, undersigned counsel moves the admission *pro hac vice* of William J. Taylor, Esquire; Kevin F. Berry, Esquire; and John C. Barnoski, Esquire to represent Anthony J. Turek in this matter.

                             David A. Felice (#4090)
                             Cozen O'Connor
                             1201 N. Market Street, Suite 1400
                             Wilmington, DE 19801
                             Telephone: (302) 295-2000
                             *Attorneys for Anthony J. Turek*

Date: April 20, 2006

### ORDER GRANTING MOTION

       IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____, 2006    _____
                                               Gregory M. Sleet
                                               UNITED STATES DISTRICT JUDGE