IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DINNIS J. BUCKLEY, Trustee of the DVI Liquidating Trust, | : |
| Plaintiff, | : |
| v. | : C. A. No. 04-955 GMS |
| MICHAEL A. O'HANLON, STEVEN R. GARINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. McHUGH, HARRY T. J. ROBERTS, and NATHAN SHAPIRO, | : |
| Defendants. | : |

**CERTIFICATE OF SERVICE**

I, Arthur G. Connolly, Jr., do hereby certify that on August 31, 2006, I electronically filed the foregoing with the Clerk of the Court using CM/ECF which will send notification of such filing to the following counsel of record:

Francis A. Monaco, Jr.
Joseph J. Bodnar
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

David E. Brand
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899

David A. Felice
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801

Joanne Ceballos
Adam L. Balick
Bifferato Gentilotti Biden & Balick
711 North King Street
Wilmington, DE 19801-3503

Martin James Weis
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

**Dawn N. Zubrick**
Administrative Office of the Court
New Castle County Courthouse
500 North King Street, Suite 11600
Wilmington, DE 19801-3734
(215) 569-2999
Email: DZubrick@klehr.com
*TERMINATED: 08/08/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin James Weis**
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
(215) 575-7110
Email: mweis@dilworthlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

　　　　　　　　　　　　　　　　　　　　　　　／s／ Arthur G. Connolly, III
　　　　　　　　　　　　　　　　　　　　　　　Arthur G. Connolly, III (#2667)

I further certify that on August 31, 2006, I did cause a copy of the foregoing to be mailed Via the United States Postal Service to the following non-registered participants:

J. Andrew Rahl, Jr., Esquire
Mark L. Weyman, Esquire
Michael J. Venditto, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

William P. Quinn, Jr., Esquire
Karen P. Pohlmann, Esquire
David W. Marston, Jr., Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Julian W. Freidman, Esquire
Maureen Nakly, Esquire
Stillman & Freidman, P.C.
425 Park Avenue
New York, NY 10022

Richard L. Scheff, Esquire
Montgomery, McCracken Walker & Rhoades, LLP
123 South Broad Street
Philadelphia, PA 19109

Patricia M. Hamill, Esquire
Conrad, O'Brien, Gellman and Rohn, P.C.
1515 Market Street, 15th Floor
Philadelphia, PA 19103

Gregory P. Miller, Esquire
Michael A. Morse, Esquire
Stephen G. Stroup, Esquire
Miller Alfano and Raspanti PC
1818 Market Street, Suite 3402
Philadelphia, PA 19103

_____
Arthur G. Connolly, III (#2667)