IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD D. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>          Defendants. | C.A. No. 04-955 (GMS) |

## ENTRY OF APPEARANCE

Please enter the appearance of Kathaleen McCormick of Duane Morris LLP, 1100 North Market Street, 12th Floor, Wilmington, Delaware 19801, as counsel to represent Defendants, John P. Boyle and Raymond D. Fear in the above-captioned matter.

Dated: April 12, 2007

/s/ Kathaleen McCormick
Kathaleen McCormick (Del. I.D. No. 4579)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
t: (302) 657-4900
f: (302) 657-4901
kmccormick@duanemorris.com
*Counsel to Defendants, John P. Boyle and Raymond D. Fear*

Of Counsel:
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Patrick Loftus, Esquire
DUANE MORRIS LLP
30 South 17th Street
On Liberty Place
Philadelphia, PA 19103

DM1\1087471.2