## CERTIFICATE OF SERVICE

I, Kathaleen McCormick, hereby certify that of a copy of the attached **Entry of Appearance** was sent by electronic mail and/or U.S. Mail postage prepaid on April 12, 2007 to the following individuals:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
*Attorney for Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

J. Andrew Rahl, Jr., Esquire,
Melissa Rubenstein, Esquire, and
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorney for Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King St.
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Richard E. Miller*

David A. Felice, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market St., Suite 1400
Wilmington, DE 19801
*Counsel for Anthony J. Turek*

Thomas A. Leonard, Esquire
William Leonard, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
One Penn Center, 19th Floor
1617 JFK Boulevard
Philadelphia, PA 19103
*Counsel for Gerald Cohn*

Adam Balick, Esquire
Joanne Ceballos, Esquire
Bifferato Gentilotti Biden & Balick, LLC
711 King Street
Wilmington, DE 19801
*Counsel for Harry T.J. Roberts*

Laurie A. Krepto, Esquire
Montgomery, McCracken,
Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Counsel for Michael O'Hanlon*

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Counsel for William S. Goldberg, John E. McHugh & Nathan Shapiro*

DM1\1087471.2

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801
*Counsel for Steven R. Garfinkel*

Maura Fay, Esquire
Dilworth Paxson LLP
1735 Market Street
Philadelphia, PA 19103
*Counsel for Steven R. Garfinkel*

Michael A. Morse, Esquire
Gregory P. Miller, Esquire
Stephen G. Stroup, Esquire
David M. Laigaie
Miller, Alfano & Raspanti, P.C.
1818 Market Street
Suite 3402
Philadelphia, PA 19103
*Counsel for Harry T. J. Roberts*

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Anthony J. Turek*

Phillip Trainer, Jr., Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
P. O. Box 1150
Wilmington, DE 19899

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109
*Counsel for Michael O'Hanlon*

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Counsel for Nathan Shapiro, John E. McHugh and William S. Goldberg*

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad O'Brien, Gellman & Rohn, P.C.
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916
*Counsel for Richard E. Miller*

Julian W. Friedman, Esquire
Stillman & Friedman, P.C.,
425 Park Avenue
New York, NY 10022
*Counsel for Gerald Cohn*


/s/ Kathaleen M. McCormick
Kathaleen McCormick (Del. I.D. No. 4579)