UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>                Plaintiff,<br><br>-against-<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br>                Defendants. | No.: 04-955-GMS |

**ENTRY OF APPEARANCE**

Please enter the appearance of Francis A. Monaco, Jr. of Monzack and Monaco, P.A., 1201 Orange Street, Suite 400, Wilmington, Delaware 19801, as counsel to represent the Plaintiff, Dennis J. Buckley, Trustee of the DVI Liquidating Trust in the above-captioned matter.

Dated: April 16, 2007

MONZACK and MONACO, P.A.

*/s/ Francis A. Monaco, Jr.*
Francis A. Monaco, Jr. (#2078)
1201 Orange Street, Ste. 400
Wilmington, DE 19801
T: (302) 656-8162
F: (302) 656-2769
fmonaco@monlaw.com

Counsel to the Plaintiff

61098