UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in-Possession,<br><br>       Plaintiff,<br><br> -against-<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br>       Defendants. | No.: 04-955-GMS |

**CERTIFICATE OF SERVICE**

  I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via hand delivery, US Mail and/or electronic mail on April 16, 2007 the following parties:

Laurie A. Krepto, Esquire
De. Bar. No. 4109
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**
123 South Broad St., 28th Floor
Philadelphia, PA 19109


Martin J. Weis, Esquire
De. Bar. No. 4327
**DILWORTH PAXSON LLP**
First Federal Plaza
702 North King St., Suite 500
Wilmington, DE 19801


39808

Maura Fay, Esquire
**DILWORTH PAXSON LLP**
1735 Market Street
Philadelphia, PA 19103

Kelly D. Eckel, Esquire
Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
**DUANE MORRIS, LLP**
One Liberty Place
Suite 4200
Philadelphia, PA 19103

Kathaleen McCormick, Esquire
**DUANE MORRIS, LLP**
1100 North Market Street, Ste. 1200
Wilmington, DE 19801

David W. Marston, Jr., Esquire
William P. Quinn, Jr. Esquire
Karen Pieslak Pohlmann, Esquire
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921

Michael A. Morse, Esquire
Gregory P. Miller, Esquire
Stephen G. Stroup, Esquire
**MILLER, ALFANO & RASPANTI, P.C.**
1818 Market Street
Suite 3402
Philadelphia, PA 19103

David E. Brand, Esquire
**PRICKETT, JONES & ELLIOTT**
1310 King Street, Box 1328
Wilmington, DE 19899

Patricia M. Hamill, Esquire
Paul Greco, Esquire
**CONRAD O'BRIEN GELLMAN**
**& ROHN, P.C.**
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916

39808

David A. Felice
Cozen O'Connor
1201 North Market Street
Wilmington, Delaware 19801

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
**COZEN O'CONNOR**
1900 Market Street
Philadelphia, PA 19103

Philip Trainer, Jr., Esq.
Lauren E. Maguire, Esq.
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, Delaware 19899

Julian W. Friedman, Esquire
**STILLMAN & FRIEDMAN, P.C.,**
425 Park Avenue
New York, New York 10022

Arthur G. Connolly, Jr., Esquire
**Connolly Bove Lodge & Hutz**
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Adam Balick, Esq.
Joanne Ceballos, Esq.
**Bifferato Gentilotti Biden & Balick**
711 North King Street
Wilmington, DE 19801

                                              ___/s/ Heidi E. Sasso
                                              Heidi E. Sasso

39808