IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS, ET AL.,<br>v.<br><br>MICHAEL O'HANLON, et al. | :<br>:<br>:<br>:<br>:<br>: | Civil Action No. 1:04-cv-0955-GMS<br><br>Gregory M. Sleet, U.S.D.J. |

**STIPULATION BETWEEN PLAINTIFF DENNIS J. BUCKLEY, LIQUIDATING TRUSTEE AND/OR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ET., AL., AND DEFENDANTS RICHARD E. MILLER, HARRY T.J. ROBERTS, GERALD L. COHN, JOHN BOYLE, RAYMOND FEAR, ANTHONY TUREK, JOHN E. McHUGH, WILLIAM S. GOLDBERG, NATHAN SHAPIRO, STEVEN R. GARFINKEL, AND MICHAEL O'HANLON EXTENDING THE TIME TO ANSWER PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiffs Dennis J. Buckley, Liquidating Trustee, (substituted as Plaintiff and party in interest for the Official Committee of Unsecured Creditors, et. al.), and defendants Michael A. O'Hanlon, Richard E. Miller, Harry T.J. Roberts, Gerald L. Cohn, John Boyle, Raymond Fear, Nathan Shapiro, Steven R. Garfinkel, William S. Goldberg, John E. McHugh, and Anthony Turek that defendants shall have until Monday, May 7, 2007 to file their answers, affirmative defenses, and cross-claims in this matter. It is further agreed that this extension shall have no effect on discovery in the four matters related to DVI, Inc. and DVIFS pending in the United States District Court for the Eastern District of Pennsylvania: (In re DVI, Inc. Securities Litigation, No. 03-5336, WM High Yield Fund, et al. v. O'Hanlon, et al., No. 04-CV-3423, Fleet National Bank v. O'Hanlon, No. 04-CV-1277; and Buckley v. Clifford Chance, et al., No. 2:06-CV-1003 respectively).

Dated: April 20, 2007                By: /s/ Francis A. Monaco, Jr.
                                              Francis A. Monaco, Jr. (Del Bar No. 2078)
                                              Monzack & Monaco, P.A.
                                              1201 North Orange Street, Suite 400
                                              P.O. Box 2031
                                              Wilmington, DE 19899

J. Andrew Rahl, Jr., Esquire
John Scott, Esquire
Melissa Rubenstein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for Plaintiff Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

Dated: April ___, 2007            By: _____
                                            David E. Brand, Esq. (Del Bar. No.    )
                                            Prickett, Jones & Elliot, P.A.
                                            1310 King Street
                                            Wilmington, DE 19899

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
(215) 864-9600

*Attorneys for Defendant Richard E. Miller*

Dated: April ___, 2007            By: _____
                                            David A. Felice, Esquire (Del Bar. No. 4090)
                                            Cozen O'Connor
                                            Chase Manhattan Centre
                                            1201 North Market Street, Suite 1400
                                            Wilmington, DE 19801

Dated: April ___, 2007               By: _____
                                           Francis A. Monaco, Jr. (Del Bar No.      )
                                           Monzack & Monaco, P.A.
                                           1201 North Orange Street, Suite 400
                                           P.O. Box 2031
                                           Wilmington, DE 19899

                                           *Attorneys for Official Committee of Unsecured
                                           Creditors of DVI, Inc., et al.*

Dated: April ___, 2007               By: _____
                                           J. Andrew Rahl, Jr., Esquire (Del Bar No.      )
                                           Melissa Rubenstein, Esquire (Del Bar No.      )
                                           Danielle Marlow, Esquire (Del Bar No.      )
                                           Anderson Kill & Olick, P.C.
                                           1251 Avenue of the Americas
                                           New York, NY 10020

                                           *Dennis J. Buckley, Trustee of the
                                           DVI Liquidating Trust*

Dated: April 11, 2007                By: /s/ David E. Brand
                                           David E. Brand, Esq. (Del Bar. No. 201)
                                           Prickett, Jones & Elliot, P.A.
                                           1310 King Street
                                           Wilmington, DE 19899

                                           Patricia M. Hamill, Esquire
                                           Vincent T. Cieslik, Esquire
                                           CONRAD O'BRIEN GELLMAN & ROHN, P.C.
                                           1515 Market Street, Sixteenth Floor
                                           Philadelphia, PA 19102-1916
                                           (215) 864-9600

                                           *Attorneys for Defendant
                                           Richard E. Miller*

Dated: April __, 2007                By: _____
                                           David A. Felice, Esquire (Del Bar. No. 4090)
                                           Cozen O'Connor
                                           Chase Manhattan Centre
                                           1201 North Market Street, Suite 1400
                                           Wilmington, DE 19801

                                    William J. Taylor, Esquire
                                    John Barnoski, Esquire
                                    Cozen & O'Connor
                                    The Atrium
                                    1900 Market Street
                                    Philadelphia, PA 19103

                                    *Attorneys for Defendant*
                                    *Anthony J. Turek*

Dated: April 12, 2007          By: /s/ Kathaleen McCormick
                                    Kathaleen McCormick (Del. I.D. No. 4579)
                                    Duane Morris LLP
                                    1100 N. Market Street, Suite 1200
                                    Wilmington, DE 19801

                                    Robert E. Kelly, Esquire
                                    Kelly D. Eckel, Esquire
                                    Patrick Loftus, Esquire
                                    Duane Morris, LLP
                                    30 South 17th Street
                                    One Liberty Place
                                    Philadelphia, PA 19103

                                    *Attorneys for Defendants*
                                    *John Boyle and Raymond Fear*

Dated: April ___, 2007        By: _____
                                    Kellie M. MacCready, Esquire (Del Bar No. 4574)
                                    Obermayer Rebmann Maxwell & Hippel LLP
                                    3 Mill Road, Suite 306A
                                    Wilmington, DE 19806

                                    *Attorney for Defendant Gerald Cohn*

Dated: April ___, 2007        By: _____
                                    Adam Balick, Esquire (Del Bar. No. 2718)
                                    Joanne Ceballas, Esquire (Del Bar. No. 2854)
                                    Balick & Balick, LLC
                                    711 King Street
                                    Wilmington, DE 19801

                        William J. Taylor, Esquire
                        John Barnoski, Esquire
                        Cozen & O'Connor
                        The Atrium
                        1900 Market Street
                        Philadelphia, PA 19103

                        *Attorneys for Defendant*
                        *Anthony J. Turek*

Dated: April ___, 2007        By: _____
                                         Kathaleen McCormick (Del. I.D. No. 4579)
                                         Duane Morris LLP
                                         1100 N. Market Street, Suite 1200
                                         Wilmington, DE 19801

                                         Robert E. Kelly, Esquire
                                         Kelly D. Eckel, Esquire
                                         Patrick Loftus, Esquire
                                         Duane Morris, LLP
                                         30 South 17th Street
                                         One Liberty Place
                                         Philadelphia, PA 19103

                                         *Attorneys for Defendants*
                                         *John Boyle and Raymond Fear*

Dated: April *11*, 2007       By: /s/ Kellie M. MacCready
                                         Kellie M. MacCready, Esquire (Del Bar No. 4574)
                                         Obermayer Rebmann Maxwell & Hippel LLP
                                         3 Mill Road, Suite 306A
                                         Wilmington, DE 19806

                                         *Attorney for Defendant Gerald Cohn*

Dated: April ___, 2007       By: _____
                                         Adam Balick, Esquire (Del Bar. No. 2718)
                                         Joanne Ceballas, Esquire (Del Bar. No. 2854)
                                         Balick & Balick, LLC
                                         711 King Street
                                         Wilmington, DE 19801

                                                William J. Taylor, Esquire
                                                John Barnoski, Esquire
                                                Cozen & O'Connor
                                                The Atrium
                                                1900 Market Street
                                                Philadelphia, PA 19103

                                                *Attorneys for Defendant*
                                                *Anthony J. Turek*

Dated: April ___, 2007               By: _____
                                                Kathaleen McCormick (Del. I.D. No. 4579)
                                                Duane Morris LLP
                                                1100 N. Market Street, Suite 1200
                                                Wilmington, DE 19801

                                                Robert E. Kelly, Esquire
                                                Kelly D. Eckel, Esquire
                                                Patrick Loftus, Esquire
                                                Duane Morris, LLP
                                                30 South 17th Street
                                                One Liberty Place
                                                Philadelphia, PA 19103

                                                *Attorneys for Defendants*
                                                *John Boyle and Raymond Fear*

Dated: April ___, 2007               By: _____
                                                Kellie M. MacCready, Esquire (Del Bar No. 4574)
                                                Obermayer Rebmann Maxwell & Hippel LLP
                                                3 Mill Road, Suite 306A
                                                Wilmington, DE 19806

                                                *Attorney for Defendant Gerald Cohn*

Dated: April 11, 2007               By: _____
                                                Adam Balick, Esquire (Del Bar. No. 2718)
                                                Joanne Ceballos, Esquire (Del Bar. No. 2854)
                                                Balick & Balick, LLC
                                                711 King Street
                                                Wilmington, DE 19801

Gregory Miller, Esquire
Stephen G. Stroup, Esquire
Miller Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103

*Attorneys for Defendant*
*Harry T. J. Roberts*

Dated: April 11, 2007                By: /s/ Laurie A. Krepto
                                     Laurie A. Krepto, Esquire (Del Bar No. 4109)
                                     Montgomery, McCracken, Walker
                                        & Rhoads, LLP
                                     300 Delaware Avenue, Suite 750
                                     Wilmington, DE 19801-1607

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker
   & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109

*Attorney for Defendant*
*Michael O'Hanlon*

Dated: April ___, 2007              By: _____
                                    Arthur G. Connolly, Jr., Esquire (Del Bar No.    )
                                    Connolly, Bover, Lodge & Hutz
                                    The Nemours Building
                                    1007 North Orange Street
                                    P.O. Box 2207
                                    Wilmington, DE 19899

Gregory Miller, Esquire
Stephen G. Stroup, Esquire
Miller Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103

*Attorneys for Defendant*
*Harry T. J. Roberts*

Dated: April ___, 2007        By: _____
                              Laurie A. Krepto, Esquire (Del Bar No. 4109)
                              Montgomery, McCracken, Walker
                                & Rhoads, LLP
                              300 Delaware Avenue, Suite 750
                              Wilmington, DE 19801-1607

                              Richard L. Scheff, Esquire
                              Jeffrey Feldman, Esquire
                              Montgomery, McCracken, Walker
                                & Rhoads, LLP
                              123 South Broad Street
                              Avenue of the Arts
                              Philadelphia, PA 19109

                              *Attorney for Defendant*
                              *Michael O'Hanlon*

Dated: April 13, 2007         By: _____
                              Arthur G. Connolly, Jr., Esquire (Del Bar No. 496)
                              Connolly, Bover, Lodge & Hutz
                              The Nemours Building
                              1007 North Orange Street
                              P.O. Box 2207
                              Wilmington, DE 19899