UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. McHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>　　　　　Defendants. | C.A. No. 04-955 (GMS) |

### ENTRY OF APPEARANCE

Please enter the appearance of Kellie M. MacCready of Obermayer Rebmann Maxwell & Hippel LLP, 3 Mill Road, Suite 306A, Wilmington, Delaware 19806, as counsel to represent Gerald J. Cohn in the above-captioned matter.

Dated: __April 19, 2007__

_/s/ Kellie M. MacCready_
Kellie M. MacCready (Del. I.D. No. 4574)
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806
t: (302) 655-9094
f: (302) 658-8051
kellie.maccready@obermayer.com
*Counsel to Defendant,*
*Gerald J. Cohn*

Of Counsel:
Thomas A. Leonard, Esquire
William J. Leonard, Esquire
Obermayer Rebmann Maxwell & Hippel LLP
One Penn Center, 19th Floor
Philadelphia PA 19103-1895

Julian W. Friedman, Esquire
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022

4148409