IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ET AL., <br> v. <br> MICHAEL O'HANLON, et al. | Civil Action No. 1:04-cv-0955-GMS <br><br> Gregory M. Sleet, U.S.D.J. |

**STIPULATION BETWEEN PLAINTIFF DENNIS J. BUCKLEY, LIQUIDATING TRUSTEE AND/OR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, ET., AL., AND DEFENDANTS RICHARD E. MILLER, HARRY T.J. ROBERTS, GERALD L. COHN, JOHN BOYLE, RAYMOND FEAR, ANTHONY TUREK, JOHN E. McHUGH, WILLIAM S. GOLDBERG, NATHAN SHAPIRO, STEVEN R. GARFINKEL, AND MICHAEL O'HANLON EXTENDING THE TIME TO ANSWER PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED AND AGREED between counsel for Plaintiffs Dennis J. Buckley, Liquidating Trustee, (substituted as Plaintiff and party in interest for the Official Committee of Unsecured Creditors, et. al.), and defendants Michael A. O'Hanlon, Richard E. Miller, Harry T.J. Roberts, Gerald L. Cohn, John Boyle, Raymond Fear, Nathan Shapiro, Steven R. Garfinkel, William S. Goldberg, John E. McHugh, and Anthony Turek that defendants shall have until Monday, May 7, 2007 to file their answers, affirmative defenses, and cross-claims in this matter. It is further agreed that this extension shall have no effect on discovery in the four matters related to DVI, Inc. and DVIFS pending in the United States District Court for the Eastern District of Pennsylvania: (In re DVI, Inc. Securities Litigation, No. 03-5336, WM High Yield Fund, et al. v. O'Hanlon, et al., No. 04-CV-3423, Fleet National Bank v. O'Hanlon, No. 04-CV-1277; and Buckley v. Clifford Chance, et al., No. 2:06-CV-1003 respectively).

Dated: April 30, 2007  By: /s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr. (Del Bar No. 2078)
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

J. Andrew Rahl, Jr., Esquire
John Scott, Esquire
Melissa Rubenstein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

*Attorneys for Plaintiff Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

Dated: April ___, 2007  By:_____
David E. Brand, Esq. (Del Bar. No.    )
Prickett, Jones & Elliot, P.A.
1310 King Street
Wilmington, DE 19899

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
(215) 864-9600

*Attorneys for Defendant Richard E. Miller*

Dated: April ___, 2007  By: _____
David A. Felice, Esquire (Del Bar. No. 4090)
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Dated: April ___, 2007      By: _____
                                Francis A. Monaco, Jr. (Del Bar No.      )
                                Monzack & Monaco, P.A.
                                1201 North Orange Street, Suite 400
                                P.O. Box 2031
                                Wilmington, DE 19899

                                *Attorneys for Official Committee of Unsecured
                                Creditors of DVI, Inc., et al.*

Dated: April ___, 2007      By: _____
                                J. Andrew Rahl, Jr., Esquire (Del Bar No.    )
                                Melissa Rubenstein, Esquire (Del Bar No.     )
                                Danielle Marlow, Esquire (Del Bar No.        )
                                Anderson Kill & Olick, P.C.
                                1251 Avenue of the Americas
                                New York, NY 10020

                                *Dennis J. Buckley, Trustee of the
                                DVI Liquidating Trust*

                            By: _____
Dated: April 1\_, 2007          David E. Brand, Esq. (Del Bar. No. 20\ )
                                Prickett, Jones & Elliot, P.A.
                                1310 King Street
                                Wilmington, DE 19899

                                Patricia M. Hamill, Esquire
                                Vincent T. Cieslik, Esquire
                                CONRAD O'BRIEN GELLMAN & ROHN, P.C.
                                1515 Market Street, Sixteenth Floor
                                Philadelphia, PA 19102-1916
                                (215) 864-9600

                                *Attorneys for Defendant
                                Richard E. Miller*

Dated: April __, 2007       By: _____
                                David A. Felice, Esquire (Del Bar. No. 4090)
                                Cozen O'Connor
                                Chase Manhattan Centre
                                1201 North Market Street, Suite 1400
                                Wilmington, DE 19801

                William J. Taylor, Esquire
                John Barnoski, Esquire
                Cozen & O'Connor
                The Atrium
                1900 Market Street
                Philadelphia, PA 19103

                *Attorneys for Defendant*
                *Anthony J. Turek*

Dated: April 12, 2007      By: /s/ Kathaleen McCormick
                                   Kathaleen McCormick (Del. I.D. No. 4579)
                                   Duane Morris LLP
                                   1100 N. Market Street, Suite 1200
                                   Wilmington, DE 19801

                Robert E. Kelly, Esquire
                Kelly D. Eckel, Esquire
                Patrick Loftus, Esquire
                Duane Morris, LLP
                30 South 17th Street
                One Liberty Place
                Philadelphia, PA 19103

                *Attorneys for Defendants*
                *John Boyle and Raymond Fear*

Dated: April ___, 2007      By: _____
                                   Kellie M. MacCready, Esquire (Del Bar No. 4574)
                                   Obermayer Rebmann Maxwell & Hippel LLP
                                   3 Mill Road, Suite 306A
                                   Wilmington, DE 19806

                *Attorney for Defendant Gerald Cohn*

Dated: April ___, 2007      By: _____
                                   Adam Balick, Esquire (Del Bar. No. 2718)
                                   Joanne Ceballas, Esquire (Del Bar. No. 2854)
                                   Balick & Balick, LLC
                                   711 King Street
                                   Wilmington, DE 19801

                          William J. Taylor, Esquire
                          John Barnoski, Esquire
                          Cozen & O'Connor
                          The Atrium
                          1900 Market Street
                          Philadelphia, PA 19103

                          *Attorneys for Defendant*
                          *Anthony J. Turek*

Dated: April ___, 2007        By: _____
                                      Kathaleen McCormick (Del. I.D. No. 4579)
                                        Duane Morris LLP
                                        1100 N. Market Street, Suite 1200
                                        Wilmington, DE 19801

                                        Robert E. Kelly, Esquire
                                        Kelly D. Eckel, Esquire
                                        Patrick Loftus, Esquire
                                        Duane Morris, LLP
                                        30 South 17th Street
                                        One Liberty Place
                                        Philadelphia, PA 19103

                                        *Attorneys for Defendants*
                                        *John Boyle and Raymond Fear*

Dated: April _11_, 2007       By: _____
                                        Kellie M. MacCready, Esquire (Del Bar No. 4574)
                                        Obermayer Rebmann Maxwell & Hippel LLP
                                        3 Mill Road, Suite 306A
                                        Wilmington, DE 19806

                                        *Attorney for Defendant Gerald Cohn*

Dated: April ___, 2007        By: _____
                                        Adam Balick, Esquire (Del Bar. No. 2718)
                                        Joanne Ceballas, Esquire (Del Bar. No. 2854)
                                        Balick & Balick, LLC
                                        711 King Street
                                        Wilmington, DE 19801

                          William J. Taylor, Esquire
                          John Barnoski, Esquire
                          Cozen & O'Connor
                          The Atrium
                          1900 Market Street
                          Philadelphia, PA 19103

                          *Attorneys for Defendant*
                          *Anthony J. Turek*

Dated: April ___, 2007        By: _____
                          Kathaleen McCormick (Del. I.D. No. 4579)
                          Duane Morris LLP
                          1100 N. Market Street, Suite 1200
                          Wilmington, DE 19801

                          Robert F. Kelly, Esquire
                          Kelly D. Eckel, Esquire
                          Patrick Loftus, Esquire
                          Duane Morris, LLP
                          30 South 17th Street
                          One Liberty Place
                          Philadelphia, PA 19103

                          *Attorneys for Defendants*
                          *John Boyle and Raymond Fear*

Dated: April ___, 2007        By: _____
                          Kellie M. MacCready, Esquire (Del Bar No. 4574)
                          Obermayer Rebmann Maxwell & Hippel LLP
                          3 Mill Road, Suite 306A
                          Wilmington, DE 19806

                          *Attorney for Defendant Gerald Cohn*

Dated: April 11, 2007         By: _____
                          Adam Balick, Esquire (Del Bar. No. 2718)
                          Joanne Ceballos, Esquire (Del Bar. No. 2854)
                          Balick & Balick, LLC
                          711 King Street
                          Wilmington, DE 19801

        Gregory Miller, Esquire
        Stephen G. Stroup, Esquire
        Miller Alfano & Raspanti, P.C.
        1818 Market Street, Suite 3402
        Philadelphia, PA 19103

        *Attorneys for Defendant*
        *Harry T. J. Roberts*

Dated: April 11, 2007      By: /s/ Laurie A. Krepto
        Laurie A. Krepto, Esquire (Del Bar No. 4109)
        Montgomery, McCracken, Walker
          & Rhoads, LLP
        300 Delaware Avenue, Suite 750
        Wilmington, DE 19801-1607

        Richard L. Scheff, Esquire
        Jeffrey Feldman, Esquire
        Montgomery, McCracken, Walker
          & Rhoads, LLP
        123 South Broad Street
        Avenue of the Arts
        Philadelphia, PA 19109

        *Attorney for Defendant*
        *Michael O'Hanlon*

Dated: April ___, 2007      By: _____
        Arthur G. Connolly, Jr., Esquire (Del Bar No.    )
        Connolly, Bover, Lodge & Hutz
        The Nemours Building
        1007 North Orange Street
        P.O. Box 2207
        Wilmington, DE 19899

>Gregory Miller, Esquire
>Stephen G. Stroup, Esquire
>Miller Alfano & Raspanti, P.C.
>1818 Market Street, Suite 3402
>Philadelphia, PA 19103
>
>*Attorneys for Defendant*
>*Harry T. J. Roberts*

Dated: April ___, 2007    By: _____
>Laurie A. Krepto, Esquire (Del Bar No. 4109)
>Montgomery, McCracken, Walker
>  & Rhoads, LLP
>300 Delaware Avenue, Suite 750
>Wilmington, DE 19801-1607
>
>Richard L. Scheff, Esquire
>Jeffrey Feldman, Esquire
>Montgomery, McCracken, Walker
>  & Rhoads, LLP
>123 South Broad Street
>Avenue of the Arts
>Philadelphia, PA 19109
>
>*Attorney for Defendant*
>*Michael O'Hanlon*

Dated: April 13, 2007    By: _____
>Arthur G. Connolly, Jr., Esquire (Del Bar No. 496)
>Connolly, Bover, Lodge & Hutz
>The Nemours Building
>1007 North Orange Street
>P.O. Box 2207
>Wilmington, DE 19899