# PRICKETT, JONES & ELLIOTT
A PROFESSIONAL ASSOCIATION
1310 KING STREET, BOX 1328
WILMINGTON, DELAWARE 19899
TEL: (302) 888-6500
FAX: (302) 658-8111
http://www.prickett.com

Writer's Direct Dial:
(302)888-6514
Writer's Telecopy Number::
(302)658-8111
Writer's E-Mail Address:
DEBrand@prickett.com

Dover Office:
11 NORTH STATE STREET
DOVER, DELAWARE 19901
TEL: (302) 674-3841
FAX: (302) 674-5864

April 27, 2007

**VIA ELECTRONIC FILING**

Honorable Gregory M. Sleet
United States District Court for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 4324
Lockbox 19
Wilmington, DE 19801

RE: Dennis J. Buckley, as Trustee of the DVI Liquidating
Trust v. Michael A. O'Hanlon
C.A. No. 04-955 (GMS)

Dear Judge Sleet:

Our office is Delaware counsel to Richard E. Miller in the above matter. Attached is a Stipulation To Extend Time to answer Plaintiff's Complaint, which has been executed by all counsel.

By way of background, on August 19, 2004 the Official Committee of Unsecured Creditors filed a Complaint which consists of 247 separately numbered factual averments, alleging massive fraud on the part of DVI's officers and directors. All defendants responded to the Complaint with motions to dismiss.

On March 28, 2007 the Court issued an opinion and an attached order which granted in part and denied in part those motions to dismiss. Under Fed.R.Civ. P. 12(a)(4)(B), defendants were required to answer the Complaint within ten days of the Court's ruling. Due to the voluminous nature of the complaint, and the passage of time from when Defendants last analyzed the Complaint for purposes of the motions to dismiss, defendants requested and were granted an extension to answer the Complaint until May 7, 2007.

Based upon the foregoing, Defendants respectfully request that the Court grant the extension provided for in the attached stipulation.

Respectfully submitted,

David E. Brand, Esquire
Bar ID No. 201

cc: All counsel listed on the Attached Stipulation
Enc.