IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., ET AL.<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, ET AL.,<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   C.A.No.04-955 (GMS)<br>:<br>:<br>: |

## NOTICE OF SUBSTITUTION OF COUNSEL

**TO THE CLERK OF COURT:**

Kindly withdraw my appearance on behalf of Harry T.J. Roberts, defendant in the above-captioned action.

_____
Adam Balick
Identification No. 2781
BALICK & BALICK, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
abalick@balick.com

_____
Joanne Ceballos
Identification No. 2854
BALICK & BALICK, LLC
711 King Street
Wilmington, DE 19801
(302) 658-4265
jceballos@balick.com

**TO THE CLERK OF COURT:**

Kindly enter my appearance on behalf of Harry T.J. Roberts, defendant in the above-captioned action.

_____
Peter B. Ladig
Identification No. 3513
THE BAYARD FIRM
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

Dated: May 2, 2007

## CERTIFICATE OF SERVICE

I, Peter B. Ladig, hereby certify that service of the foregoing document was made via hand delivery, U.S. Mail and/or electronic mail on May 2, 2007, to the following parties:

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar, Esquire
Monzak & Monaco, P.A.
1201 North Orange Street
Suite 400
P.O. Box 2301
Wilmington, DE 19899
*Attorney for the Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Richard E. Miller*

Thomas A. Leonard, Esquire
William Leonard, Esquire
Obermayer, Rebmann, Maxwell
  & Hippel, LLP
One Penn Center, 19th Floor
1617 John J. Kennedy Blvd.
Philadelphia, PA 19103
*Counsel for Gerald Cohn*

J. Andrew Rahl, Jr., Esquire
Melissa Rubenstein, Esquire
Danielle Marlow, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorney for Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David A. Felice, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Counsel for Anthony J. Turek*

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker
  & Rhoads LLP
300 Delaware Avenue
Suite 750
Wilmington, DE 19801
*Counsel for Michael O'Hanlon*

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Counsel for William S. Goldberg, John E. McHugh & Nathan Shapiro*

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker
  & Rhoads LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109
*Counsel or Michael O'Hanlon*

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Counsel for Nathan Shapiro, John E. McHugh and William S. Goldberg*

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
Cozen & o'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Anthony J. Turek*

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
*Counsel for Steven R. Garfinkel*

Maura Fay, Esquire
Dilworth Paxson LLP
1735 Market Street
Philadelphia, PA 19103
*Counsel for Steven R. Garfinkel*

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gellman & Rohn, P.C.
1515 Market Street
16th Floor
Philadelphia, PA 19102-1916
*Counsel for Richard E. Miller*

Julian W. Friedman, Esquire
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022

Phillip Trainer, Jr., Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue
17th Floor
P.O. Box 1150
Wilmington, DE 19899

Kathleen McCormick, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19899

Kelly D. Eckel, Esquire
Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
Duane Morris, LLP
One Liberty Place
Suite 4200
Philadelphia, PA 19103

_____
Peter B. Ladig (#3513)