## VERIFICATION

I, Harry T.J. Roberts, Defendant in this matter, verify that I have read Defendant Harry T.J. Roberts' Answer to Plaintiff's Complaint with Affirmative Defenses, and state that the factual information contained therein is true and correct to the best of my knowledge, information and belief.

DATED: *May 5th 2007*

HARRY T.J. ROBERTS