## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007, I caused the foregoing document to be sent by electronically filing or mail to the following counsel of record:

By electronic filing:

Francis A. Monaco, Jr.
(fmonaco@monlaw.com)
Joseph J. Bodnar (jbodnar@monlaw.com)
Monzack & Monaco, P.A.
*Attorneys for Plaintiff*

David E. Brand (debrand@prickett.com)
Prickett, Jones & Elliott, P.A.
*Attorneys for Defendant Richard Miller*

David A. Felice (dfelice@cozen.com)
Cozen O'Connor
*Attorneys for Defendant Anthony J. Turek*

Peter B. Ladig
(bankserve@bayardfirm.com)
The Bayard Firm
*Attorneys for Defendant Harry T.J. Roberts*

Gregory Miller (gmiller@mar-law.com)
Stephen G. Stroup (sstroup@mar-law.com)
Miller, Alfano & Raspanti, P.C.
*Attorneys for Defendant Harry T.J. Roberts*

Martin James Weis
(mweis@dilworthlaw.com)
Dilworth Paxson LLP
*Attorneys for Defendant Steven R. Garfinkel*

By U.S. Mail, first class postage prepaid:

J. Andrew Rahl, Jr.
Mark L. Weyman
Michael J. Venditto
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff*

Arthur G. Connolly, Jr.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Defendants William S. Goldberg, John E. McHugh, and Nathan Shapiro*

Kellie Marie MacCready
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806
*Attorneys for Defendant Gerald L. Cohn*

Laurie A. Krepto
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801-1607
*Attorneys for Defendant Michael O'Hanlon*

By U.S. Mail, first class postage prepaid (cont.):

Richard L. Scheff
Jeffrey Feldman
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
*Attorneys for Defendant Michael A. O'Hanlon*

William P. Quinn, Jr.
Karen P. Pohlmann
David W. Marston, Jr.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106
*Attorneys for Defendants William S. Goldberg, John E. McHugh, and Nathan Shapiro*

Patricia M. Hamill
Vincent T. Cieslik
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
*Attorneys for Defendant Richard E. Miller*

Julian W. Friedman
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022
*Attorneys for Defendant Gerald Cohn*

William J. Taylor
John Barnoski
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Attorneys for Defendant Anthony J. Turek*

/s/ Kathaleen S. McCormick
Kathaleen S. McCormick (Del. I.d. No. 4579)