## CERTIFICATE OF SERVICE

  I, Sean J. Bellew, Esquire, do hereby certify that on May 7, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Francis A. Monaco, Jr., Esquire<br>Joseph J. Bodnar, Esquire<br>Monzack and Monaco, P.A.<br>1201 Orange Street, Suite 400<br>Wilmington, DE 19801 | David E. Brand, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>Wilmington, DE 19801 |
| Arthur G. Connolly, Jr., Esquire<br>Connolly Bove Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>Wilmington, DE 19801 | Peter B. Ladig, Esquire<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801 |
| Kathaleen S. McCormick, Esquire<br>Duane Morris LLP<br>1100 North Market Street, Suite 1200<br>Wilmington, DE 19801 | Martin J. Weis, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza, Suite 500<br>Wilmington, DE 19801 |
| Kellie M. MacCready, Esquire<br>Obermayer Rebmann Maxwell & Hippel<br>3 Mill Road, Suite 306A<br>Wilmington, DE 19806 | Laurie A. Krepto, Esquire<br>Montgomerary McCracken, Walker & Rhoads<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE 19801 |

  I further certify that on May 7, 2007, I did cause a copy of the foregoing to be mailed via the United States Postal Service to the following non-registered participants:

| | |
|---|---|
| J. Andrew Rahl, Jr., Esquire<br>Mark L. Weyman, Esquire<br>Michael J. Venditto, Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY 10020 | Richard L. Scheff, Esquire<br>Montgomery, McCracken Walker & Rhoades<br>123 South Broad Street<br>Philadelphia, PA 19109 |

2

William P. Quinn, Jr., Esquire
Karen P. Pohlmann, Esquire
David W. Marston, Jr., Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Julian W. Freidman, Esquire
Maureen Nakly, Esquire
Stillman & Freidman, P.C.
425 Park Avenue
New York, NY 10022

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gellman and Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19103

Gregory P. Miller, Esquire
Michael A. Morse, Esquire
Stephen G. Stroup, Esquire
Miller Alfano and Raspanti PC
1818 Market Street, Suite 3402
Philadelphia, PA 19103

*/s/ Sean J. Bellew*

Sean J. Bellew (#4072)