**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | : | |
|---|---|---|
| DENNIS J. BUCKLEY, TRUSTEE OF THE DVI LIQUIDATING TRUST, | : : : | |
| | : | No. 04-955-GMS |
| v. | : : | |
| MICHAEL A. O'HANLON, *et al.* | : : | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 7, 2007, I caused defendant **Michael O'Hanlon's Answer, Affirmative Defenses, and Cross-Claim** to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following individuals:

1.     Francis A. Monaco, Jr., Esq.
   (fmonaco@monlaw.com)
   Joseph J. Bodnar, Esq.
   (jbodnar@monlaw.com)
   MONZACK & MONACO, P.A.
   *Attorneys for plaintiff Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

2.     Martin James Weis, Esq.
   (mweis@dilworthlaw.com)
   DILWORTH PAXSON, LLP
   *Attorneys for defendant Steven R. Garfinkel*

3.     David E. Brand, Esq.
   (DEBrand@prickett.com)
   PRICKETT, JONES & ELLIOTT, P.A.
   *Attorneys for defendant Richard E. Miller*

4.     Peter B. Ladig, Esq.
   (bankserve@bayardfirm.com)
   THE BAYARD FIRM
   *Attorneys for defendant Harry T.J. Roberts*

5.     David A. Felice, Esq.
   (dfelice@cozen.com)
   COZEN O'CONNOR
   *Attorneys for Anthony J. Turek*

      I hereby further certify that on May 7, 2007, I caused defendant **Michael O'Hanlon's Answer, Affirmative Defenses, and Cross-Claim** to be mailed by United States Postal Service, First Class mail, postage prepaid, upon the following non-registered participants:

1. Kathaleen S. McCormick, Esq.
   DUANE MORRIS LLP
   1100 N. Market Street, Suite 1200
   Wilmington, DE 19801
   *Attorneys for defendants John P. Boyle and Raymond D. Fear*

2. Kellie Marie MacCready, Esq.
   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
   3 Mill Road, Suite 306A
   Wilmington, DE 19806
   *Attorneys for defendants Gerald L. Cohn*

3. Arthur G. Connolly, Jr., Esq.
   CONNOLLY BOVE LODGE & HUTZ LLP
   The Nemours Building
   1007 N. Orange Street
   P.O. Box 2207
   Wilmington, DE 19899
   *Attorneys for defendants William S. Goldberg, John E. McHugh and Nathan Shapiro*

Dated: May 8, 2007

/s/ NOEL C. BURNHAM
_____
Noel C. Burnham, Esquire
(DE Bar I.D. No. 3483)
Laurie A. Krepto, Esquire
(DE Bar I.D. No. 4109)
MONTGOMERY, MCCRACKEN,
   WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Tel: (302) 504-7800
E-mail: nburnham@mmwr.com
E-mail: lkrepto@mmwr.com
*Counsel for defendant Michael A. O'Hanlon*