UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE OF THE
DVI LIQUIDATING TRUST,

        Plaintiff,

-against-

MICHAEL A. O'HANLON, STEVEN R.
GARFINKEL, RICHARD E. MILLER, JOHN P.
BOYLE, ANTHONY J. TUREK, RAYMOND D.
FEAR, WILLIAM S. GOLDBERG, GERALD L.
COHN, JOHN E. MCHUGH, HARRY T.J.
ROBERTS, and NATHAN SHAPIRO,
        Defendants.

No.: 04-955-GMS

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John Scott, Esquire to represent Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust in this matter. The Admittee is admitted, practicing, and in good standing in the State of New York and the United States District Court for the Southern District of New York.

*[signature]*
Francis A. Monaco, Jr. (#2078)
Monzack and Monaco, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
(T: (302) 656-8162
F: (302) 656 2769
fmonaco@monlaw.com

Dated: May __, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____     _____
                                                       United States District Judge

61278

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York and the Southern District of New York, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: April 26, 2007

Signed: _____
John Scott, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10022
(212) 278-1473

NYDOCS1-858342.1