UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>                 Plaintiff,<br><br>-against-<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br>                 Defendants. | No.: 04-955-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

    Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paul E. Breene, Esquire to represent Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust in this matter. The Admittee is admitted, practicing, and in good standing in the States of New York and New Jersey and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey.

                                                Francis A. Monaco, Jr., (#2078)
                                                Monzack and Monaco, PA
                                                1201 N. Orange Street, Suite 400
                                                Wilmington, DE 19801
                                                T: (302) 656-8162
                                                F: (302) 656-2769
                                                fmonaco@monlaw.com

Dated: May ___, 2007

## ORDER GRANTING MOTION

    IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____    _____
                                                            United States District Judge

61276

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New Jersey and New York and the United States District Courts for the Southern and Eastern Districts of New York and the District of New Jersey, and pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 25, 2007

Paul E. Breene, Esquire
Anderson Kill & Olick, P.C.
One Gateway Center Suite 1510
Newark, New Jersey 07102
(973) 642-5862

NYDOCS1-858285.1