UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE OF THE
DVI LIQUIDATING TRUST,

          Plaintiff,

-against-

MICHAEL A. O'HANLON, STEVEN R.
GARFINKEL, RICHARD E. MILLER, JOHN P.
BOYLE, ANTHONY J. TUREK, RAYMOND D.
FEAR, WILLIAM S. GOLDBERG, GERALD L.
COHN, JOHN E. MCHUGH, HARRY T.J.
ROBERTS, and NATHAN SHAPIRO,
          Defendants.

No.: 04-955-GMS

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of John B. Berringer, Esquire to represent Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust in this matter. The Admittee is admitted, practicing, and in good standing in the States of New York and New Jersey, United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit, and the United States Supreme Court.

          /s/ Francis A. Monaco, Jr.
          Francis A. Monaco, Jr., (#2078)
          Monzack and Monaco, PA
          1201 N. Orange Street, Suite 400
          Wilmington, DE 19801
          T: (302) 656-8162
          F: (302) 656-2769
          fmonaco@monlaw.com

Dated: May __, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____     _____
                                               United States District Judge

61274

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of New York, New Jersey, the United States District Courts for the District of New Jersey and the Southern and Eastern Districts of New York, the United States Court of Appeals for the Second Circuit and the United States Supreme Court, and that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: April 26, 2007

John B. Berringer, Esquire
Anderson Kill & Olick, P.C.
One Gateway Center Suite 1510
Newark, New Jersey 07102
(973) 642-5133