IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. O'HANLON, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : Case No. 04-955-GMS <br> : <br> : <br> : <br> : |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

PLEASE WITHDRAW the pro hac vice appearance of Paul J. Greco, Esquire, on behalf of Defendant Richard E. Miller.

PRICKETT, JONES & ELLIOTT, P.A.

BY: /s/ David E. Brand
DAVID E. BRAND (I.D. No. 201)
1310 King Street
P. O. Box 1328
Wilmington, DE 19899
(302) 888-6514
Attorneys for Defendant

DATE: May 14, 2007