## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed the **NOTICE OF WITHDRAWAL OF PRO HAC VICE APPEARANCE OF PAUL J. GRECO, ESQUIRE** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Francis A. Monaco, Esquire
MONZACK AND MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Adam Balick, Esquire
BALICK & BALICK
Mellon Bank Center – Suite 710
Wilmington, DE 19801

Martin J. Weis, Esquire
DILWORTH PAXSON LLP
First Federal Plaza – Suite 500
Wilmington, DE 19801

David A. Felice, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 N. Market Street – Suite 1400
Wilmington, DE 19801

Joseph J. Bodnar, Esquire
MONZACK AND MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Joanne Ceballos, Esquire,
BALICK & BALICK
Mellon Bank Center – Suite 710
Wilmington, DE 19801

Kellie Marie MacCready, Esquire
Obermayer Rebmann Maxwell
& Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

Notification of such filing(s) will also be sent by U.S. Mail or Email to the following:

Kathleen S. McCormick, Esquire
DUANE MORRIS LLP
1100 N. Market Street – Suite 1200
Wilmington, DE 19801

Via U.S. Mail

Arthur G. Connolly, Jr., Esquire
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

Via U.S. Mail

19355.1\334233v1

| | |
|---|---|
| David M. Laigaie, Esquire<br>Michael A. Morse, Esquire<br>Gregory P. Miller, Esquire<br>MILLER ALFANO & RASPANTI, P.C.<br>1818 Market Street – Suite 3402<br>Philadelphia, PA 19103 | <u>Via U.S. Mail</u> |
| Stephen G. Stroup, Esquire<br>Pro Hac Vice<br>Email: sstroup@mar-law.com | <u>Via Email</u> |

*[signature]*

DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com

19355.1\334233v1