IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF<br>UNSECURED CREDITORS OF<br>DVI, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL A. O'HANLON, *et al.*,<br><br>        Defendants. | :<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION<br>:   Case No. 04-955-GMS<br>:<br>:<br>:<br>: |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of VINCENT T. CIESLIK, ESQUIRE, to represent Defendant, RICHARD E. MILLER, in this matter.

                          PRICKETT, JONES & ELLIOTT, P.A.

                          BY: _____
                              PAUL M. LUKOFF (#96)
                              DAVID E. BRAND (#201)
                              1310 King Street
                              P.O. Box 1328
                              Wilmington, DE 19899
                              (302) 888-6500
                              Attorneys for Defendant,
Date: May 14, 2007                Richard E. Miller

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

                          _____
                          United States District Judge

DATE:_____

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 5/10/07

VINCENT T. CIESLIK
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
Telephone: (215) 523-8316
Facsimile: (215) 864-9620
Email: vcieslik@cogr.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007, I electronically filed the **MOTION AND ORDER FOR ADMISSION PRO HAC VICE OF VINCENT T. CIESLIK, ESQUIRE** with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Francis A. Monaco, Esquire
MONZACK AND MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Martin J. Weis, Esquire
DILWORTH PAXSON LLP
First Federal Plaza – Suite 500
Wilmington, DE 19801

Joseph J. Bodnar, Esquire
MONZACK AND MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Kellie Marie MacCready, Esquire
Obermayer Rebmann Maxwell
& Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

Adam Balick, Esquire
BALICK & BALICK
Mellon Bank Center – Suite 710
Wilmington, DE 19801

David A. Felice, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 N. Market Street – Suite 1400
Wilmington, DE 19801

Joanne Ceballos, Esquire,
BALICK & BALICK
Mellon Bank Center – Suite 710
Wilmington, DE 19801

Notification of such filing(s) will also be sent by U.S. Mail or Email to the following:

Kathleen S. McCormick, Esquire               Via U.S. Mail
DUANE MORRIS LLP
1100 N. Market Street – Suite 1200
Wilmington, DE 19801

Arthur G. Connolly, Jr., Esquire             Via U.S. Mail
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

| | |
|---|---|
| David M. Laigaie, Esquire<br>Michael A. Morse, Esquire<br>Gregory P. Miller, Esquire<br>MILLER ALFANO & RASPANTI, P.C.<br>1818 Market Street – Suite 3402<br>Philadelphia, PA 19103 | Via U.S. Mail |
| Stephen G. Stroup, Esquire<br>Pro Hac Vice<br>Email: sstroup@mar-law.com | Via Email |

_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com

19355.1\334192v1