## CERTIFICATE OF SERVICE

I, Kellie MacCready, hereby certify that one copy of the attached Answer was sent by U.S. Mail, postage prepaid on **May 7, 2007** to the following individuals:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
*Attorneys for Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

J. Andrew Rahl, Jr., Esquire
Melissa Rubenstein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Richard E. Miller*

David A. Felice, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
*Counsel for Anthony J. Turek*

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Counsel for Michael O'Hanlon*

Adam Balick, Esquire
Joanne Ceballos, Esquire
Bifferato Gentilotti Biden & Balick, LLC
711 King Street
Wilmington, DE 19801
*Counsel for Harry T.J. Roberts*

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Counsel for William S. Goldberg, John E. McHugh and Nathan Shapiro*

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
*Counsel for Steven R. Garfinkel*

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109
*Counsel for Michael O'Hanlon*

Maura Fay, Esquire
Dilworth Paxon LLP
1735 Market Street
Philadelphia, PA 19103
*Counsel for Steven R. Garfinkel*

4154852

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
*Counsel for Nathan Shapiro, John E. McHugh and William S. Goldberg*

Michael A. Morse, Esquire
Gregory P. Miller, Esquire
Stephen G. Stroup, Esquire
David M. Laigaie, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
*Counsel for Harry T.J. Roberts*

Philip Trainer, Jr.
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gelman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
*Counsel for Richard E. Miller*

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Counsel for Anthony J. Turek*

Kellie M. MacCready (Del. I.D. No. 4574)

4154852

2