**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| DENNIS J. BUCKLEY, TRUSTEE OF THE DVI LIQUIDATING TRUST, <br><br> v. <br><br> MICHAEL A. O'HANLON, *et al.* | : <br> : <br> : <br> :    No. 04-955-GMS <br> : <br> : <br> : <br> : |

**DEFENDANT MICHAEL A. O'HANLON'S**
**ANSWER AND AFFIRMATIVE DEFENSES TO THE CROSS-CLAIMS ASSERTED BY**
**DEFENDANTS HARRY T.J. ROBERTS, JOHN P. BOYLE, NATHAN SHAPIRO,**
**WILLIAM S. GOLDBERG, JOHN E. McHUGH, RAYMOND D. FEAR,**
**<u>RICHARD E. MILLER, GERALD L. COHN, AND ANTHONY J. TUREK</u>**

Defendant Michael O'Hanlon ("Mr. O'Hanlon"), through his attorneys, answers and asserts affirmative defenses to the Cross-Claims filed by defendants Harry T.J. Roberts, John P. Boyle, Nathan Shapiro, William S. Goldberg, John E. McHugh, Raymond D. Fear, Richard E. Miller, Gerald L. Cohn, and Anthony J. Turek in this action as follows:

      1.      Denied. By way of further answer, Mr. O'Hanlon denies that he is or may be in any way liable to defendants Harry T.J. Roberts, John P. Boyle, Nathan Shapiro, William S. Goldberg, John E. McHugh, Raymond D. Fear, Richard E. Miller, Gerald L. Cohn, and Anthony J. Turek (the "Cross-Claim Plaintiffs") for contribution and/or indemnity. In addition, to the extent that the Affirmative Defenses contained in Mr. O'Hanlon's Answer to plaintiff Dennis J. Buckley's complaint are or may be applicable to the cross-claims asserted by the Cross-Claim Plaintiffs, Mr. O'Hanlon incorporates those Affirmative Defenses by reference as though set forth at length herein.

- 2 -

**WHEREFORE**, Michael O'Hanlon respectfully requests that this Court:

1. Enter judgment in his favor on the Cross-Claims asserted by the Cross-Claim Plaintiffs;

2. Award him his costs and expenses incurred in defending this action, including his defense of the Cross-Claims asserted by the Cross-Claim Plaintiffs; and

3. Grant him such other and further relief as the Court deems just and proper.

Respectfully submitted,

MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP

/s/ NOEL C. BURNHAM

Dated: May 29, 2007

Noel C. Burnham, Esquire
(DE Bar I.D. No. 3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Tel: (302) 504-7890
E-mail: nburnham@mmwr.com

*Counsel for defendant*
*Michael A. O'Hanlon*

Of counsel:

Richard L. Scheff, Esquire
Jeffrey S. Feldman, Esquire
MONTGOMERY, McCRACKEN,
  WALKER & RHOADS, LLP
123 South Broad Street, 24th Floor
Philadelphia, PA 19109-1099
Tel: (215) 772-1500
E-mail: rscheff@mmwr.com;
       jfeldman@mmwr.com