**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DENNIS J. BUCKLEY, TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>    v.<br><br>MICHAEL A. O'HANLON, *et al.* | :<br>:<br>:<br>:  No. 04-955-GMS<br>:<br>:<br>:<br>: |

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I caused defendant **Michael O'Hanlon's Answer and Affirmative Defenses to the Cross-Claims filed by defendants Harry T.J. Roberts, John P. Boyle, Nathan Shapiro, William S. Goldberg, John E. McHugh, Raymond D. Fear, Richard E. Miller, Gerald L. Cohn, and Anthony J. Turek** to be electronically filed with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to the following individuals:

1. Francis A. Monaco, Jr., Esq.
   (fmonaco@monlaw.com)
   Joseph J. Bodnar, Esq.
   (jbodnar@monlaw.com)
   MONZACK & MONACO, P.A.
   *Attorneys for plaintiff Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

2. Martin James Weis, Esq.
   (mweis@dilworthlaw.com)
   DILWORTH PAXSON, LLP
   *Attorneys for defendant Steven R. Garfinkel*

3. David E. Brand, Esq.
   (DEBrand@prickett.com)
   PRICKETT, JONES & ELLIOTT, P.A.
   *Attorneys for defendant Richard E. Miller*

4. Peter B. Ladig, Esq.
   (bankserve@bayardfirm.com)
   THE BAYARD FIRM
   *Attorneys for defendant Harry T.J. Roberts*

5. David A. Felice, Esq.
   (dfelice@cozen.com)
   COZEN O'CONNOR
   *Attorneys for Anthony J. Turek*

I hereby further certify that on May 29, 2007, I caused defendant **Michael O'Hanlon's Answer, Affirmative Defenses, and Cross-Claim** to be mailed by United States Postal Service, First Class mail, postage prepaid, upon the following non-registered participants:

1. Kathaleen S. McCormick, Esq.
   DUANE MORRIS LLP
   1100 N. Market Street, Suite 1200
   Wilmington, DE 19801
   *Attorneys for defendants John P. Boyle and Raymond D. Fear*

2. Kellie Marie MacCready, Esq.
   OBERMAYER REBMANN MAXWELL & HIPPEL LLP
   3 Mill Road, Suite 306A
   Wilmington, DE 19806
   *Attorneys for defendants Gerald L. Cohn*

3. Arthur G. Connolly, Jr., Esq.
   CONNOLLY BOVE LODGE & HUTZ LLP
   The Nemours Building
   1007 N. Orange Street
   P.O. Box 2207
   Wilmington, DE 19899
   *Attorneys for defendants William S. Goldberg, John E. McHugh and Nathan Shapiro*

/s/ NOEL C. BURNHAM

Noel C. Burnham, Esquire
(DE Bar I.D. No. 3483)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Tel: (302) 504-7800
E-mail: nburnham@mmwr.com

*Counsel for defendant
Michael A. O'Hanlon*