IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>Plaintiff,<br><br>MICHAEL A. O'HANLON, et al.<br>Defendants. | C.A. NO. 04-955 (GMS)<br><br>JURY DEMAND |

### RICHARD E. MILLER'S ANSWER TO CROSS CLAIMS FOR CONTRIBUTION ASSERTED AGAINST HIM BY MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, AND NATHAN SHAPIRO

Any and all allegations in the cross claims for contribution asserted against Richard E. Miller are denied.

### PRAYER FOR RELIEF

WHEREFORE, Richard E. Miller prays for judgment as follows: that the cross claims of defendants Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Harry T.J. Roberts, and Nathan Shapiro be dismissed with prejudice, and that the defendants/cross claimants take nothing thereby, and that he be awarded his costs of suit, including reasonable attorneys' fees, as well as any other relief which the Court may deem equitable and just.

### INCORPORATION OF AFFIRMATIVE DEFENSE

Mr. Miller adopts and incorporates by reference any AFFIRMATIVE DEFENSE asserted in his Answer, to the extent the AFFIRMATIVE DEFENSE applies to the cross claims against him.

By: /s/ David E. Brand

Dated: May 29, 2007

David E. Brand, Esq. (Del Bar. No. 201)
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
(215) 864-9600

*Attorneys for Defendant
Richard E. Miller*

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2007, I electronically filed the RICHARD E. MILLER'S ANSWER TO CROSS CLAIMS FOR CONTRIBUTION ASSERTED AGAINST HIM BY MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, AND NATHAN SHAPIRO with the Clerk of the Court using CM/ECF which will send notification of such filing(s) to the following:

Francis A. Monaco, Esquire
MONZACK AND MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Martin J. Weis, Esquire
DILWORTH PAXSON LLP
First Federal Plaza – Suite 500
Wilmington, DE 19801

Joseph J. Bodnar, Esquire
MONZACK AND MONACO, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

Kellie Marie MacCready, Esquire
Obermayer Rebmann Maxwell
& Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

Adam Balick, Esquire
BALICK & BALICK
Mellon Bank Center – Suite 710
Wilmington, DE 19801

David A. Felice, Esquire
COZEN O'CONNOR
Chase Manhattan Centre
1201 N. Market Street – Suite 1400
Wilmington, DE 19801

Joanne Ceballos, Esquire,
BALICK & BALICK
Mellon Bank Center – Suite 710
Wilmington, DE 19801

Notification of such filing(s) will also be sent by U.S. Mail or Email to the following:

Kathleen S. McCormick, Esquire
DUANE MORRIS LLP
1100 N. Market Street – Suite 1200
Wilmington, DE 19801

Via U.S. Mail

19355.1\334192v1

Arthur G. Connolly, Jr., Esquire      <u>Via U.S. Mail</u>
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 N. Orange Street
Wilmington, DE 19801

David M. Laigaie, Esquire      <u>Via U.S. Mail</u>
Michael A. Morse, Esquire
Gregory P. Miller, Esquire
MILLER ALFANO & RASPANTI, P.C.
1818 Market Street – Suite 3402
Philadelphia, PA 19103

Stephen G. Stroup, Esquire      <u>Via Email</u>
Pro Hac Vice
Email: sstroup@mar-law.com

 

_____
DAVID E. BRAND (Bar I.D. #201)
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899-1328
TEL: 302-888-6514
EMAIL: DEBrand@prickett.com

19355.1\334192v1