UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE :
OF THE DVI LIQUIDATING TRUST, :
　　　　　　　　　　　　　　　　　　　　　　 :
　　　　Plaintiff, : NO: 04-955-GMS
　　　　　　　　　　　　　　　　　　　　　　 :
　　　　-against- :
　　　　　　　　　　　　　　　　　　　　　　 :
MICHAEL A. O'HANLON, STEVEN R. :
GARFINKEL, RICHARD E. MILLER, :
JOHN P. BOYLE, ANTHONY J. :
TUREK, RAYMOND D. FEAR, : JURY TRIAL DEMANDED
WILLIAM S. GOLDBERG, GERALD L. :
COHN, JOHN E. MCHUGH, HARRY :
T.J. ROBERTS, and NATHAN :
SHAPIRO, :
　　　　　　　　　　　　　　　　　　　　　　 :
　　　　Defendant(s). :

**DEFENDANT HARRY T.J. ROBERTS' ANSWER TO CROSS CLAIMS
FOR CONTRIBUTION ASSERTED AGAINST HIM BY MICHAEL A. O'HANLON,
STEVEN R. GARFINKEL, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D.
FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH,
RICHARD E. MILLER, AND NATHAN SHAPIRO**

Any and all allegations in the cross claims for contribution asserted against Harry T.J. Roberts are denied.

### PRAYER FOR RELIEF

WHEREFORE, Harry T.J. Roberts prays for judgment as follows: that the cross claims of Defendants Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond D. Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Richard E. Miller, and Nathan Shapiro be dismissed with prejudice, and that the Defendants/Cross Claimants take nothing thereby, and that he

be awarded his costs of suit, including reasonable attorneys' fees, as well as any other relief which the Court may deem equitable and just.

### INCORPORATION OF AFFIRMATIVE DEFENSES

Mr. Roberts adopts and incorporates by reference any Affirmative Defense asserted in his Answer, or by any other Defendant to this action, to the extent the Affirmative Defense applies to the cross claims against him.

By: _/s/ Peter B. Ladig_
Peter B. Ladig, Esquire
Identification No. 3513
THE BAYARD FIRM
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

OF COUNSEL:

Gregory P. Miller, Equire
Stephen G. Stroup, Esquire
MILLER, ALFANO & RASPANTI, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA    19103
(215) 972-6400

Dated: May 29, 2007