## CERTIFICATE OF SERVICE

I, Peter B. Ladig, certify that on May 29, 2007, I caused a copy of the foregoing Defendant Harry T.J. Roberts' Answer to Cross Claims for Contribution Asserted Against Him by Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond D. Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Richard E. Miller, and Nathan Shapiro to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following parties:

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar, Esquire
Monzack & Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, DE 19899
*Attorney for Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David A. Felice, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Counsel for Anthony J. Turek*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Richard E. Miller*

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza,
Suite 500
Wilmington, DE 19801
*Counsel for Steven R. Garfinkel*

Arthur G. Connolly, Jr., Esq.
Connolly, Bove, Lodge & Lutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Counsel for William S. Goldberg, John E. McHugh & Nathan Shapiro*

Kathleen M. McCormick, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19899

Phillip Trainer, Jr., Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue 17th Floor
P.O. Box 1150
Wilmington, DE 19899

659173-1

And that on May 29, 2007, a copy of the foregoing Defendant Harry T.J. Roberts' Answer to Cross Claims for Contribution Asserted Against Him by Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond D. Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Richard E. Miller, and Nathan Shapiro was served by first class mail on the following:

Thomas A. Leonard, Esquire
William Leonard, Esquire
Obermayer Rebmann Maxwell &
 Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA   19103
**Counsel for Gerald Cohn**

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker &
 Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA   19109
**Counsel for Michael O'Hanlon**

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA   19103-2921
**Counsel for Nathan Shapiro, John E. McHugh
and William S. Goldberg**

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA   19103
**Counsel for Anthony J. Turek**

J. Andrew Rahl, Jr., Esquire
Melissa Rubestein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY   10020
***Attorney for Dennis J. Buckley, Trustee of the DVI Liquidating Trust***

Laurie A. Krepto, Esquire
Montgomery, McCracken Walker &
Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE   19801
***Counsel for Michael O'Hanlon***

Maura Fay, Esquire
Dilworth Paxson LLP
1735 Market Street
Philadelphia, PA   19103
***Counsel for Steven R. Garfinkel***

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gellman & Rohn, P.C.
1515 Market Street 16th Floor
Philadelphia, PA   19102-1916
***Counsel for Richard E. Miller***

659173-1

| | |
|---|---|
| Kelly D. Eckel, Esquire<br>Matthew A. Taylor, Esquire<br>Robert E. Kelly, Esquire<br>Duane Morris, LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA  19103 | Julian W. Friedman, Esquire<br>Stillman & Friedman, P.C.<br>425 Park Avenue<br>New York, NY  10022 |

_____
Peter B. Ladig (#3513)