IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST, | : |
| Plaintiff, | : C.A. No. 04-955 (GMS) |
| v. | : |
| MICHAEL A. O'HANLON, et al., | : |
| Defendants. | : |

### ANTHONY J. TUREK'S ANSWER TO CROSS-CLAIMS FOR CONTRIBUTION ASSERTED BY DEFENDANTS MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, AND NATHAN SHAPIRO

Defendant Anthony J. Turek, by and through his undersigned counsel, and in response to the cross-claims asserted by defendants Michael A. O'Hanlon, Steven R. Garfinkel, Richard E. Miller, John P. Boyle, Raymond D. Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Harry T.J. Roberts, and Nathan Shapiro, hereby denies any and all allegations asserted in connection with such cross-claims.

### PRAYER FOR RELIEF

WHEREFORE, Anthony J. Turek respectfully requests that the Court enter judgment in his favor on the cross-claims asserted by defendants Michael A. O'Hanlon, Steven R. Garfinkel, Richard E. Miller, John P. Boyle, Raymond Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Harry T.J. Roberts, and Nathan Shapiro, together with his costs of suit, attorneys' fees, and such other relief as the Court deems just and appropriate.

## INCORPORATION OF AFFIRMATIVE DEFENSE

Turek hereby adopts and incorporates by reference any and all Affirmative Defenses asserted in his Answer to the Complaint, or by any other defendant in this action, to the extent the Affirmative Defense applies to the cross-claims asserted against him.

Dated: May 29, 2007

/s/ David A. Felice
Sean J. Bellew (#4072)
David A. Felice (#4090)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE 19801
Telephone: (302) 295-2000
Facsimile: (302) 295-2013

*Attorneys for Defendant Anthony J. Turek*

*Of Counsel*:

Kevin F. Berry, Esquire
William J. Taylor, Esquire
John C. Barnoski, Esquire
John P. Johnson, Jr., Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013