## CERTIFICATE OF SERVICE

I, David A. Felice, Esquire, do hereby certify that on May 29, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Arthur G. Connolly, Jr., Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Peter B. Ladig, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Kathaleen S. McCormick, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Martin J. Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

Kellie M. MacCready, Esquire
Obermayer Rebmann Maxwell & Hippel
3 Mill Road, Suite 306A
Wilmington, DE 19806

Laurie A. Krepto, Esquire
Montgomerary McCracken, Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

I further certify that on May 29, 2007, I did cause a copy of the foregoing to be mailed via the United States Postal Service to the following non-registered participants:

J. Andrew Rahl, Jr., Esquire
Mark L. Weyman, Esquire
Michael J. Venditto, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Richard L. Scheff, Esquire
Montgomery, McCracken Walker & Rhoades
123 South Broad Street
Philadelphia, PA 19109

William P. Quinn, Jr., Esquire
Karen P. Pohlmann, Esquire
David W. Marston, Jr., Esquire
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Julian W. Freidman, Esquire
Maureen Nakly, Esquire
Stillman & Freidman, P.C.
425 Park Avenue
New York, NY 10022

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gellman and Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19103

Gregory P. Miller, Esquire
Michael A. Morse, Esquire
Stephen G. Stroup, Esquire
Miller Alfano and Raspanti PC
1818 Market Street, Suite 3402
Philadelphia, PA 19103

David A. Felice (#4090)

WILMINGTON\52852\1 155501.000