IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD D. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>    Defendants. | C.A. No. 04-955 (GMS)<br><br>DEMAND FOR JURY TRIAL |

## RAYMOND D. FEAR'S ANSWER TO CROSS CLAIMS FOR CONTRIBUTION ASSERTED AGAINST HIM BY MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, JOHN P. BOYLE, ANTHONY J. TUREK, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, RICHARD E. MILLER, AND NATHAN SHAPIRO

Defendant Raymond D. Fear, by and through his attorneys, Duane Morris LLP, hereby answers and asserts affirmative defenses to the Cross Claims filed by defendants Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Williams S. Goldberg, Gerald L. Cohn, John E. McHugh, Harry T.J. Roberts, Richard E. Miller, and Nathan Shapiro in this action as follows:

1. Denied. By way of further answer, Mr. Fear denies that he is or may be in any way liable to defendants Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Williams S. Goldberg, Gerald L. Cohn, John E. McHugh, Harry T.J. Roberts, Richard E. Miller, and Nathan Shapiro (the "Cross-Claim Plaintiffs") for contribution and/or indemnity. In

addition, to the extent that the Affirmative Defenses contained in Mr. Fear's Answer to plaintiff Dennis J. Buckley's complaint are or amy be applicable to the cross-claims asserted by the Cross-Claim Plaintiffs, Mr. Fear incorporates those Affirmative Defenses by reference as though set forth at length herein.

WHEREFORE, defendant Raymond D. Fear respectfully requests that this Court:

1. Enter judgment in his favor on the Cross-Claims asserted by the Cross-Claim Plaintiffs;

2. Award him his costs and expenses incurred in defending this action, including his defense of the Cross-Claims asserted by the Cross-Claim Plaintiffs; and

3. Grant him such other and further relief as the Court deems just and proper.

DUANE MORRIS LLP

Date: May 29, 2007

/s/ Kathaleen S. McCormick
Kathaleen McCormick, Esquire (I.D. No.4579)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
(302) 657-4930

Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
30 South 17th Street
Philadelphia, PA 19103-4196
(215) 979-1000
(admitted *pro hac vice*)

*Counsel for Defendant
Raymond D. Fear*

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which will send notification of such filling to the following:

Francis A. Monaco, Jr.
(fmonaco@monlaw.com)
Joseph J. Bodnar (jbodnar@monlaw.com)
Monzack & Monaco, P.A.
*Attorneys for Plaintiff*

David E. Brand (debrand@prickett.com)
Prickett, Jones & Elliott, P.A.
*Attorneys for Defendant Richard Miller*

David A. Felice (dfelice@cozen.com)
Cozen O'Connor
*Attorneys for Defendant Anthony J. Turek*

Peter B. Ladig
(bankserve@bayardfirm.com)
The Bayard Firm
*Attorneys for Defendant Harry T.J. Roberts*

Gregory Miller (gmiller@mar-law.com)
Stephen G. Stroup (sstroup@mar-law.com)
Miller, Alfano & Raspanti, P.C.
*Attorneys for Defendant Harry T.J. Roberts*

Martin James Weis
(mweis@dilworthlaw.com)
Dilworth Paxson LLP
*Attorneys for Defendant Steven R. Garfinkel*

I hereby certify that on May 29, 2007, I mailed the foregoing document to the following non-registered participants:

J. Andrew Rahl, Jr.
Mark L. Weyman
Michael J. Venditto
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff*

Arthur G. Connolly, Jr.
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Attorneys for Defendants William S. Goldberg, John E. McHugh, and Nathan Shapiro*

Kellie Marie MacCready
Steven T. Davis
Obermayer Rebmann Maxwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806
*Attorneys for Defendant Gerald L. Cohn*

Richard L. Scheff
Jeffrey Feldman
Noel C. Burnham
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
*Attorneys for Defendant Michael A. O'Hanlon*

Patricia M. Hamill
Vincent T. Cieslik
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
*Attorneys for Defendant Richard E. Miller*

William J. Taylor
John Barnoski
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Attorneys for Defendant Anthony J. Turek*

Laurie A. Krepto
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801-1607
*Attorneys for Defendant Michael O'Hanlon*

William P. Quinn, Jr.
Karen P. Pohlmann
David W. Marston, Jr.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106
*Attorneys for Defendants William S. Goldberg, John E. McHugh, and Nathan Shapiro*

Julian W. Friedman
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022
*Attorneys for Defendant Gerald Cohn*

_/s/ Kathaleen McCormick_
Kathaleen S. McCormick (Del. I.d. No. 4579)