UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE OF THE
DVI LIQUIDATING TRUST,

                Plaintiff,

-against-

MICHAEL A. O'HANLON, STEVEN R.
GARFINKEL, RICHARD E. MILLER, JOHN P.
BOYLE, ANTHONY J. TUREK, RAYMOND D.
FEAR, WILLIAM S. GOLDBERG, GERALD L.
COHN, JOHN E. MCHUGH, HARRY T. J.
ROBERTS, and NATHAN SHAPIRO,
                Defendants.

No. 04-955

JURY TRIAL DEMANDED

## GERALD L. COHN'S ANSWER TO CROSS CLAIMS FOR CONTRIBUTION ASSERTED AGAINST HIM BY MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, JOHN E. MCHUGH, HARRY T.J. ROBERTS, RICHARD E. MILLER, AND NATHAN SHAPIRO

Defendant Gerald L. Cohn, by his attorneys Stillman, Friedman & Shechtman, P.C., and Obermayer Rebmann Maxwell & Hippell LLP, hereby states as follows for his Answer to the Cross Claims filed by Defendants Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond D. Fear, William S. Goldberg, John E. McHugh, Harry T.J. Roberts, Richard E. Miller, and Nathan Shapiro ("Cross Claim Plaintiffs") in this action:

    1.    Denied. Mr. Cohn denies that he is or may be in any way liable to the Cross Claim Plaintiffs for contribution and/or indemnity.

00082157.DOC.1
2439.4
4163277

### INCORPORATION OF AFFIRMATIVE DEFENSES

Mr. Cohn adopts and incorporates by reference any Affirmative Defense asserted in his Answer, or by any other defendant in this action, to the extent the Affirmative Defense applies to the cross claims against him.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Gerald L. Cohn respectfully requests that the Court:

1. Dismiss the Cross Claims of Cross Claim Plaintiffs with prejudice.

2. Award him costs and expenses, including reasonable attorneys' fees.

3. Grant him such other and further relief as the Court deems just and proper.

Dated: June 4, 2007

Respectfully submitted,

OF COUNSEL:

Julian W. Friedman
Mary Margulis-Ohnuma
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, New York 10022 .
Phone: 212-223-0200
Fax: 212-223-1942

Kellie M. MacCready (Del. I.D. No. 4574)

OBERMAYER, REBMANN MAXWELL
& HIPPELL LLP
3 Mill Road, Suite 306A
Wilmington, Delaware 19806
Phone: 302-655-9094
Fax: 302-658-8051

Counsel for Defendant Gerald L. Cohn

00082157.DOC.1
2439.4
4163277

2