**CERTIFICATE OF SERVICE**

I, Kellie MacCready, hereby certify that one copy of the attached Gerald L. Cohn's Answer to Crossclaims for Contribution Asserted Against Him By Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond D. Fear, William S. Goldberg, John E. McHugh, Harry T.J. Roberts, Richard E. Miller and Nathan Shapiro was sent by electronic mail and U.S. Mail, postage prepaid on **June 4, 2007** to the following individuals:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899
jbodnar@monlaw.com
fmonaco@monlaw.com
hsasso@monlaw.com
kdalton@monlaw.com
*Attorneys for Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
debrand@prickett.com
lscoates@prickett.com
*Counsel for Richard E. Miller*

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker &
    Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Counsel for Michael O'Hanlon*

J. Andrew Rahl, Jr., Esquire
Melissa Rubenstein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
DMarlow@andersonkill.com
*Attorneys for Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David A. Felice, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801
dfelice@cozen.com
*Counsel for Anthony J. Turek*

Adam Balick, Esquire
Joanne Ceballos, Esquire
Bifferato Gentilotti Biden & Balick, LLC
711 King Street
Wilmington, DE 19801
*Counsel for Harry T.J. Roberts*

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801
mweis@dilworthlaw.com
*Counsel for Steven R. Garfinkel*

4154852

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
aconnollyIII@cblh.com
dkt@cblh.com
telwell@cblh.com
*Counsel for William S. Goldberg, John E. McHugh and Nathan Shapiro*

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109
rscheff@mmwr.com
*Counsel for Michael O'Hanlon*

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921
dmarston@morganlewis.com
wquinn@morganlewis.com
kpohlman@morganlewis.com
tayala@morganlewis.com
*Counsel for Nathan Shapiro, John E. McHugh and William S. Goldberg*

Michael A. Morse, Esquire
Gregory P. Miller, Esquire
Stephen G. Stroup, Esquire
David M. Laigaie, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103
mmorse@mar-law.com
gmiller@mar-law.com
sstroup@mar-law.com
*Counsel for Harry T.J. Roberts*

Maura Fay, Esquire
Dilworth Paxon LLP
1735 Market Street
Philadelphia, PA 19103
mfay@dilworthlaw.com
*Counsel for Steven R. Garfinkel*

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gelman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916
phamill@cogr.com
pgreco@cogr.com
vcieslik@cogr.com
*Counsel for Richard E. Miller*

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
WTaylor@cozen.com
KBerry@cozen.com
jbarnoski@cozen.com
*Counsel for Anthony J. Turek*

Philip Trainer, Jr., Esquire
Lauren E. Maguire, Esquire
Ashby & Geddes
222 Delaware Avenue, 17th Floor
P.O. Box 1150
Wilmington, DE 19899

/s/ Kellie M. MacCready
Kellie M. MacCready (Del. I.D. No. 4574)