UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in-Possession,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T. J. ROBERTS and NATHAN SHAPIRO<br><br>Defendants. | C. A. No. 04-955 (GMS)<br><br>JURY DEMAND |

### ANSWER OF DEFENDANTS NATHAN SHAPIRO, WILLIAM S. GOLDBERG AND JOHN E. MCHUGH TO CROSS CLAIMS FOR CONTRIBUTION ASSERTED AGAINST THEM BY DEFENDANTS MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, GERALD L. COHN, HARRY T.J. ROBERTS, AND RICHARD E. MILLER

Any and all allegations in the cross claims for contribution against Nathan Shapiro, William S. Goldberg and John E. McHugh ("Director Defendants") are denied.

### Prayer for Relief

WHEREFORE, Director Defendants pray for judgment as follows: that the cross claims asserted against them by Defendants Michael A. O'Hanlon, Steven R. Garfinkel, John P. Boyle, Anthony J. Turek, Raymond D. Fear, Gerald L. Cohn, Harry T.J. Roberts, and Richard E. Miller be dismissed with prejudice, and that the Defendants / Cross Claimants take nothing thereby, and that Director Defendants be awarded their costs of suit, including reasonable attorneys' fees, and all other relief that the Court deems just and proper.

## Incorporation of Affirmative Defenses

Director Defendants adopt and incorporate by reference any Affirmative Defense asserted in their Answer, or by any other Defendant to this action, to the extent the Affirmative Defense applies to the cross-claims against them.

Dated: June 6, 2007

OF COUNSEL:
William P. Quinn, Jr.
Karen Pieslak Pohlmann
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. (215) 963-5775
Fax. (215) 963-5299

/s/ A.G. Connolly III, by A.G. Connolly
Arthur G. Connolly, III (I.D. #2667)
Arthur G. Connolly, Jr. (I.D. #496)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801
Tel (302) 658-9141
Fax. (302) 658-5614

Attorneys for Nathan Shapiro,
William S. Goldberg and
John E. McHugh

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2007 a true and correct copy of the foregoing Answer, Affirmative Defenses, and Cross-Claim of Defendants Nathan Shapiro, William S. Goldberg and John E. McHugh was served electronically or via First-Class Mail on the following counsel:

Francis A. Monaco, Jr.
(fiiionaco@monlaw.com)
Joseph J. Bodnar (jbodnar@monlaw.com)
Monzack & Monaco, P.A.
*Attorneys for Plaintiff*

David B, Brand (debrand@prickett.com)
Prickett, Jones & Elliott, P.A.
*Attorneys for Defendant Richard Miller*

David A. Felice (dfelice@cozen.com)
Cozen O'Connor
*Attorneys for Defendant Anthony J Turek*

Peter B. Ladig
(bankserve@bayardfirm.com)
The Bayard Firm
*Attorneys for Defendant Harry Ti Roberts*

Gregory Miller (gmiller@mar1aw.com)
Stephen G. Stroup (sstroup@mar-law.com)
Miller, Alfano & Raspanti, P.C.
*Attorneys for Defendant Harry Ti Roberts*

Martin James Weis
(mweis@dilworthlaw.com)
Dilworth Paxson LLP
*Attorneys for Defendant Steven R. Garfinkel*

Kathaleen S. McCormick
kmccormick@duanemorris.com
*Attorneys for Defendant Raymond D. Fear*

I further hereby certify that on May 29, 2007, I mailed the foregoing document to the following non-registered participants:

J. Andrew Rahl, Jr.
Mark L. Weyman
Michael J. Venditto
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020
*Attorneys for Plaintiff*

Kellie Marie MacCready
Steven T. Davis
Obermayer Rebmann Mazwell & Hippel LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806
*Attorneys for Defendant Gerald L. Cohn*

Richard L. Scheff
Jeffrey Feldman
Noel C. Burnham
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA 19109
*Attorneys for Defendant Michael A. O'Hanlon*

Patricia M. Hainill
Vincent T. Cieslik
Conrad O'Brien Gellman & Rohn, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
*Attorneys for Defendant Richard E. Miller*

William J. Taylor
John Barnoski
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
*Attorneys for Defendant Anthony J. Turek*

Laurie A. Krepto
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DR 19801-1607
*Attorneys for Defendant Michael O'Hanlon*

William P. Quinn, Jr.
Karen P. Pohlmann
David W. Marston, Jr.
Morgan Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19106
*Attorneys for Defendants William S. Goldberg, John E. McHugh, and Nathan Shapiro*

Julian W. Friedman
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022
*Attorneys for Defendant Gerald Cohn*

Arthur G. Connolly, III (I.D. No. 2667)