UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, TRUSTEE OF THE DVI
LIQUIDATING TRUST.

                Plaintiff,

- against -

MICHAEL A. O'HANLON, STEVEN R. GARFINKEL,
RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J.
TUREK, RAYMOND D. FEAR, WILLIAM S.
GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH,
HARRY T.J. ROBERTS, and NATHAN SHAPIRO,

                Defendants.

Civil Action No. 04-955-GMS

**STIPULATION AND ORDER CONCERNING CONFIDENTIALITY**

        Pursuant to the Court's authority under Fed. R. Civ. P. 26(c) and with the consent of the parties, the Court enters this Confidentiality Stipulation and Order to expedite the flow of discovery material, facilitate the prompt resolution of disputes over confidentiality, adequately protect material entitled to be kept confidential, and ensure that protection is afforded only to material so entitled. Accordingly, it is hereby ORDERED:

        1.    This Order shall only govern the treatment of documents, information and testimony ("Discovery Materials") produced by Merrill Lynch & Co., Inc. ("Merrill Lynch") in response to a subpoena issued by counsel for the Plaintiff on April 30, 2007 (the "Subpoena").

        2.    Discovery Materials produced by Merrill Lynch in response to the Subpoena shall be subject to the confidentiality protections and other provisions of the Confidentiality Stipulation and Order (the "Confidentiality

-2-

Order") in the action captioned <u>In re DVI, Inc. Securities Litigation</u>, No. 2:03-CV-05336-LDD (E.D. Pa.), attached hereto at Tab A, as though fully entered as an Order in the above-captioned case.

    3.  Discovery Materials produced by Merrill Lynch in response to the Subpoena shall be used only in the manner specified in the Confidentiality Order.

Dated: July 10, 2007
WOMBLE CARLYLE

By: _____
  Francis A. Monaco, Jr., Esq. (#2078)
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 252-4340

ANDERSON KILL & OLICK, P.C.
Mark L. Weyman, Esq.
Danielle J. Marlow, Esq.
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Dennis J. Buckley, as Trustee of the DVI Liquidating Trust*

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

By: _____
  Noel C. Burnham, Esq. (I.D. # 3483)
  1105 Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
Richard L. Scheff, Esq.
Jeffrey Feldman, Esq.
Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

*Attorneys for Defendant Michael O'Hanlon*

-2-

Order") in the action captioned <u>In re DVI, Inc. Securities Litigation</u>, No. 2:03-CV-05336-LDD (E.D. Pa.), attached hereto at Tab A, as though fully entered as an Order in the above-captioned case.

    3. Discovery Materials produced by Merrill Lynch in response to the Subpoena shall be used only in the manner specified in the Confidentiality Order.

Dated: July 10, 2007
WOMBLE CARLYLE

By:_____
 Francis A. Monaco, Jr. Esq. (#2078)
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
(302) 252-4340

ANDERSON KILL & OLICK, P.C.
Mark L. Weyman, Esq.
Danielle J. Marlow, Esq.
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for Dennis J. Buckley, as Trustee of the DVI Liquidating Trust*

MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP

By: _____ 7-18-2007
 Noel C. Burnham, Esq. (I.D. # 3483)
 1105 Market Street, 15th Floor
Wilmington, DE 19801
(302) 504-7800

MONTGOMERY, MCCRACKEN, WALKER &
RHOADS, LLP
Richard L. Scheff, Esq.
Jeffrey Feldman, Esq.
Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

*Attorneys for Defendant Michael O'Hanlon*

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP
Richard L. Scheff, Esq.
Jeffrey Feldman, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA   19109

*Attorneys for Defendant Michael O'Hanlon*

OBERMAYER REBMANN,
MAXWELL & HIPPELL, LLP

By: /s/ Kellie M. MacCready
    Kellie M. MacCready, Esq. (I.D. # 4574)
3 Mill Road, Suite 306A
Wilmington, DE 19806
(302) 655-9094

Thomas A. Leonard, Esq.
William Leonard, Esq.
OBERYMAYER REBMANN
MAXWELL & HIPPEL, LLP
One Penn Center, 19th Floor
1617 John F Kennedy Blvd.
Philadelphia, P.A. 19103

STILLMAN
FRIEDMAN & SHECHTMANN, P.C.
Julian W. Friedman, Esq.
425 Park Avenue
New York, NY 10022

*Attorneys for Defendant Gerald Cohn*


PRICKETT, JONES & ELLIOTT, P.A.


By:_____
     David E. Brand, Esq. (I.D. # 201)
1310 King St.
Wilmington, DE 19801

CONRAD O'BRIEN
GELLMAN & ROHN, P.C.
Patricia M. Hamill, Esq.
Paul Greco, Esq.
1515 Market St. – 16th Fl.
Philadelphia, PA 19102

*Attorneys for Defendant Richard Miller*


COZEN O'CONNOR


By: /s/ David A. Felice
     Sean J. Bellew (I.D. # 4072)
     David A. Felice, Esq. (I.D. # 4090)
1201 North Market St., Suite 1400
Wilmington, DE 19801
(302) 295-2000

William Taylor, Esq.
Kevin F. Berry, Esq.
John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market St.
Philadelphia, PA 19103

*Attorneys for Defendant Anthony Turek*

-4-

STILLMAN
FRIEDMAN & SHECHTMANN, P.C.
Julian W. Friedman, Esq.
425 Park Avenue
New York, NY 10022

*Attorneys for Defendant Gerald Cohn*


PRICKETT, JONES & ELLIOTT, P.A.

By: /s/ David E. Brand
David E. Brand, Esq. (I.D. # 201)
1310 King St.
Wilmington, DE 19801

CONRAD O'BRIEN
GELLMAN & ROHN, P.C.
Patricia M. Hamill, Esq.
Paul Greco, Esq.
1515 Market St. – 16th Fl.
Philadelphia, PA 19102

*Attorneys for Defendant Richard Miller*


COZEN O'CONNOR


By: _____
Sean J. Bellow (I.D. # 4072)
David A. Felice, Esq. (I.D. # 4090)
1201 North Market St., Suite 1400
Wilmington, DE 19801
(302) 295-2000

William Taylor, Esq.
Kevin F. Berry, Esq.
John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market St.
Philadelphia, PA 19103

*Attorneys for Defendant Anthony Turek*

-4-

CONNOLLY BOVE
LODGE & HUTZ, LLP


By:_____
   Arthur G. Connolly, III, Esq.
   (I.D. #2667)
   Arthur G. Connolly, Jr., Esq.
   (I.D. # 496)
The Nemours Building
1007 North Orange Strett
Wilmington, DE 19801
(302) 658-9141

MORGAN, LEWIS & BOCKIUS, LLP
William P. Quinn, Esq.
Karen Pieslak Pohlmann, Esq.
David W. Marston, Jr., Esq.
1701 Market St.
Philadelphia, PA 19103

*Attorneys for Defendants Nathan Shapiro,
William S. Goldberg and John E. McHugh*


DUANE MORRIS, LLP


By: /s/ Kathleen McCormick
   Kathleen McCormick, Esq.
   (I.D. # 4579)
1100 North Market St., Suite 1200
Wilmington, DE 19801-1246
(302) 657-4930

DUANE MORRIS, LLP
Patrick J. Loftus, Esq.
Kelly D. Eckel, Esq.
Robert E. Kelly, Esq.
One Liberty Place – Suite 4200
Philadelphia, PA 19103

*Attorneys for Defendant Raymond Fear* and John Boyle

CONNOLLY BOVE
LODGE & HUTZ, LLP


By: /s/ A.G. Connolly
   Arthur G. Connolly, III, Esq.
   (I.D. #2667)
   Arthur G. Connolly, Jr., Esq.
   (I.D. # 496)
The Nemours Building
1007 North Orange Strett
Wilmington, DE 19801
(302) 658-9141

MORGAN, LEWIS & BOCKIUS, LLP
William P. Quinn, Esq.
Karen Pieslak Pohlmann, Esq.
David W. Marston, Jr., Esq.
1701 Market St.
Philadelphia, PA 19103

*Attorneys for Defendants Nathan Shapiro, William S. Goldberg and John E. McHugh*


DUANE MORRIS, LLP


By:_____
   Kathleen McCormick, Esq.
   (I.D. # 4579)
1100 North Market St., Suite 1200
Wilmington, DE 19801-1246
(302) 657-4930

DUANE MORRIS, LLP
Patrick J. Loftus, Esq.
Kelly D. Eckel, Esq.
Robert E. Kelly, Esq.
One Liberty Place – Suite 4200
Philadelphia, PA 19103

*Attorneys for Defendant Raymond Fear*

-5-

WCSR 3648785v1

-6-

THE BAYARD FIRM


By: /s/Peter B. Ladig
    Peter B. Ladig, Esq. (I.D. # 3513)
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

MILLER, ALFANO & RASPANTI, P.C.
Gregory P. Miller, Esq.
Michael A. Morse, Esq.
Stephen G. Stroup, Esq.
1818 Market Street, Suite 3402
Philadelphia, PA 19103

*Attorneys for Defendant Harry T.J. Roberts*


                                                  IT IS SO ORDERED:

                                               _____
                                                             U.S.D.J.

**EXHIBIT A**

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF DVI, INC.

               Plaintiff,

          - against -

MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,

               Defendants.

Civil Action No. 04-955-GMS

**NON-DISCLOSURE CERTIFICATE**

    I, _____, hereby certify and agree to the following:

    1.    I am to be provided access to certain Discovery Materials designated as Confidential that were produced in this action subject to the terms of the Stipulation and Order Concerning Confidentiality dated _____ (the "Order");

    2.    I have been given a copy of, and have read, the Order and agree to be bound by its terms.

    3.    I understand that the contents of the Discovery Materials designated as Confidential, and any notes or other memoranda or any other forms of information that copy, reflect, summarize, or otherwise reveal such Discovery Materials designated as Confidential, shall not be disclosed to any other person except in accordance with the Order.

WCSR 3648785v1

      4.      I shall not use the Discovery Materials designated as Confidential for any purpose other than that specifically permitted by the terms of the Order.

      5.      I agree to be subject to the jurisdiction of this Court for purposes of enforcement of this Non-Disclosure Certificate and the Order.

By: _____

Title: _____

Representing: _____

Date: _____

WCSR 3648785v1