**CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 23, 2007 upon:

**Please note that the stipulation was circulated numerous times to counsel for Steven Garfinkel, however no response was received.


MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
Noel C. Burnham, Esq.
 1105 Market Street, 15th Floor
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
Richard L. Scheff, Esq.
Jeffrey Feldman, Esq.
Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA   19109

OBERMAYER REBMANN,MAXWELL & HIPPELL, LLP
Kellie M. MacCready, Esq.
3 Mill Road, Suite 306A
Wilmington, DE 19806
(302) 655-9094

Thomas A. Leonard, Esq.
William Leonard, Esq.
OBERYMAYER REBMANN AXWELL & HIPPEL, LLP
One Penn Center, 19th Floor
1617 John F Kennedy Blvd.
Philadelphia, P.A. 19103

STILLMAN RIEDMAN & SHECHTMANN, P.C.
Julian Friedman, Esq.
425 Park Avenue
New York, NY 10022


PRICKETT, JONES & ELLIOTT, P.A.
David E. Brand, Esq.
1310 King St.
Wilmington, DE 19801

CONRAD O'BRIEN ELLMAN & ROHN, P.C.
Patricia M. Hamill, Esq.


WCSR 3657227v1

Paul Greco, Esq.
1515 Market St. – 16th Fl.
Philadelphia, PA 19102


COZEN O'CONNOR
Sean J. Bellow (I.D. # 4072)
David A. Felice, Esq. (I.D. # 4090)
1201 North Market St., Suite 1400
Wilmington, DE 19801
(302) 295-2000

William Taylor, Esq.
Kevin F. Berry, Esq.
John C. Barnoski, Esq.
COZEN O'CONNOR
1900 Market St.
Philadelphia, PA 19103


CONNOLLY BOVE LODGE & HUTZ, LLP
Arthur G. Connolly, III, Esq.
Arthur G. Connolly, Jr., Esq.
The Nemours Building
1007 North Orange Strett
Wilmington, DE 19801
(302) 658-9141

MORGAN, LEWIS & BOCKIUS, LLP
William P. Quinn, Esq.
Karen Pieslak Pohlmann, Esq.
David W. Marston, Jr., Esq.
1701 Market St.
Philadelphia, PA 19103


DUANE MORRIS, LLP
Kathleen McCormick, Esq
1100 North Market St., Suite 1200
Wilmington, DE 19801-1246
(302) 657-4930


WCSR 3657227v1

DUANE MORRIS, LLP
Patrick J. Loftus, Esq.
Kelly D. Eckel, Esq.
Robert E. Kelly, Esq.
One Liberty Place – Suite 4200
Philadelphia, PA 19103


THE BAYARD FIRM
Peter B. Ladig, Esq.
222 Delaware Avenue
Suite 900
P.O. Box 25130
Wilmington, DE 19899

MILLER, ALFANO & RASPANTI, P.C.
Gregory P. Miller, Esq.
Michael A. Morse, Esq.
Stephen G. Stroup, Esq.
1818 Market Street, Suite 3402
Philadelphia, PA 19103

DILWORTH PAXSON, LLP
 Martin James Weis, Esq.
702 North King St., Suite 500
First Federal Plaza
Wilmington, DE 19899
(302) 571-9800

DILWORTH PAXSON, LLP
Maura Fay, Esq.
1735 Market Street
Philadelphia, PA 19103


　　　　Under penalty of perjury, I declare that the foregoing is true and correct.


____7/23/007_____         __/s/ Heidi E Sasso_____
Date                          Heidi E. Sasso



WCSR  3657227v1