## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST, | |
| Plaintiff, | C.A. No. 04-955 (GMS) |
| v. | |
| MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD D. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO, | DEMAND FOR JURY TRIAL |
| Defendants. | |

## SUBSTITUTION OF COUNSEL

PLEASE ENTER THE APPEARANCE of Richard W. Riley, Esq. of Duane Morris LLP,

as attorney for Defendants, John P. Boyle and Raymond D. Fear and withdraw the appearance of

Kathaleen McCormick, Esq. in the above-captioned action.

**DUANE MORRIS LLP**

Kathaleen McCormick (Bar I.D. No. 4579)
1100 N. Market St., Suite 1200
Wilmington, DE 19801
(302) 657-4900

**DUANE MORRIS LLP**

Richard W. Riley (Bar I.D. No. 4052)
1100 N. Market St., Suite 1200
Wilmington, DE 19801
(302) 657-4900