IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | Civil Action No. 04-955-GMS |

## NOTICE OF FILING OF EXHIBIT "A" TO THE JOINT STATUS REPORT

Please take notice that plaintiff Dennis J. Buckley, the Trustee of the DVI Liquidating Trust (the "Liquidating Trustee"), as successor-in-interest to the claims of the Official Committee of Unsecured Creditors of DVI, Inc. (the "Official Committee"), is filing the attached Exhibit "A" to the Joint Status Report [Docket Item No. 115, Filed October 17, 2007].

Dated: October 29, 2007     WOMBLE CARLYLE SANDRIDGE & RICE, PLLC

*/s/*
Francis A. Monaco, Jr., Esq. (#2078)
Kevin J. Mangan, Esq. (#3810)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320

-- and --

Document #: 44989

WCSR 3770905v1

ANDERSON KILL & OLICK, P.C.
J. Andrew Rahl, Jr.
Mark L. Weyman
Michael J. Venditto
John L. Scott, Jr.
1251 Avenue of the Americas
New York, New York 10020

*Attorneys for the Liquidating Trustee*

WCSR 3770905v1