IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in-Possession, | : | |
| Plaintiff, | : | |
| -against- | : | Jury Trial Demanded |
| MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO, | : | 04-955 (GMS) |
| Defendants. | : | |

## WITHDRAWAL OF APPEARANCE

Kindly enter my withdrawal of appearance of for Defendant Harry T.J. Roberts in the above-entitled action.

Respectfully submitted,

MILLER, ALFANO & RASPANTI, P.C.

By: _____

Michael A. Morse
1818 Market Street
Suite 3402
Philadelphia, PA 19103-6933
(215) 972-6400

Dated: October 29, 2007

## CERTIFICATE OF SERVICE

I, Peter B. Ladig, certify that on October 30, 2007, I caused a copy of the foregoing Withdrawal of Appearance to be filed with the Clerk of Court using CM/ECF, which will send automatic notification of the filing to the following parties:

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar, Esquire
Monzack & Monaco, P.A.
1201 North Orange Street
Suite 400
Wilmington, DE   19899
*Counsel for Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David A. Felice, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE   19801
*Counsel for Anthony J. Turek*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE   19899
*Counsel for Richard E. Miller*

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza,
Suite 500
Wilmington, DE   19801
*Counsel for Steven R. Garfinkel*

Arthur G. Connolly, Jr., Esq.
Arthur G. Connolly, III, Esq.
Connolly, Bove, Lodge & Lutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE   19899
*Counsel for William S. Goldberg, John E. McHugh & Nathan Shapiro*

Kathleen M. McCormick, Esquire
Steven T. Davis, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE   19899

*Phillip Trainer, Jr., Esquire*
*Lauren E. Maguire, Esquire*
*Ashby & Geddes*
*222 Delaware Avenue 17th Floor*
*P.O. Box 1150*
*Wilmington, DE 19899*

And that on October 29, 2007, a copy of the foregoing Withdrawal of Appearance was served by first class mail on the following:

Thomas A. Leonard, Esquire
William Leonard, Esquire
Obermayer Rebmann Maxwell &
  Hippel, LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA    19103
*Counsel for Gerald Cohn*

J. Andrew Rahl, Jr., Esquire
Melissa Rubestein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY    10020
*Counsel for Dennis J. Buckley,
Trustee of the DVI Liquidating
Trust*

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker &
  Rhoads, LLP
123 South Broad Street
28th Floor
Philadelphia, PA    19109
*Counsel for Michael O'Hanlon*

Maura Fay, Esquire
Dilworth Paxson LLP
1735 Market Street
Philadelphia, PA    19103
*Counsel for Steven R. Garfinkel*

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA    19103-2921
*Counsel for Nathan Shapiro,
John E. McHugh and William S.
Goldberg*

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gellman &
  Rohn, P.C.
1515 Market Street
16th Floor
Philadelphia, PA    19102-1916
*Counsel for Richard E. Miller*

William Taylor, Esquire
Kevin F. Berry, Esquire
John C. Barnoski, Esquire
Cozen & O'Connor
1900 Market Street
Philadelphia, PA    19103
*Counsel for Anthony J. Turek*

Julian W. Friedman, Esquire
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY    10022

Laurie A. Krepto, Esquire
Montgomery, McCracken Walker &
  Rhoads, LLP
300 Delaware Avenue
Suite 750
Wilmington, DE   19801
*Counsel for Michael O'Hanlon*

Richard William Riley, Esquire
Duane Morrs LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801
**Counsel for John P. Boyle and
Raymond D. Fear**

Kelly D. Eckel, Esquire
Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
Duane Morris, LLP
One Liberty Place
Suite 4200
Philadelphia, PA   19103

Peter B. Ladig (#3513)