IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, TRUSTEE OF DVI LIQUIDATING TRUST, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL A. O'HANLON, *et al.*, <br><br> Defendants. | ) ) ) ) ) ) ) C.A. No. 04-955-GMS ) ) ) ) ) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO:   Clerk of the Court

Please withdraw the appearance of Kevin F. Berry, Esquire of Cozen O'Connor as of counsel for Defendant Anthony J. Turek. William J. Taylor, Esquire and John C. Barnoski, Esquire of the Pennsylvania office of Cozen O'Connor who have been previously admitted *pro hac vice* in this case, remain of counsel for Defendant Anthony J. Turek. Sean J. Bellew, Esquire and David A. Felice, Esquire of the Wilmington office of Cozen O'Connor remain as lead counsel for Defendant Anthony J. Turek.

Dated: November 7, 2007

               /s/ David A. Felice
               Sean J. Bellew (#4072)
               David A. Felice (#4090)
               Cozen O'Connor
               1201 North Market Street, Suite 1400
               Wilmington, DE  19801
               Telephone:  (302) 295-2000
               Facsimile:  (302) 295-2013
               *Attorneys for Defendant Anthony J. Turek*

*Of Counsel*:
William J. Taylor, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone:  (215) 665-2000
Facsimile:  (215) 665-2013