## CERTIFICATE OF SERVICE

I, David A. Felice, Esquire, do hereby certify that on November 7, 2007, I electronically filed the foregoing with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Francis A. Monaco, Jr., Esquire
Joseph J. Bodnar, Esquire
Monzack and Monaco, P.A.
1201 Orange Street, Suite 400
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19801

Arthur G. Connolly, Jr., Esquire
Connolly Bove Lodge & Hutz
The Nemours Building
1007 North Orange Street
Wilmington, DE 19801

Peter B. Ladig, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

Kathaleen S. McCormick, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

Martin J. Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza, Suite 500
Wilmington, DE 19801

Kellie M. MacCready, Esquire
Obermayer Rebmann Maxwell & Hippel
3 Mill Road, Suite 306A
Wilmington, DE 19806

Laurie A. Krepto, Esquire
Montgomerary McCracken, Walker & Rhoads
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

I further certify that on November 7, 2007, I did cause a copy of the foregoing to be mailed via the United States Postal Service to the following non-registered participants:

J. Andrew Rahl, Jr., Esquire
Mark L. Weyman, Esquire
Michael J. Venditto, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Richard L. Scheff, Esquire
Montgomery, McCracken Walker & Rhoades
123 South Broad Street
Philadelphia, PA 19109

| | |
|---|---|
| William P. Quinn, Jr., Esquire<br>Karen P. Pohlmann, Esquire<br>David W. Marston, Jr., Esquire<br>Morgan Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19106 | Patricia M. Hamill, Esquire<br>Vincent T. Cieslik, Esquire<br>Conrad, O'Brien, Gellman and Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA 19103 |
| Matthew A. Taylor, Esquire<br>Patrick J. Loftus, Esquire<br>Robert E. Kelly, Esquire<br>Kelly D. Eckel, Esquire<br>Duane Morris LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA 19103-7396 | Gregory P. Miller, Esquire<br>Michael A. Morse, Esquire<br>Stephen G. Stroup, Esquire<br>Miller Alfano and Raspanti PC<br>1818 Market Street, Suite 3402<br>Philadelphia, PA 19103 |
| Julian W. Freidman, Esquire<br>Maureen Nakly, Esquire<br>Stillman & Freidman, P.C.
425 Park Avenue<br>New York, NY 10022 | |

/s/ David A. Felice
David A. Felice (#4090)