IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., | : : : : | |
| Plaintiff, | : : | |
| | : | CIVIL ACTION |
| MICHAEL A. O'HANLON, *et al.*, | : : | Case No. 04-955-GMS |
| Defendants. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of JULIAN W. FRIEDMAN, ESQUIRE to represent Defendant

GERALD L. COHN, in this matter.

OBERMAYER REBMANN MAXWELL
& HIPPEL LLP

By: _____
KELLIE M. MACCREADY (#4574)
3 Mill Road
Suite 306A
Wilmington, DE 19806
(302) 655-9094
Attorney for Defendant
Date:  November 27, 2007                Gerald L. Cohn

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is
granted.

_____
Gregory M. Sleet
United States District Judge

DATE:_____

4223218

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: 11/27/07

Julian W. Friedman, Esquire
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
Telephone: (212) 223-0200
Facsimile: (212) 223-1942
Email: eweinstein@stillmanfriedman.com

4223218

## CERTIFICATE OF SERVICE

I, Kellie MacCready, hereby certify that on November 27, 2007, one copy of the

attached was electronically filed with the Clerk of Court using CM/ECF which will send

notification of such filing to the following counsel of record:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Kathleen S. McCormick, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Peter B. Ladig, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19701

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

I further certify that on November 27, 2007, I caused a copy of the foregoing to be

mailed via United States mail, postage prepaid to the following non-registered

participants:

4223218

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker &
Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109

Maura Fay, Esquire
Dilworth Paxon LLP
1735 Market Street
Philadelphia, PA 19103

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gelman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916

Michael A. Morse, Esquire
Gregory P. Miller, Esquire
Stephen G. Stroup, Esquire
David M. Laigaie, Esquire
Miller, Alfano & Raspanti, P.C.
1818 Market Street, Suite 3402
Philadelphia, PA 19103

William Taylor, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

J. Andrew Rahl, Jr., Esquire
Mark. L. Weyman, Esquire
Michael J. Venditto, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Julian W. Friedman, Esquire
Mary Margulis-Ohnuma, Esquire
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022

Kellie M. MacCready (#4574)

4223218