IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendant(s). | 1:04-cv-955-GMS |

## NOTICE OF NAME CHANGE AND WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that as of January 2, 2008, The Bayard Firm, P.A. has changed its name to Bayard, P.A.

PLEASE TAKE FURTHER NOTICE that David M. Laigaie, Esquire, Gregory P. Miller, Esquire, Michael A. Morse, Esquire, and Stephen G. Stroup, Esquire withdraw their appearance as counsel of record for Mr. Roberts in this action. Peter B. Ladig, Esquire and Stephen B. Brauerman, Esquire of Bayard, P.A. shall remain as counsel for Mr. Roberts.

BAYARD, P.A.

*/s/ Peter B. Ladig*
Peter B. Ladig (No. 3513)
Stephen B. Brauerman (No. 4952)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
pladig@bayardfirm.com
sbrauerman@bayardfirm.com

Dated: January 4, 2008

{00715815;v1}