## CERTIFICATE OF SERVICE

I, Stephen B. Brauerman, hereby certify that on January 4, 2008, I caused a copy of the foregoing **Notice of Name Change and Withdrawal of Counsel** to be filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following:

Francis A. Monaco, Jr., Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

Joseph J. Bodnar
Law Offices of Joseph J. Bodnar
2101 N. Harrison Street, Suite 101
Wilmington, DE 19802

*Counsel for Official Committee of Unsecured Creditors of DVI, Inc., et al. and Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899
*Counsel for Richard E. Miller*

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Lutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
*Counsel for William S. Goldberg, John E. McHugh & Nathan Shapiro*

Laurie A. Krepto, Esquire
Montgomery, McCracken Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
*Counsel for Michael O'Hanlon*

David A. Felice, Esquire
Cozen & O'Connor
Chase Manhattan Centre
1201 North Market Street
Suite 1400
Wilmington, DE 19801
*Counsel for Anthony J. Turek*

Martin J. Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza,
Suite 500
Wilmington, DE 19801
*Counsel for Steven R. Garfinkel*

Kathleen M. McCormick, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19899

Kellie M. MacCready, Esquire
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, Delaware 19806
*Counsel for Gerald Cohn*

{00715859;v1}

I further certify that on January 4, 2008, I caused a copy of the foregoing **Notice of Name Change and Withdrawal of Counsel** to be served by first class mail on the following non-registered participants:

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA   19109
*Counsel for Michael O'Hanlon*

J. Andrew Rahl, Jr., Esquire
Melissa Rubestein, Esquire
Danielle Marlow, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY   10020
*Attorney for Dennis J. Buckley, Trustee of the DVI Liquidating Trust*

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan, Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA   19103-2921
**Counsel for Nathan Shapiro, John E. McHugh and William S. Goldberg**

Patricia M. Hamill, Esquire
Paul Greco, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gellman & Rohn, P.C.
1515 Market Street 16th Floor
Philadelphia, PA   19102-1916
*Counsel for Richard E. Miller*

Kelly D. Eckel, Esquire
Matthew A. Taylor, Esquire
Robert E. Kelly, Esquire
Duane Morris, LLP
One Liberty Place, Suite 4200
Philadelphia, PA   19103

Julian W. Friedman, Esquire
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY   10022

_____
Stephen B. Brauerman (No. 4952)

{00715859;v1}