IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., <br><br> Plaintiff, <br><br> MICHAEL A. O'HANLON, *et al.*, <br><br> Defendants. | : <br> : <br> : <br> : <br> : <br> : CIVIL ACTION <br> : Case No. 04-955-GMS <br> : <br> : |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of CAROLYN BARTH RENZIN, ESQUIRE to represent Defendant GERALD L. COHN, in this matter.

OBERMAYER REBMANN MAXWELL
& HIPPEL LLP

By: /s/ Kellie M. MacCready
KELLIE M. MACCREADY (#4574)
3 Mill Road
Suite 306A
Wilmington, DE 19806
(302) 655-9094
Attorney for Defendant
Gerald L. Cohn

Date: January 14, 2008

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Gregory M. Sleet
United States District Judge

DATE:_____

4237817

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

Date: Jan. 14, 2008

Carolyn Barth Renzin, Esquire
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
Telephone: (212) 223-0200
Facsimile: (212) 223-1942
Email: crenzin@stillmanfriedman.com

4237817

## CERTIFICATE OF SERVICE

I, Kellie MacCready, hereby certify that on January 14, 2008, one copy of the attached was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Kathleen S. McCormick, Esquire
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Peter B. Ladig, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19701

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

I further certify that on January 14, 2008, I did cause a copy of the foregoing to be mailed via United States mail, postage prepaid to the following non-registered participants:

4218437

| | |
|---|---|
| Richard L. Scheff, Esquire<br>Jeffrey Feldman, Esquire<br>Montgomery, McCracken, Walker &<br>Rhoads, LLP<br>123 South Broad Street, 28th Floor<br>Philadelphia, PA  19109 | Maura Fay, Esquire<br>Dilworth Paxon LLP<br>1735 Market Street<br>Philadelphia, PA  19103 |
| David W. Marston, Jr., Esquire<br>William P. Quinn, Jr., Esquire<br>Karen Pieslak Pohlmann, Esquire<br>Thomas Ayala, Esquire<br>Morgan Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921 | Patricia M. Hamill, Esquire<br>Vincent T. Cieslik, Esquire<br>Conrad, O'Brien, Gelman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA  19102-1916 |
| Julian W. Friedman, Esquire<br>Mary Margulis-Ohnuma, Esquire<br>Stillman & Friedman, P.C.<br>425 Park Avenue<br>New York, NY  10022 | William Taylor, Esquire<br>John C. Barnoski, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| J. Andrew Rahl, Jr., Esquire<br>Mark. L. Weyman, Esquire<br>Michael J. Venditto, Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020 | Matthew A. Taylor, Esquire<br>Patrick J. Loftus, Esquire<br>Robert E. Kelly, Esquire<br>Kelly D. Eckel, Esquire<br>Duane Morris LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA  19103-7396 |

*/s/ Kellie M. MacCready*
Kellie M. MacCready (#4574)

4218437