IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE OF
THE DVI LIQUIDATING TRUST

      Plaintiff,

v.

MICHAEL A. O'HANLON, STEVEN R.
GARFINKEL, RICHARD E. MILLER, JOHN
P. BOYLE, ANTHONY J. TUREK,
RAYMOND D. FEAR, WILLIAM S.
GOLDBERG, GERALD L. COHN, JOHN E.
MCHUGH, HARRY T.J. ROBERTS, and
NATHAN SHAPIRO,

      Defendants.

1:04-cv-00955-GMS

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Finley T. Harckham, Esquire of the firm Anderson Kill & Olick, P.C. to represent Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust in this matter. The Admittee is admitted, practicing, and in good standing in the State of New York, and the United States District Courts for the Southern District of New York and for the District of Connecticut and for the District of Columbia Circuit, and for the United States Court of Appeals.

                Francis A. Monaco, Jr. (#2078)
                Womble Carlyle Sandridge & Rice, PLLC
                222 Delaware Avenue, 15th Floor
                Wilmington, DE 19801
                T: 302-252-4340
                fmonaco@wcsr.com

Dated: January 31, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____      _____
                                                            United States District Judge

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the State of New York, and the United States District Courts for the Southern District of New York and for the District of Connecticut and for the District of Columbia Circuit, and for the United States Court of Appeals, and that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: January 31, 2008

/s/ Finley T. Harckham
Finley T. Harckham, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York, 10020
(212) 278-1745
fharckham@andersonkill.com