IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | Civil Action No. 04-955-GMS |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Edward J. Stein, Esquire to represent Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust in this matter. The Admittee is admitted, practicing, and in good standing in the States of New York, Massachusetts, California and the District of Columbia, the United States District Courts for the Southern District of New York and for the Southern and Northern Districts of California.

_____
Francis A. Monaco, Jr., (#2078)
Monzack and Monaco, PA
1201 N. Orange Street, Suite 400
Wilmington, DE 19801
T: (302) 656-8162
F: (302) 656-2769
fmonaco@monlaw.com

Dated: February 4, 2008

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date:_____     _____
                                          United States District Judge

NYDOCS1-884543.161274

## CERTIFICATE BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing in the States of New York, Massachusetts, California and the United States District Courts for the Southern District of New York and for the Southern and Northern Districts of California, and that pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: February 4, 2008

Edward J. Stein, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York, 10020
(212) 278-1745

NYDOCS1-884543.1