IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE OF
THE DVI LIQUIDATING TRUST

       Plaintiff,

v.

MICHAEL A. O'HANLON, STEVEN R.
GARFINKEL, RICHARD E. MILLER, JOHN
P. BOYLE, ANTHONY J. TUREK,
RAYMOND D. FEAR, WILLIAM S.
GOLDBERG, GERALD L. COHN, JOHN E.
MCHUGH, HARRY T.J. ROBERTS, and
NATHAN SHAPIRO,

       Defendants.

1:04-cv-00955-GMS

## NOTICE OF WITHDRAWAL OF COUNSEL

To:    Clerk of Court:

Please withdraw the appearance of Danielle J. Marlow, Esquire and John Scott, Esquire of Anderson Kill & Olick, P.C. as counsel for plaintiff, Dennis J. Buckley, as Trustee of the DVI, Inc. Liquidating Trust.

Womble Carlyle Sandridge & Rice, PLLC[1]

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr., Esq. (#2078)
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
(302) 252-4320

---

[1] Francis A. Monaco, Jr. of Womble Carlyle Sandridge & Rice, PLLC will continue to act as counsel for Plaintiff