# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

John B. Berringer, Esq.
jberringer@andersonkill.com
(212) 278-1000

February 27, 2008

The Honorable Gregory M. Sleet
United States District Judge
U.S. District Court District of Delaware
844 King Street
Wilmington, Delaware 19801

Re:  DVI, Inc. v. O'Hanlon, et al.,
     Civil Action No. 1:04-cv-00955

Dear Judge Sleet:

We represent the plaintiff, Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee"), in the above referenced action (the "Action"). We write to request an extension of the fact discovery period here (presently scheduled to close on March 3, 2008) until May 2, 2008 -- the close of fact discovery in four closely related actions. We are also writing Magistrate Judge Stark to request that the current mediation schedule be modified in accordance with the new May 2, 2008 fact discovery deadline. As this Court is aware, we have been coordinating discovery of this action with four other closely-related actions pending before Judge Legrome D. Davis in the Federal District Court for the Eastern District of Pennsylvania (the "Pennsylvania Actions"), all of which relate to the bankruptcy of DVI, Inc. ("DVI"), and all of which are coordinated for purposes of discovery.[1]

Indeed, the October 31, 2007 Scheduling Order governing this action (the "Scheduling Order," attached as Exhibit A), specifies that "[a]ll fact discovery in this case shall be coordinated with, and subject to the discovery limitations imposed by the Case Management Orders that were entered on July 17, 2007 in each of … the Pennsylvania Actions."

In conjunction with lead counsel for plaintiffs in In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336 ("Lead Counsel"), the Trustee has conducted over 35

---

[1] Discovery in the case of Buckley v. Clifford Chance, et al., E.D. Pa. No. 2:06-CV-1003, which also arises out of the bankruptcy of DVI, was coordinated with discovery in the other Pennsylvania Actions (In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336; WM High Yield Fund, et al v. O'Hanlon, et al., E.D. Pa. 04-CV-3423; and Fleet National Bank v. Michael O'Hanlon, et al., E.D. Pa. 04-CV-1277) in August of 2006.

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.

**Anderson Kill & Olick, P.C.**

The Honorable Gregory M. Sleet
February 27, 2008
Page 2

depositions to date, some of which are pending completion, and have noticed several more depositions of key witnesses, including DVI's former CFO, who is incarcerated at the federal detention facility in Fort Dix, New Jersey, and the company's Chief Accounting Officer.

For these reasons and others, Lead Counsel moved before Judge Davis for a 60-day extension of the fact discovery period in In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336, and the Trustee joined that motion with respect to its action against Clifford Chance also pending before Judge Davis in the Eastern District of Pennsylvania. By orders dated February 19, 2008, Judge Davis extended fact discovery in the Pennsylvania Actions until May 2, 2008. (A copy of Judge Davis's order extending discovery in the Trustee's suit against Clifford Chance is attached hereto as Exhibit "B".)

In consideration of the foregoing and the coordinated nature of discovery in this case with the Pennsylvania Actions, the Trustee respectfully requests that the fact discovery deadline in this Action be extended until May 2, 2008. We also request that any other deadlines delineated in the Scheduling Order be extended in accordance with the deadlines now established in the Pennsylvania Actions.

We appreciate Your Honor's consideration of the foregoing, and are available for a conference should Your Honor wish to discuss these matters further.

Respectfully submitted,

John B. Berringer, Esq.
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY 10020

Francis A. Monaco, Jr., Esq. (#2078)
Womble Carlyle Sandridge & Rice PLLC.
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
Local counsel

cc:   Counsel for Defendants