# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

John B. Berringer, Esq.
jberringer@andersonkill.com
(212) 278-1000

February 27, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. District Court District of Delaware
844 King Street
Wilimington, Delaware 19801

Re: DVI, Inc. v. O'Hanlon, et al.,
Civil Action No. 1:04-cv-00955

Dear Judge Stark:

We represent the plaintiff, Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee"), in the above referenced action (the "Action"). We write to request modifications to the current mediation schedule governing this action since the close of fact discovery in four closely related actions has been extended to May 2, 2008. We are also writing Judge Sleet to request an extension of the close of fact discovery in this action (presently set to close on March 3, 2008) until May 2, 2008. We have been coordinating discovery of this action with four other closely-related actions pending before Judge Legrome D. Davis in the Federal District Court for the Eastern District of Pennsylvania (the "Pennsylvania Actions"), all of which relate to the bankruptcy of DVI, Inc. ("DVI"), and all of which are coordinated for purposes of discovery.[1]

Indeed, the October 31, 2007 Scheduling Order governing this action (the "Scheduling Order," attached as Exhibit A), specifies that "[a]ll fact discovery in this case shall be coordinated with, and subject to the discovery limitations imposed by the Case Management Orders that were entered on July 17, 2007 in each of ... the Pennsylvania Actions."

---

[1] Discovery in the case of Buckley v. Clifford Chance, et al., E.D. Pa. No. 2:06-CV-1003, which also arises out of the bankruptcy of DVI, was coordinated with discovery in the other Pennsylvania Actions (In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336; WM High Yield Fund, et al v. O'Hanlon, et al., E.D. Pa. 04-CV-3423; and Fleet National Bank v. Michael O'Hanlon, et al., E.D. Pa. 04-CV-1277) in August of 2006.

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.

**Anderson Kill & Olick, P.C.**

The Honorable Leonard P. Stark
February 27, 2008
Page 2

In conjunction with lead counsel for plaintiffs in In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336 ("Lead Counsel"), the Trustee has conducted over 35 depositions to date, some of which are pending completion, and have noticed several more depositions of key witnesses, including DVI's former CFO, who is incarcerated at the federal detention facility in Fort Dix, New Jersey, and the company's Chief Accounting Officer.

For these reasons and others, Lead Counsel moved before Judge Davis for a 60-day extension of the fact discovery period in In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336, and the Trustee joined that motion with respect to its action against Clifford Chance also pending before Judge Davis in the Eastern District of Pennsylvania. By orders dated February 19, 2008, Judge Davis extended fact discovery in the Pennsylvania Actions until May 2, 2008. (A copy of Judge Davis's order extending discovery in the Trustee's suit against Clifford Chance is attached hereto as Exhibit "B".)

In consideration of the foregoing and the coordinated nature of discovery in this case with the Pennsylvania Actions, the Trustee respectfully requests that the mediation schedule currently governed by the Amended Order Governing Mediation (the "Amended Order," attached as Exhibit C) be modified in accordance with the new May 2, 2008 fact discovery deadline established in the Pennsylvania Actions. Specifically, we request that the mediation teleconference (currently scheduled for March 4, 2008) be postponed until May 5, 2008; that the deadline for submission of mediation statements (presently March 12, 2008) be moved to May 13, 2008; and that the mediation conferences (currently scheduled for March 26 and 27, 2008) be postponed until May 28 and 29, 2008.

**Anderson Kill & Olick, P.C.**

The Honorable Leonard P. Stark
February 27, 2008
Page 3

      We appreciate Your Honor's consideration of the foregoing, and are available for a conference should Your Honor wish to discuss these matters further.

                              Respectfully submitted,

                              */s/ John B. Berringer*
                              John B. Berringer, Esq.
                              Anderson Kill & Olick
                              1251 Avenue of the Americas
                              New York, NY 10020

                              */s/ Francis A. Monaco, Jr.*
                              Francis A. Monaco, Jr., Esq. (#2078)
                              Womble Carlyle Sandridge & Rice PLLC.
                              222 Delaware Avenue, 15th Floor
                              Wilmington, DE 19801
                              *Local counsel*

cc:    Counsel for Defendants