# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Amy L. Francisco, Esq.
afrancisco@andersonkill.com
(212) 278-1155

March 7, 2008

The Honorable Leonard P. Stark
United States Magistrate Judge
U.S. District Court District of Delaware
844 King Street
Wilimington, Delaware 19801

      Re:    DVI, Inc. v. O'Hanlon, et al.,
              <u>Civil Action No. 1:04-cv-00955</u>

Dear Judge Stark:

        As you know, we represent the plaintiff, Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee"), in the above referenced action (the "Action"). We write with regards to the request made by counsel for several of the defendants that their respective clients participate in the mediation via telephone, rather than in person.

        To the extent that a particular defendant has serious health or family issues that would make in-person attendance overly burdensome, the Trustee has no objection to that defendant's participation via telephone, provided that such defendants will be readily available during the mediation to consider, and make decisions with regards to a potential settlement. Specifically, at this time, we have no objections to the requests set forth by counsel for Mr. Turek and Mr. Roberts to participate via telephone subject to the condition previously stated. Given Mr. Garfinkel's incarceration, we also have no objection to his participation via telephone.

        As to the other defendants, we request in-person attendance of those not facing serious health or family issues. We are willing to accommodate Mr. Miller's schedule, and are available for the weeks of May 12, May 19, and June 2 for the

New York ■ Chicago ■ Greenwich ■ Newark ■ Philadelphia ■ Washington, D.C.

**Anderson Kill & Olick, P.C.**

The Honorable Leonard P. Stark
March 7, 2008
Page 2

mediation conferences. However, given the schedule previously proposed[2], we would prefer proceeding the week of May 19.

Additionally, per the request of Mr. O'Hanlon's counsel, we are informing this Court and defendants that the Trustee has only settled this action with respect to Mr. Goldberg, Mr. Shapiro and Mr. McHugh.

We appreciate Your Honor's consideration of the foregoing, and are available for a conference should Your Honor wish to discuss these matters further.

Respectfully submitted,

Amy L. Francisco, Esq.
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY  10020

/s/ Francis A. Monaco, Jr.
Francis A. Monaco, Jr., Esq. (#2078)
Womble Carlyle Sandridge & Rice PLLC.
222 Delaware Avenue, 15th Floor
Wilmington, DE  19801
*Local counsel*

cc:     Counsel for Defendants

---

[2] In our previous letter to this Court dated February 27, 2008 we requested that the mediation teleconference (currently scheduled for March 4, 2008) be postponed until May 5, 2008; that the deadline for submission of mediation statements (presently March 12, 2008) be moved to May 13, 2008; and that the mediation conferences (currently scheduled for March 26 and 27, 2008) be postponed until May 28 and 29, 2008.