IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Dennis J. Buckley, As Trustee of the DVI Liquidating Trust, | : |
| Plaintiff, | : |
| v. | : Civ. No. 04-955-GMS |
| Michael O'Hanlon, Steven R. Garfinkel, Richard E. Miller, John P. Boyle, Anthony J. Turek, Raymond D. Fear, William S. Goldberg, Gerald L. Cohn, John E. McHugh, Harry T. J. Roberts, and Nathan Shapiro, | : |
| Defendants. | : |

## ORDER

At Wilmington this **7th** day of **March, 2008,** IT IS ORDERED that:

1. A teleconference with all of the parties has been scheduled for **March 12, 2008 at 2:30 p.m.** with Magistrate Judge Stark in preparation for mediation conference(s) in this matter. **Plaintiff's counsel shall initiate the teleconference call to 302-573-4573.**

   During the teleconference, counsel for Defendants O'Hanlon, Miller, Boyle, Fear, and Cohn must be prepared to address: (i) whether any of the foregoing defendants have a serious health or family issue that should excuse them from appearing at the mediation; (ii) whether there is any other basis on which the Court should excuse the appearance of any of the foregoing defendants; and (iii) whether counsel and their clients are available for mediation on May 22, 2008, June 2, 2008 and/or June 6, 2008.

2. **No mediation statements will be due on March 12, 2008.**

3. **No mediation conferences will be held on March 26, 2008 and March 27, 2008.**

4.   **A mediation conference is scheduled for May 22, 2008 beginning at 9:00 a.m. for Plaintiff and Defendants Garfinkel, Turek and Roberts.**  Each party must be represented at the mediation conference by counsel who is/are familiar with the case and who must have full authority to act on behalf of the parties, including the authority to negotiate a resolution of the matter and to respond to developments during the mediation process. While in-person attendance by the individual clients is not required, the individual clients must be immediately reachable by telephone. Further, attendance by local counsel is not required in this case.

Delaware counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

_____
UNITED STATES MAGISTRATE JUDGE