UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | Civil Action No. 04-955-GMS |

## STIPULATION AND ORDER

WHEREAS, discovery in this action has been and continues to be coordinated with discovery in the four matters related to DVI, Inc. and DVIFS pending before Judge Legrome D. Davis in the United States District Court for the Eastern District of Pennsylvania: (In re DVI, Inc. Securities Litigation, No. 03-5336, WM High Yield Fund, et al. v. O'Hanlon, et al., No. 04-CV-3423, Fleet National Bank v. O'Hanlon, No. 04-CV-1277; and Buckley v. Clifford Chance, et al., No. 2:06-CV-1003 respectively); and

WHEREAS, Judge Davis extended fact discovery in the Pennsylvania Actions until May 2, 2008 by orders dated February 19, 2008[1];

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties to this action that:

---

[1] See letter with exhibits from Plaintiff addressed to the Court dated February 27, 2008, attached as Exhibit A.

NYDOCS1-887280.1

1. Fact discovery shall be completed no later than May 2, 2008;

2. Plaintiffs shall serve their expert reports within thirty (30) days after the close of discovery, by June 2, 2008.

3. Defendants shall serve their expert reports thirty (30) days after Plaintiffs serve their expert reports, by July 2, 2008.

4. Plaintiffs shall serve their expert rebuttal reports within fourteen (14) days after receiving Defendants' expert reports, by July 16, 2008.

5. Depositions of any experts designated by plaintiffs and defendants shall be taken within forty-five (45) days of, but no earlier than, the completion of service of expert reports. Thus, expert discovery shall be completed by September 2, 2008;

6. Dispositive motions shall be filed by July 21, 2008;

7. Fully briefed Motions in Limine and a Proposed Pretrial Order will remain due by November 10, 2008, as set forth in this Court's October 31, 2007 Order Setting Scheduling Order Deadlines;

8. On December 11, 2008, beginning at 10:00 a.m. in Wilmington, Delaware, the Court will hold a Pretrial Conference in Chambers with counsel.

9. The twenty (20) day Jury Trial remains set for January 5, 2009, as set forth in this Court's October 31, 2007 Order Setting Scheduling Order Deadlines.

WOMBLE CARLYLE SANDRIDGE &
RICE, P.L.L.C.

By: /s/ Francis A. Monaco
Francis A. Monaco, Jr., Esq. (#2078)
Kevin J. Mangan, Esq. (#3810)
222 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
(302) 252-4340

- and -

ANDERSON KILL & OLICK, P.C.
    Finley T. Harckham, Esq.
    John B. Berringer, Esq.
    Edward J. Stein, Esq.
    Dennis Artese, Esq.
    Amy L. Francisco, Esq.
    Brittany H. Schwartzwald, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Attorneys for Dennis J. Buckley, as Trustee
of the DVI Liquidating Trust

BAYARD, P.A.

By: /s/ Peter B. Ladig
Peter B. Ladig, Esq. (#3513)
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
(302) 429-4219

Attorney for Defendant Harry T.J. Roberts

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

By:_____
    Noel C. Burnham, Esq.
1105 Market Street, 15th Floor
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

    Richard L. Scheff, Esq.
    Jeffrey Feldman, Esq.
    Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

Attorneys for Defendant Michael O'Hanlon

DILWORTH PAXSON LLP

By: _____
    Maura Fay McIlvain, Esq.
1735 Market Street
Philadelphia, PA 19103

DILWORTH PAXSON, LLP
Martin James Weis, Esquire
702 North King St., Suite 500
First Federal Plaza
Wilmington, DE 19899

Attorneys for Defendant Steven Garfinkel

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

By: /s/ Noel C. Burnham
    Noel C. Burnham, Esq.
1105 Market Street, 15th Floor
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

    Richard L. Scheff, Esq.
    Jeffrey Feldman, Esq.
    Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

Attorneys for Defendant Michael O'Hanlon

DILWORTH PAXSON, LLP

By:_____
    Maura Fay, Esq.
1735 Market Street
Philadelphia, PA 19103

DILWORTH PAXSON, LLP
Martin James Weis, Esquire
702 North King St., Suite 500
First Federal Plaza
Wilmington, DE 19899

Attorneys for Defendant Steven Garfinkel


MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

By: /s/ Noel C. Burnham
    Noel C. Burnham, Esq.
1105 Market Street, 15th Floor
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

    Richard L. Scheff, Esq.
    Jeffrey Feldman, Esq.
    Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

Attorneys for Defendant Michael O'Hanlon

DILWORTH PAXSON, LLP

By:_____
    Maura Fay, Esq.
1735 Market Street
Philadelphia, PA 19103

DILWORTH PAXSON, LLP
Martin James Weis, Esquire
702 North King St., Suite 500
First Federal Plaza
Wilmington, DE 19899

Attorneys for Defendant Steven Garfinkel

STILLMAN & FRIEDMAN, P.C.

By: _____
    Julian W. Friedman, Esq.
425 Park Avenue
New York, NY 10022

ASHBY & GEDDES
Philip Trainer, Jr., Esq.
Lauren E. Maguire, Esq.
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE 19899

Attorneys for Defendant Gerald Cohn

CONRAD O'BRIEN GELLMAN & ROHN, P.C.

By: _____
    Patricia M. Hamill, Esq.
    Paul Greco, Esq.
1515 Market St. – 16th Fl.
Philadelphia, PA 19102

PRICKETT, JONES & ELLIOTT
David E. Brand, Esq.
1310 King St.
Wilmington, DE 19801

Attorneys for Defendant Richard Miller

STILLMAN & FRIEDMAN, P.C.

By:_____
    Julian W. Friedman, Esq.
425 Park Avenue
New York, NY 10022

ASHBY & GEDDES
Philip Trainer, Jr., Esq.
Lauren E. Maguire, Esq.
222 Delaware Avenue, 17th Fl.
P.O. Box 1150
Wilmington, DE 19899

Attorneys for Defendant Gerald Cohn

CONRAD O'BRIEN GELLMAN & ROHN, P.C.

By: /s/ Vincent T. Cieslik
    Patricia M. Hamill, Esq.
~~Paul Gross, Esq.~~
1515 Market St. – 16th Fl.
Philadelphia, PA 19102

PRICKETT, JONES & ELLIOTT
David E. Brand, Esq.
1310 King St.
Wilmington, DE 19801

Attorneys for Defendant Richard Miller

COZEN O'CONNOR

By: *David A. Felice (#4090)*
    William Taylor, Esq.
    John C. Barnoski, Esq.
1900 Market St.
Philadelphia, PA 19103

COZEN O'CONNOR
David A. Felice, Esq.
Suite 1400, Chase Manhattan Centre
1201 North Market St.
Wilmington, DE 19801

Attorneys for Defendant Anthony Turek

MORGAN, LEWIS & BOCKIUS, LLP

By:_____
    William P. Quinn, Esq.
    Karen Pieslak Pohlmann, Esq.
1701 Market St.
Philadelphia, PA 19103

CONNOLLY BOVE LODGE & HUTZ, LLP
Arthur G. Connolly, Jr., Esq.
The Nemours Building
1007 North Orange St.
Suite 878
Wilmington, DE 19801

Attorneys for Defendants Nathan Shapiro, William S. Goldberg and John E. McHugh

DUANE MORRIS, LLP

By:_____
    Patrick J. Loftus, Esq.
    Kelly D. Eckel, Esq.
    Robert E. Kelly, Esq.
One Liberty Place – Suite 4200
Philadelphia, PA 19103


DUANE MORRIS, LLP

-6-

COZEN O'CONNOR

By:_____
    William Taylor, Esq.
    Kevin F. Berry, Esq.
    John C. Barnoski, Esq.
1900 Market St.
Philadelphia, PA 19103

COZEN O'CONNOR
David A. Felice, Esq.
Suite 1400, Chase Manhattan Centre
1201 North Market St.
Wilmington, DE 19801

Attorneys for Defendant Anthony Turek


DUANE MORRIS, LLP

By:__/s/ Robert E. Kelly_____
    Patrick J. Loftus, Esq.
    Kelly D. Eckel, Esq.
    Robert E. Kelly, Esq.
One Liberty Place – Suite 4200
Philadelphia, PA 19103


DUANE MORRIS, LLP
    Richard William Riley, Esq.
    Kathleen McCormick, Esq.
11 North Market Street, Suite 1200
Wilmington, DE 19801
Attorneys for Defendants, John Boyle and Raymond Fear

SO ORDERED:

_____
GREGORY M. SLEET, U.S.D.J.