IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., :<br><br>Plaintiff, :<br><br>MICHAEL A. O'HANLON, *et al.*, :<br><br>Defendants. : | CIVIL ACTION<br>Case No. 04-955-GMS |

### ENTRY OF APPEARANCE

PLEASE ENTER the appearance of Steven T. Davis and the firm of Obermayer Rebmann Maxwell & Hippel LLP in the above-captioned action as counsel for Defendant Gerald L. Cohn.

| OF COUNSEL: | __/s/ Steven T. Davis_____ |
|---|---|
|  | Steven T. Davis (#2731) |
| Julian W. Friedman | Kellie M. MacCready (#4574) |
| Carolyn Barth Renzin | OBERMAYER REBMANN MAXWELL |
| Elizabeth S. Weinstein | & HIPPEL LLP |
| STILLMAN, FRIEDMAN & | 3 Mill Road, Suite 306A |
| SHECHTMAN, P.C. | Wilmington, Delaware 19806 |
| 425 Park Avenue | (302) 655-9094 |
| New York, NY 10022 | *Counsel for Defendant Gerald L. Cohn* |
| (212) 223-0200 |  |

Dated: June 5, 2008

4279726

## CERTIFICATE OF SERVICE

I, Steven T. Davis, hereby certify that on June 5, 2008, one copy of the foregoing Entry of Appearance was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Joseph J. Bodnar, Esquire<br>Francis A. Monaco, Jr., Esquire<br>Monzack & Monaco, P.A.<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE  19899 | Francis A. Monaco, Jr., Esquire<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue<br>15th Floor<br>Wilmington, DE  19801 |
| David E. Brand, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899 | David A. Felice, Esquire<br>Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE  19801 |
| Laurie A. Krepto, Esquire<br>Montgomery, McCracken, Walker & Rhoads LLP<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE  19801 | Peter B. Ladig, Esquire<br>Stephen B. Brauerman, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19701 |
| Arthur G. Connolly, Jr., Esquire<br>Arthur G. Connolly, III, Esquire<br>Connolly, Bove, Lodge & Hutz<br>The Nemours Building<br>1007 North Orange Street<br>P.O. Box 2207<br>Wilmington, DE  19899 | Martin James Weis, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza<br>Suite 500<br>Wilmington, DE  19801 |
| Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker<br> & Rhoads<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE 19801 | Richard William Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |

4279726

I further certify that on June 5, 2008, I did cause a copy of the foregoing to be mailed via United States mail, postage prepaid to the following non-registered participants:

| | |
|---|---|
| Richard L. Scheff, Esquire<br>Jeffrey Feldman, Esquire<br>Montgomery, McCracken, Walker &<br>Rhoads, LLP<br>123 South Broad Street, 28th Floor<br>Philadelphia, PA  19109 | Maura Fay, Esquire<br>Dilworth Paxon LLP<br>1735 Market Street<br>Philadelphia, PA  19103 |
| David W. Marston, Jr., Esquire<br>William P. Quinn, Jr., Esquire<br>Karen Pieslak Pohlmann, Esquire<br>Thomas Ayala, Esquire<br>Morgan Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921 | Patricia M. Hamill, Esquire<br>Vincent T. Cieslik, Esquire<br>Conrad, O'Brien, Gelman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA  19102-1916 |
| Julian W. Friedman, Esquire<br>Stillman & Friedman, P.C.<br>425 Park Avenue<br>New York, NY  10022 | William Taylor, Esquire<br>John C. Barnoski, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Ted Stein, Esquire<br>Finley Harckham, Esquire<br>John Berringer, Esquire<br>Marshall Gilinksy, Esquire<br>Dennis Artese, Esquire<br>Amy Francisco , Esquire<br>Brittany Schwartzwald, Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020 | Matthew A. Taylor, Esquire<br>Patrick J. Loftus, Esquire<br>Robert E. Kelly, Esquire<br>Kelly D. Eckel, Esquire<br>Duane Morris LLP<br>One Liberty Place, Suite 4200<br>Philadelphia, PA  19103-7396 |

　　　　　　　　　　　　　　　　　　　　　/s/ Steven T. Davis　　　　　　　
　　　　　　　　　　　　　　　　　　　　Steven T. Davis (#2731)

4279726