IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., :<br><br>Plaintiff, :<br><br>MICHAEL A. O'HANLON, *et al.*, :<br><br>Defendants. : | CIVIL ACTION<br>Case No. 04-955-GMS |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Richard R. Harris, Esquire to represent Defendant Gerald L. Cohn, in this matter.

OF COUNSEL:

Julian W. Friedman
Carolyn Barth Renzin
Elizabeth S. Weinstein
STILLMAN, FRIEDMAN &
SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022
(212) 223-0200

Date: June 6, 2008

__/s/ Kellie M. MacCready_____
Kellie M. MacCready (#4574)
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
3 Mill Road, Suite 306A
Wilmington, Delaware 19806
(302) 655-9094
*Attorney for Defendant Gerald L. Cohn*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

_____
Gregory M. Sleet
United States District Judge

Date:_____

4279731

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Pennsylvania, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Date: 6-5-08

Richard R. Harris, Esquire
OBERMAYER REBMANN MAXWELL
& HIPPEL LLP
1617 J.F.K. Blvd., 19th Floor
Philadelphia, PA 19103
Telephone: (215) 665-3000
Facsimile: (215) 665-3165
Email: richard.harris@obermayer.com

4279731

## CERTIFICATE OF SERVICE

I, Kellie M. MacCready, hereby certify that on June 6, 2008, one copy of the foregoing Motion and Order For Admission Pro Hac Vice was electronically filed with the Clerk of Court using CM/ECF which will send notification of such filing to the following counsel of record:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Peter B. Ladig, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19701

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Noel C. Burnham, Esquire
Montgomery, McCracken, Walker
 & Rhoads
1105 North Market Street
15th Floor
Wilmington, DE 19801

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I further certify that on June 6, 2008, I did cause a copy of the foregoing to be mailed via United States mail, postage prepaid to the following non-registered participants:

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

Julian W. Friedman, Esquire
Stillman & Friedman, P.C.
425 Park Avenue
New York, NY 10022

Ted Stein, Esquire
Finley Harckham, Esquire
John Berringer, Esquire
Marshall Gilinksy, Esquire
Dennis Artese, Esquire
Amy Francisco, Esquire
Brittany Schwartzwald, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Maura Fay, Esquire
Dilworth Paxon LLP
1735 Market Street
Philadelphia, PA 19103

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gelman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA 19102-1916

William Taylor, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
One Liberty Place, Suite 4200
Philadelphia, PA 19103-7396

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899

__/s/ Kellie M. MacCready_____
Kellie M. MacCready (#4574)

4279731