UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST

          Plaintiff,

- against -

MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,

          Defendants.

Civil Action No. 04-955-GMS

## STIPULATION AND ORDER

WHEREAS, discovery in this action has been and continues to be coordinated with discovery in the four matters related to DVI, Inc. and DVIFS pending before Judge Legrome D. Davis in the United States District Court for the Eastern District of Pennsylvania: (In re DVI, Inc. Securities Litigation, No. 03-5336, WM High Yield Fund, et al. v. O'Hanlon, et al., No. 04-CV-3423, Fleet National Bank v. O'Hanlon, No. 04-CV-1277; and Buckley v. Clifford Chance, et al., No. 2:06-CV-1003 respectively); and

WHEREAS, Judge Davis extended the dates regarding service of expert reports and dispositive motions in the Pennsylvania Actions as set forth below by order dated June 23, 2008[1];

---

[1] See Judge Davis' Order dated June 23, 2008, attached as Exhibit A.

NYDOCS1-895653.1

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties to this action that:

1. Plaintiffs shall serve their expert reports by no later than September 1, 2008.

2. Defendants shall serve their expert reports by no later than October 17, 2008.

3. Plaintiffs shall serve their expert rebuttal reports by no later than November 17, 2008.

4. Depositions of any experts designated by plaintiffs and defendants shall be taken by no later than January 30, 2009.

5. Dispositive motions shall be filed no later than March 31, 2009.

6. Papers opposing any motion for summary judgment shall be filed no later than June 1, 2009.

7. Any reply briefs in support of any motion for summary judgment shall be filed no later than July 1, 2009.

8. The Court will schedule, at its discretion, all pre-trial deadlines, including, but not limited to, the final pre-trial conference and trial date, following resolution of dispositive motions.

WOMBLE CARLYLE SANDRIDGE & RICE, P.L.L.C.

By:___/s/ Francis A. Monaco, Jr._____
     Francis A. Monaco, Jr., Esq. (#2078)
     Kevin J. Mangan, Esq. (#3810)
222 Delaware Avenue, 15th Floor
Wilmington, Delaware 19801
(302) 252-4340

- and -

ANDERSON KILL & OLICK, P.C.
     Finley T. Harckham, Esq.
     John B. Berringer, Esq.
     Edward J. Stein, Esq.
     Dennis Artese, Esq.
     Amy L. Francisco, Esq.
     Brittany H. Schwartzwald, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Attorneys for Dennis J. Buckley, as Trustee of the DVI Liquidating Trust

THE BAYARD FIRM

By:__/s/ Peter B. Ladig_____
     Peter B. Ladig, Esq.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Philadelphia, PA 19899
(215) 988-1437

Attorney for Defendant Harry T.J. Roberts

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

By:__/s/ Noel C. Burnham____
    Noel C. Burnham, Esq.
1105 Market Street, 15th Floor
Wilmington, DE 19801

MONTGOMERY, MCCRACKEN, WALKER
& RHOADS, LLP

    Richard L. Scheff, Esq.
    Jeffrey Feldman, Esq.
    Laurie Krepto, Esq.
123 South Broad Street, 24th Floor
Philadelphia, PA 19109

Attorneys for Defendant Michael O'Hanlon

CONRAD O'BRIEN GELLMAN & ROHN, P.C.

By:__/s/ David E. Brand_____
    Patricia M. Hamill, Esq.
    Vincent T. Cieslik, Esq.
1515 Market St. – 16th Fl.
Philadelphia, PA 19102

PRICKETT, JONES & ELLIOTT
David E. Brand, Esq. (Del. Bar No. 201)
1310 King St.
Wilmington, DE 19801

Attorneys for Defendant Richard Miller

COZEN O'CONNOR

By:___/s/ John C. Barnoski_____
    William Taylor, Esq.
    Kevin F. Berry, Esq.
    John C. Barnoski, Esq.
1900 Market St.
Philadelphia, PA 19103

COZEN O'CONNOR

        David A. Felice, Esq.
        Suite 1400, Chase Manhattan Centre
        1201 North Market St.
        Wilmington, DE 19801

        Attorneys for Defendant Anthony Turek

        DUANE MORRIS, LLP

        By:__/s/ Richard Riley_____
            Patrick J. Loftus, Esq.
            Kelly D. Eckel, Esq.
            Robert E. Kelly, Esq.
        One Liberty Place – Suite 4200
        Philadelphia, PA 19103

        DUANE MORRIS, LLP
            Richard William Riley, Esq.
            Kathleen McCormick, Esq.
        11 North Market Street, Suite 1200
        Wilmington, DE 19801
        Attorneys for Defendants, John Boyle and
        Raymond Fear

SO ORDERED:

_____
GREGORY M. SLEET, U.S.D.J.