**EXHIBIT "A"**

Case 1:04-cv-00955-GMS    Document 144-2    Filed 07/11/2008    Page 1 of 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF DVI LIQUIDATING TRUST | : | CIVIL ACTIONS |
| v. | : | NO. 06-CV-1003 |
| CLIFFORD CHANCE LLP and CLIFFORD CHANCE US LLP | : | |

## SEVENTH REVISED CASE MANAGEMENT ORDER

AND NOW, this 23rd day of June 2008, upon consideration of several status reports filed by the parties (Doc. Nos. 125, 126, 130 and 131), it is hereby ORDERED that the Case Management Order ("CMO") in the instant matter is revised as follows:

1.    Expert Reports.

    a.   Plaintiffs shall serve their expert reports by no later than September 1, 2008.

    b.   Defendants shall serve their expert reports by no later than October 17, 2008.

    c.   Plaintiffs shall serve their expert rebuttal reports by no later than November 17, 2008.

    d.   Depositions of any experts designated by plaintiffs and defendants shall be taken by no later than January 30, 2009. The depositions of experts shall comply with the instructions set forth by this Court in its Sixth Revised

CMO related to Deposition Discovery.

2. Dispositive Motions.

    a. Joint Submissions. Defendants shall coordinate the timing and filing of dispositive motions, and shall file omnibus briefs (joint briefs on common issues of fact or law) where possible. Defendants will meet in groups and/or form committees and confer, at or near the end of factual discovery, to determine the extent to which they can file omnibus briefs. Each shall have the right to file individual briefs and response briefs. Reply briefs may be filed only with leave of court.

    b. Page Limitations. Omnibus moving and response briefs shall be limited to seventy-five (75) pages. Omnibus reply briefs may be filed by plaintiffs or defendants only with leave of court, to the extent they are necessary to rebut factual and/or legal assertions first raised in response briefs, and shall be limited to twenty (20) pages. Non-omnibus briefs are limited to twenty (20) pages. Non-omnibus reply briefs may be filed by plaintiffs or defendants only with leave of court, and only to the extent they are necessary to rebut factual and/or legal assertions first raised in response briefs, and shall be limited to ten (10) pages. These page limitations may be modified for cause upon further order of the Court. All information and documents exchanged among defendants for purposes of coordinating briefing shall not constitute a waiver of the work product doctrine.

    c. Filing Dates. Dispositive motions shall be filed no later than March 31,

2009. Upon any motion for summary judgment pursuant to Fed. R. Civ. P. 56, there shall be filed with the motion a separate, short and concise statement of material facts, in numbered paragraphs, as to which the moving party contends there is no genuine issue of material fact to be tried. The papers opposing any motion for summary judgment shall be filed no later than June 1, 2009 and shall include a separate, short and concise statement of the material facts, responding to the numbered paragraphs set forth in the statement required in the foregoing paragraph, as to which it is contended that there exists a genuine issue of material fact to be tried. Any reply briefs in support of any motion for summary judgment shall be filed no later than July 1, 2009. Statements of material facts in support of or in opposition to a motion for summary judgment shall include references to the parts of the record that support the statements.

3. <u>Pretrial and Other Deadlines</u>. This Order may be amended only by approval from the Court. The Court will schedule, at its discretion, all pre-trial deadlines, including, but not limited to, the final pre-trial conference and trial date, following resolution of dispositive motions.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J.

3