ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

July 10, 2008

The Honorable Gregory M. Sleet
United States District Judge
U.S. District Court District of Delaware
844 King Street
Wilimington, Delaware 19801

Re: DVI, Inc. v. O'Hanlon, et al.,
Civil Action No. 1:04-cv-00955

Dear Judge Sleet:

We represent the plaintiff, Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee"), in the above referenced action (the "Action"). We write to request a new schedule for the service of expert reports and the filing of dispositive motions in accordance with the dates set by Judge Legrome D. Davis in the Federal District Court for the Eastern District of Pennsylvania . As this Court is aware, we have been coordinating discovery of this action with four other closely-related actions pending before Judge Davis (the "Pennsylvania Actions"), all of which relate to the bankruptcy of DVI, Inc. ("DVI"), and all of which are coordinated for purposes of discovery.[1] Furthermore several of the defendants in this Action are also defendants in some of the Pennsylvania Actions.

Attached for your consideration and approval is a proposed Joint Stipulation and Order revising the current schedule as to the service of expert reports and the filing of dispositive motions. All parties have agreed to this proposed schedule with the exception of Mr. Cohn's counsel, Julian Friedman, because he opposes the application and desires to file his motion in accordance with the schedule previously established by this Court.

In consideration of the foregoing and the coordinated nature of deadlines in this case with the Pennsylvania Actions, the Trustee respectfully requests that this

1 Discovery in the case of Buckley v. Clifford Chance, et al., E.D. Pa. No. 2:06-CV-1003, which also arises out of the bankruptcy of DVI, was coordinated with discovery in the other Pennsylvania Actions (In re DVI, Inc. Sec. Litig., E.D. Pa. 03-CV-05336; WM High Yield Fund, et al v. O'Hanlon, et al., E.D. Pa. 04-CV-3423; and Fleet National Bank v. Michael O'Hanlon, et al., E.D. Pa. 04-CV-1277) in August of 2006.

**Anderson Kill & Olick, P.C.**

The Honorable Gregory M. Sleet
July 9, 2008, 2008
Page 2

Court order the new schedule as set forth in the attached proposed Joint Stipulation and Order.

As summary judgment motions are currently due on July 21, 2008, we appreciate Your Honor's consideration of the foregoing at your earliest convenience. Counsel to the parties are available for a telephone conference should Your Honor wish to discuss this matter further.

Respectfully submitted,

Dennis Artese, Esq.
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY 10020

Francis A. Monaco, Jr., Esq. (#2078)
Womble Carlyle Sandridge & Rice PLLC.
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
*Local counsel*

cc: Counsel for Defendants