UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF DVI, INC., et al., Debtors and Debtors-in-Possession,<br><br>Plaintiff,<br><br>-against-<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T. J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | No. 04-955 |

### JOINT STIPULATION AND MOTION FOR ORDER DISMISSING CLAIMS AS TO NATHAN SHAPIRO, WILLIAM S. GOLDBERG, AND JOHN E. MCHUGH

It is hereby stipulated by and between the undersigned counsel for Plaintiffs and the undersigned counsel for Defendants Nathan Shapiro, William S. Goldberg, and John E. McHugh ("Settling Defendants"), pursuant to a Settlement Agreement releasing all claims asserted against Settling Defendants in this action, that all of Plaintiff's claims against Settling Defendants are **DISMISSED WITH PREJUDICE**.[1]

In view of the foregoing Stipulation, Plaintiff and Settling Defendants hereby jointly request that the Court enter an order dismissing Settling Defendants from this action with prejudice, each party to bear their own respective costs and fees.

---

[1] The issues between Plaintiff and Settling Defendants have been settled.

Respectfully submitted to the Court on this 11th day of ~~May~~ July, 2008:

By *(signed)* Amy L. Francisco
Amy L. Francisco
ANDERSON KILL & OLICK, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*Counsel for Plaintiff -- Dennis J. Buckley,
Trustee of the DVI Liquidating Trust*

By *(signed)* William P. Quinn, Jr.
William P. Quinn, Jr.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921

*Counsel for Defendants
Nathan Shapiro, William S. Goldberg
and John E. McHugh*