UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF DVI, INC., et al., Debtors and
Debtors-in-Possession,

                Plaintiff,

-against-

MICHAEL A. O'HANLON, STEVEN R.
GARFINKEL, RICHARD E. MILLER, JOHN
P. BOYLE, ANTHONY J. TUREK,
RAYMOND D. FEAR, WILLIAM S.
GOLDBERG, GERALD L. COHN, JOHN E.
MCHUGH, HARRY T. J. ROBERTS, and
NATHAN SHAPIRO,
                Defendants.

No. 04-955

## ORDER

AND NOW, this ____ day of ~~May~~ July, 2008, upon consideration of the Joint Stipulation and Motion for Order Dismissing Claims as to Nathan Shapiro, William S. Goldberg, and John E. McHugh, it is hereby **ORDERED** that plaintiff's claims shall be **DISMISSED WITH PREJUDICE** as to Defendants Nathan Shapiro, William S. Goldberg, and John E. McHugh, each party to bear their own respective costs and fees.

**AND IT IS SO ORDERED.**

_____
U.S. District Judge