# ANDERSON KILL & OLICK, P.C.

Attorneys and Counselors at Law

1251 AVENUE OF THE AMERICAS ■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Dennis Artese, Esq.
dartese@andersonkill.com
(212) 278-1246

July 18, 2008

The Honorable Gregory M. Sleet
United States District Judge
U.S. District Court District of Delaware
844 King Street
Wilmington, Delaware 19801

      Re:    DVI, Inc. v. O'Hanlon, et al.,
              Civil Action No. 1:04-cv-00955

Dear Judge Sleet:

      We represent the plaintiff, Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee"), in the above referenced action (the "Action"). We write with respect to the service of the Trustee's expert reports, which were served via regular mail to all counsel on the attached certificate of service on June 2, 2008. We were informed earlier this week that counsel for Mr. O'Hanlon, Mr. Miller, Mr. Roberts, Mr. Fear and Mr. Boyle did not timely receive the reports. Mr. Cohn's local counsel did receive the report, however Mr. Cohn's counsel claims that service was not made on the appropriate attorney in this action because the attorney served was only counsel for Mr. Cohn in the DVI-related actions in the Eastern District of Pennsylvania. The Trustee cannot explain why counsel did not timely receive these reports as they were in fact served on June 2, 2008. Nevertheless, Your Honor's approval of the proposed revised scheduling order filed, to which all counsel, with the exception of Mr. Cohn's counsel, have stipulated agreement, would remedy any problems arising from this situation.

      In consideration of the foregoing and the coordinated nature of deadlines in this case with the Pennsylvania Actions, the Trustee respectfully requests that this Court order the new schedule as set forth in the proposed Joint Stipulation and Order filed with this Court on July 11, 2008.

---

1

**Anderson Kill & Olick, P.C.**

The Honorable Gregory M. Sleet
July 18, 2008
Page 2

       As summary judgment motions are currently due on July 21, 2008, we appreciate Your Honor's consideration of the foregoing at your earliest convenience. Counsel to the parties are available for a telephone conference should Your Honor wish to discuss this matter further.

       Respectfully submitted,

_____
Dennis Artese, Esq.
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY 10020

_____
Kevin J. Mangan, Esq. (#3810)
Womble Carlyle Sandridge & Rice PLLC.
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801
*Local counsel*

cc: Counsel for Defendants