## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of June, 2008, I caused to be served, by regular mail, true and correct copies of Plaintiff's Expert Witnesses Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2), the Expert Report of Harris L. Devor; the Expert Report of Michael J. Epstein; and the Expert Report of Terry H. Korn upon the following parties:

| | |
|---|---|
| Richard L. Scheff<br>Jeffrey S. Feldman<br>Montgomery McCracken Walker<br>   &amp; Rhoads LLP<br>123 S. Broad Street<br>Philadelphia, PA 19109-1030<br><br>Noel C. Burnham, Esq.<br>Montgomery, McCracken, Walker &amp;<br>Rhoads<br>1105 Market Street<br>Wilmington, DE 19801-1223<br><br>*Attorneys for Defendant*<br>*Michael O'Hanlon* | Adam Balick, Esq.<br>Balick &amp; Balick, LLC<br>711 King Street<br>Wilmington, DE 19801<br><br>Peter B. Ladig, Esq.<br>The Bayard Firm<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE 19899<br><br>*Attorneys for Defendant*<br>*Harry T.J. Roberts* |
| Richard William Riley, Esq.<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801<br><br>Patrick J. Loftus<br>Robert E. Kelly<br>Kelly D. Eckel<br>Matthew M. Ryan<br>Duane Morris LLP<br>United Plaza<br>30 South 17th Street<br>Philadelphia, PA 19103-4196<br><br>*Attorneys for Defendants*<br>*John P. Boyle and Ray Fear* | William J. Taylor<br>Kevin F. Berry<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA 19103<br><br>*Attorneys for Defendant*<br>*Anthony J. Turek* |
| Julian W. Friedman<br>Mary Margulies-Ohnuma | William J. O'Brien<br>Patricia M. Hamill |

| | |
|---|---|
| Stillman & Friedman, P.C.<br>425 Park Avenue<br>New York, NY 10022<br><br>Thomas Leonard<br>William Leonard<br>Obermayer, Rebmann, Maxwell & Hippel LLP<br>One Penn Center – 19th Floor<br>1617 John F. Kennedy Boulevard<br>Philadelphia, PA 19103<br><br>*Attorneys for Defendant*<br>*Gerald Cohn* | Vincent T. Cieslik<br>Conrad, O'Brien, Gellman & Rohn, P.C.<br>1515 Market Street<br>16th Floor<br>Philadelphia, PA 19102<br><br>*Attorneys for Defendant*<br>*Richard E. Miller* |

          __/s/ Amy Francisco_____
              Amy Francisco, Esq.