IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>    Plaintiff,<br>v.<br><br>MICHAEL A. O'HANLON, *et al.*,<br><br>    Defendants. | :<br>:<br>:<br>:<br>: Civ. No. 04-955-GMS<br>:<br>:<br>:<br>:<br>:<br>: |

### DEFENDANT GERALD L. COHN'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Federal Rule of Civil Procedure 56, and for the reasons set forth in the accompanying Opening Brief, Defendant Gerald L. Cohn hereby moves for summary judgment in the above-captioned matter.

OF COUNSEL:

Julian W. Friedman (Admitted Pro Hac Vice)
Elizabeth S. Weinstein (Admitted Pro Hac Vice)
STILLMAN, FRIEDMAN & SHECHTMAN, P.C.
425 Park Avenue
New York, NY 10022
(212) 223-0200 (telephone)
(212) 223-2447 (facsimile)

*Counsel for Defendant Gerald L. Cohn*

/s/ Steven T. Davis

Steven T. Davis (#2731)
Kellie M. MacCready (#4574)
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
3 Mill Road, Suite 306A
Wilmington, Delaware 19806
(302) 655-9094 (telephone)
(302) 658-8051 (facsimile)

*Counsel for Defendant Gerald L. Cohn*

DATED: July 18, 2008