**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST : : : Plaintiff, : v. : : MICHAEL A. O'HANLON, *et al.*, : : Defendants. : : | Civ. No. 04-955-GMS |

**ORDER**

AND NOW, this _____ day of _____, 2008, upon consideration of Defendant Gerald L. Cohn's Motion for Summary Judgment, and any response thereto, it is hereby ORDERED that the Motion is GRANTED. Accordingly, judgment on all claims against Gerald L. Cohn is entered in favor of Gerald L. Cohn and against Plaintiff.

IT IS SO ORDERED:

_____
Gregory M. Sleet
United States District Judge