## **CERTIFICATE OF SERVICE**

I, Kellie M. MacCready, hereby certify that a true and correct copy of Defendant Gerald L. Cohn's Motion for Summary Judgment, Opening Brief, Appendix A to Opening Brief and Affidavit in Support of Motion for Summary Judgment was electronically filed with the Clerk of Court on July 18, 2008 using CM/ECF which will send notification of such filing to the following counsel of record:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker & Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801

Peter B. Ladig, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19701

Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
1100 Market Street
Suite 1200
Wilmington, DE 19899

Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Noel C. Burnham, Esquire
Montgomery, McCracken, Walker & Rhoads
1105 North Market Street
15th Floor
Wilmington, DE 19801

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

4281722

I further certify that on July 18, 2008, I did cause a copy of the foregoing to be mailed via United States mail, postage prepaid to the following non-registered participants:

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA  19109

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA  19103-2921

Ted Stein, Esquire
Finley Harckham, Esquire
John Berringer, Esquire
Marshall Gilinksy, Esquire
Dennis Artese, Esquire
Amy Francisco, Esquire
Brittany Schwartzwald, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020

Maura Fay, Esquire
Dilworth Paxon LLP
1735 Market Street
Philadelphia, PA  19103

Patricia M. Hamill, Esquire
Vincent T. Cieslik, Esquire
Conrad, O'Brien, Gelman & Rohn, P.C.
1515 Market Street, 16th Floor
Philadelphia, PA  19102-1916

William Taylor, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA  19103-4196

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
1100 Market Street
Suite 1200
Wilmington, DE  19899

        /s/ Kellie M. MacCready
        Kellie M. MacCready (#4574)

4281722