IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST, | : <br> : <br> : No. 04-955-GMS |
| v. | : <br> : |
| MICHAEL A. O'HANLON, *et al.* | : <br> : |

## DEFENDANT MICHAEL A. O'HANLON'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b) AND LOCAL CIVIL RULE 7.1.2

Defendant Michael A. O'Hanlon ("Mr. O'Hanlon"), by and through his counsel, hereby moves the Court for partial summary judgment pursuant to Federal Rule of Civil Procedure 56(b) and Local Civil Rule 7.1.2. Specifically, Mr. O'Hanlon seeks the entry of summary judgment with regard to plaintiff Dennis J. Buckley's Twentieth Claim For Relief in his Complaint, which asserts a claim for "deepening insolvency," and with regard to the Cross-Claims asserted against him by defendants Harry T.J. Roberts, John P. Boyle, Raymond D. Fear, Richard E. Miller, Gerald L. Cohn, and Anthony J. Turek to the extent that such Cross-Claims are premised upon Mr. O'Hanlon's alleged liability to Plaintiff on Plaintiff's Twentieth Claim for Relief.

Mr. O'Hanlon incorporates the arguments set forth in his attached Opening Brief in Support of His Motion for Partial Summary Judgment by reference as though set forth at length herein.

Respectfully submitted,

Date: July 21, 2008

Noel C. Burnham, Esquire
(DE Bar I.D. No. 3483)

(DE Bar I.D. No. XXXX)
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
(302) 504-7890
*Counsel for defendant*
*Michael A. O'Hanlon*

Of Counsel:

Richard L. Scheff, Esquire
Jeffrey S. Feldman, Esquire
MONTGOMERY, McCRACKEN,
 WALKER & RHOADS, LLP
123 South Broad Street, 26th Floor
Philadelphia, PA 19109-1099
(215) 772-1500

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST, | : <br> : <br> : |
| v. | No. 04-955-GMS |
| MICHAEL A. O'HANLON, *et al.* | : <br> : <br> : |

## CERTIFICATE OF SERVICE

I, Noel C. Burnham, do hereby certify that a true and correct copy of defendant Michael O'Hanlon's Motion for Partial Summary Judgment and Opening Brief were electronically filed with the Clerk of Court on Monday, July 21, 2008 using CM/ECF, which will send notification of such filing to the following counsel of record:

>Richard William Riley, Esq. [rwriley@duanemorris.com]
>*Counsel for defendants John Boyle and Raymond D. Fear*
>
>Steven T. Davis, Esq. [steven.davis@obermayer.com]
>Kellie Marie MacCready, Esq. [kellie.maccready@obermayer.com]
>*Counsel for defendant Gerald L. Cohn*
>
>Francis A. Monaco, Jr., Esq. [fmonaco@wcsr.com]
>*Counsel for plaintiff Dennis J. Buckley*
>
>Martin James Weis, Esq. [mweis@dilworthlaw.com]
>*Counsel for defendant Steven R. Garfinkel*
>
>David E. Brand, Esq. [DEBrand@prickett.com]
>*Counsel for defendant Richard Miller*
>
>Peter B. Ladig, Esq. [bankserve@bayardfirm.com]
>*Counsel for defendant Harry Roberts*
>
>David A. Felice, Esq. [dfelice@cozen.com]
>*Counsel for defendant Anthony Turek*

I hereby further certify that on July 21, 2008, I caused a copy of defendant Michael O'Hanlon's Motion for Partial Summary Judgment and Opening Brief to be served via electronic mail / PDF to the following non-registered participants:

William J. Taylor, Esq. [wtaylor@cozen.com]
John C. Barnoski, Esq. [jbarnoski@cozen.com]
*Counsel for defendant Anthony Turek*

Patricia M. Hamill, Esq. [phamill@cogr.com]
Vincent T. Cieslik, Esq. [vcieslik@cogr.com]
*Counsel for defendant Richard Miller*

Dennis J. Artese, Esq. [dartese@andersonkill.com]
Amy Francisco, Esq. [afrancisco@andersonkill.com]
*Counsel for plaintiff Dennis J. Buckley*

Maura Fay McIlvain, Esq. [mmcilvain@dilworthlaw.com]
*Counsel for defendant Steven R. Garfinkel*

Robert E. Kelly, Esq. [rkelly@duanemorris.com]
Kelly D. Eckel, Esq. [kdeckel@duanemorris.com]
*Counsel for defendants John Boyle and Raymond D. Fear*

Julian W. Friedman, Esq. [jfriedman@stillmanfriedman.com]
Elizabeth S. Weinstein, Esq. [eweinstein@stillmanfriedman.com]
*Counsel for defendant Gerald L. Cohn*

Dated: July 21, 2008

Noel C. Burnham, Esquire
(DE Bar I.D. No. 3483)