**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST, | : : : |
| | : No. 04-955-GMS |
| v. | : |
| | : |
| MICHAEL A. O'HANLON, *et al.* | : |
| | : |

**O R D E R**

AND NOW, this                  day of                       , 2008, upon

consideration of defendant Michael A. O'Hanlon ("Mr. O'Hanlon")'s Motion for partial

summary judgment pursuant to Federal Rule of Civil Procedure 56(b) and Local Civil Rule

7.1.2, and any response thereto, it is hereby **ORDERED** and **DECREED** that Mr. O'Hanlon's

Motion is **GRANTED**.

Plaintiff Dennis J. Buckley's Twentieth Claim For Relief in his Complaint is hereby

**DISMISSED** with prejudice.

The Cross-Claims asserted against Mr. O'Hanlon by defendants Harry T.J. Roberts, John

P. Boyle, Raymond D. Fear, Richard E. Miller, Gerald L. Cohn, and Anthony J. Turek are

hereby **DISMISSED** to the extent that such Cross-Claims are premised upon Mr. O'Hanlon's

alleged liability to Plaintiff on Plaintiff's Twentieth Claim for Relief.

BY THE COURT:

_____

Chief Judge Gregory M. Sleet