IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST : <br><br> Plaintiff, : <br><br> MICHAEL A. O'HANLON, et al. : <br> Defendants. : | C.A. NO. 04-955 (GMS) <br><br> **JURY DEMAND** |

### DEFENDANT RICHARD MILLER'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(b) AND LOCAL RULE 7.1.2

Defendant Richard Miller ("Mr. Miller"), by and through his counsel, does hereby move for partial summary judgment pursuant to Federal Rule of Civil Procedure Rule 56(b) and Local Civil Rule 7.1.2. Mr. Miller requests entry of summary judgment in his favor with regard to Plaintiff Dennis J. Buckley's Twentieth Claim for Relief for "deepening insolvency," and with regard to the Cross-Claims asserted against him by Defendants Michael A. O'Hanlon, Harry T.J. Roberts, John P. Boyle, Gerald L. Cohn, and Anthony J. Turek, to the extent that such Cross-Claims are premised upon Plaintiff's Twentieth Claim for Relief.

Mr. Miller incorporates by reference the arguments set forth in his accompanying Opening Brief in Support of his Motion for Partial Summary Judgment as if set forth herein at length.

Dated: July 21, 2008

By: /s/ David E. Brand
David E. Brand, Esq. (Del Bar. No. 201)
debrand@prickett.com
Prickett, Jones & Elliott, P.A.
1310 King Street
Wilmington, DE 19899
(302) 888-6514

*Attorneys for Defendant
Richard E. Miller*

Of counsel:
Patricia M. Hamill, Esquire
phamill@cogr.com
Vincent T. Cieslik, Esquire
vcieslik@cogr.com
CONRAD O'BRIEN GELLMAN & ROHN, P.C.
1515 Market Street, Sixteenth Floor
Philadelphia, PA 19102-1916
(215) 864-9600

## CERTIFICATE OF SERVICE

I, Vincent T. Cieslik, Esquire, hereby certify that a true and correct copy of Defendant Richard Miller's Motion for Summary Judgment, Opening Brief, Order and Certificate of Service was electronically filed with the Clerk of Court on July 21, 2008 using CM/ECF, which will send notification of such filing to the following counsel of record:

Joseph J. Bodnar, Esquire
Francis A. Monaco, Jr., Esquire
Monzack & Monaco, P.A.
1201 North Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19899

Francis A. Monaco, Jr., Esquire
Womble Carlyle Sandridge & Rice PLLC
222 Delaware Avenue
15th Floor
Wilmington, DE 19801

David E. Brand, Esquire
Prickett, Jones & Elliott, P.A.
1310 King Street
P.O. Box 1328
Wilmington, DE 19899

David A. Felice, Esquire
Sean J. Bellew, Esquire
Cozen O'Connor
Chase Manhattan Centre
1201 North Market Street, Suite 1400
Wilmington, DE 19801

Laurie A. Krepto, Esquire
Montgomery, McCracken, Walker
& Rhoads LLP
300 Delaware Avenue, Suite 750
Wilmington, DE 19801
Arthur G. Connolly, III, Esquire
Connolly, Bove, Lodge & Hutz
1100 Market Street
Suite 1200
Wilmington, DE 19899

Peter B. Ladig, Esquire
Stephen B. Brauerman, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19701
Martin James Weis, Esquire
Dilworth Paxson LLP
First Federal Plaza
Suite 500
Wilmington, DE 19801

Noel C. Burnham, Esquire
Montgomery McCracken, et al.
1105 North Market Street
15th Floor
Wilmington, DE 19801

Richard William Riley, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

I further certify that on July 21, 2008, I did cause a copy of the foregoing to be mailed via United States mail, postage prepaid to the following non-registered participants:

Richard L. Scheff, Esquire
Jeffrey Feldman, Esquire
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street, 28th Floor
Philadelphia, PA 19109

Maura Fay, Esquire
Dilworth Paxon, LLP
1735 Market Street
Philadelphia, PA 19103

David W. Marston, Jr., Esquire
William P. Quinn, Jr., Esquire
Karen Pieslak Pohlmann, Esquire
Thomas Ayala, Esquire
Morgan Lewis & Bockius, LLP
1701 Market Street
Philadelphia, PA 19103-2921

William Taylor, Esquire
John C. Barnoski, Esquire
Cozen and O'Connor
1900 Market Street
Philadelphia, PA 19103

Ted Stein, Esquire
Finley Harckham, Esquire
John Berringer, Esquire
Marshall Glints, Esquire
Dennis Arêtes, Esquire
Amy Francisco, Esquire
Brittany Schwartzwald, Esquire
Anderson Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020

Matthew A. Taylor, Esquire
Patrick J. Loftus, Esquire
Robert E. Kelly, Esquire
Kelly D. Eckel, Esquire
Duane Morris LLP
30 S. 17th Street
Philadelphia, PA 19103-4196

Arthur G. Connolly, Jr., Esquire
Connolly, Bove, Lodge & Hutz
1100 Market Street
Suite 1200
Wilmington, DE 19899

/s/ Vincent T. Cieslik, Esquire

Dated: July 21, 2008