IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>Plaintiff,<br><br>MICHAEL A. O'HANLON, et al.<br>Defendants. | C.A. NO. 04-955 (GMS)<br><br>**JURY DEMAND** |

### ORDER

And now this _____ day of _____ 2008, upon consideration of the Motion of Richard Miller for partial summary judgment pursuant to Fed. R. Civ. P. 56, and Local Rule 7.1.2, and any response thereto, it is hereby ordered and decreed that said motion is **GRANTED**.

Plaintiff Dennis J. Buckley's Twentieth Claim for Relief in his Complaint is hereby dismissed **WITH PREJUDICE**.

The Cross-Claims asserted by Defendants Michael A. O'Hanlon, Harry T.J. Roberts, John P. Boyle, Gerald L. Cohn, and Anthony J. Turek, are hereby dismissed to the extent such Cross-Claims are premised upon Mr. Miller's alleged liability on Plaintiff's Twentieth Claim for Relief.

BY THE COURT

_____
CHIEF JUDGE GREGORY M. SLEET