IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendant(s). | 1:04-cv-955-GMS<br><br>JURY DEMANDED |

## JOINDER OF HARRY T.J. ROBERTS IN MOTION FOR PARTIAL SUMMARY JUDGMENT

Harry T.J. Roberts, by and through his undersigned counsel, hereby joins in the Motions for Summary Judgment of Gerald Cohn and Richard e. Miller filed in the above-captioned action on July 21, 2008.

BAYARD, P.A.

_/s/ Peter B. Ladig_
Peter B. Ladig (No. 3513)
222 Delaware Avenue, Suite 900
Wilmington, DE 19899
(302) 655-5000
pladig@bayardfirm.com
Attorneys for Defendant Harry T.J. Roberts

Dated: July 21, 2008

{BAY:01046484v1}