UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | Civil Action No. 04-955-GMS |

**STIPULATION AND ORDER EXTENDING TIME FOR TRUSTEE'S
RESPONSE TO COHN MOTION FOR SUMMARY JUDGMENT**

WHEREAS, Defendant Gerald L. Cohn ("Cohn") filed a Motion for Summary Judgment on July 18, 2008 (docket no. 147) (the "Cohn MSJ"), along with a supporting brief, appendix and affidavit (docket nos. 148 – 150); and

WHEREAS, under Local Rules, the Response of Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee") to the Cohn MSJ would be due on August 4, 2008; and

WHEREAS, counsel for the Trustee have been occupied with a trial proceeding in U.S. District Court for the District of Massachusetts, and have requested that counsel for Cohn stipulate to a two-week extension of the time for the Trustee's response to the Cohn MSJ; and

WHEREAS, counsel for Cohn have extended the professional courtesy of agreeing to such extension;

NYDOCS1-897478.2

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties to this action that:

1. The Trustee's response to the Cohn MSJ shall be due on August 18, 2008.

2. Cohn's reply in support of the Cohn MSJ shall be due on September 2, 2008.

        WOMBLE CARLYLE SANDRIDGE &
        RICE, P.L.L.C.

        By: _____
           Francis A. Monaco, Jr., Esq. (#2078)
        222 Delaware Avenue, 15th Floor
        Wilmington, Delaware 19801
        (302) 252-4320

        - and -

        ANDERSON KILL & OLICK, P.C.
           Finley T. Harckham, Esq.
           Edward J. Stein, Esq.
           Dennis Artese, Esq.
           Amy L. Francisco, Esq.
           Brittany H. Schwartzwald, Esq.
        1251 Avenue of the Americas
        New York, New York 10020
        (212) 278-1000

        Attorneys for Dennis J. Buckley, as Trustee
        of the DVI Liquidating Trust

-3-

        STILLMAN & FRIEDMAN, P.C.

        By:__/s/ Julian W. Friedman_____
             Julian W. Friedman, Esq.
        425 Park Avenue
        New York, NY 10022
        (212) 223-0200

        OBERMAYER REBMANN MAXWELL &
        HIPPEL LLP
            Steven T. Davis, Esq.
            Kellie Marie MacCready, Esq.
        3 Mill Road, Suite 306A
        Wilmington, DE 19806
        (302) 655-9094

        Attorneys for Defendant Gerald Cohn

SO ORDERED:

_____
GREGORY M. SLEET, U.S.D.J.