UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>Plaintiff,<br><br>- against -<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>Defendants. | Civil Action No. 04-955-GMS |

**PLAINTIFF'S MEMORANDUM OF NO OPPOSITION IN RESPONSE TO DEFENDANTS' MOTIONS FOR PARTIAL SUMMARY JUDGMENT REGARDING THE TWENTIETH CLAIM FOR RELIEF IN PLAINTIFF'S COMPLAINT**

Plaintiff, Dennis J. Buckley, as the trustee of the DVI Liquidating Trust (the "Trustee"), by and through the undersigned counsel, submits this memorandum of no opposition in response to Defendant Michael A. O'Hanlon's Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56(b) and Local Civil Rule 7.1.2 and Defendant Richard Miller's Motion for Partial Summary Judgment Pursuant to Fed. R. Civ. P. 56(b) and Local Civil Rule 7.1.2, both dated July 21, 2008 (collectively, and including Defendant Harry T.J. Roberts' joinder, the "Motions").

In light of the Delaware Supreme Court's recent affirmation of the Chancery Court's ruling in <u>Trenwick America Litigation Trust v. Ernst & Young, L.L.P.</u>, 906 A.2d 168 (Del. Ch. 2006), aff'd 931 A.2d 438 (Del. 2007), the Trustee is not opposing the Motions.

Although the Trustee will not pursue the Twentieth Claim for Relief in his Complaint in this Action, it should be noted that deepening insolvency continues to be a valid theory of damages for the other nineteen claims in the Complaint.  See In re The Brown Schools, 386 B.R. 37, 48 (Bkrtcy. D. Del. 2008).  Accordingly, the Trustee reserves its right to use that and other methods of establishing its damages in this matter, as appropriate.

Dated:  August 14, 2008

        WOMBLE CARLYLE SANDRIDGE & RICE, P.L.L.C.

By: _____
    Francis A. Monaco, Jr., Esq. (#2078)
    Kevin J. Mangan, Esq. (#3810)
222 Delaware Avenue, 15th Floor
Wilmington, Delaware  19801
(302) 252-4340

- and -

ANDERSON KILL & OLICK, P.C.
    Finley T. Harckham, Esq.
    Edward J. Stein, Esq.
    Dennis Artese, Esq.
    Amy L. Francisco, Esq.
    Brittany H. Schwartzwald, Esq.
1251 Avenue of the Americas
New York, New York 10020
(212) 278-1000

Attorneys for Dennis J. Buckley, as Trustee of the DVI Liquidating Trust