UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST<br><br>      Plaintiff,<br><br>    - against -<br><br>MICHAEL A. O'HANLON, STEVEN R. GARFINKEL, RICHARD E. MILLER, JOHN P. BOYLE, ANTHONY J. TUREK, RAYMOND D. FEAR, WILLIAM S. GOLDBERG, GERALD L. COHN, JOHN E. MCHUGH, HARRY T.J. ROBERTS, and NATHAN SHAPIRO,<br><br>      Defendants. | Civil Action No. 04-955-GMS |

**STIPULATION AND ORDER EXTENDING TIME FOR
<u>TRUSTEE'S RESPONSE TO COHN MSJ</u>**

    WHEREAS, Defendant Gerald L. Cohn ("Cohn") filed a Motion for Summary Judgment on July 18, 2008 (docket no. 147) (the "Cohn MSJ"), along with a supporting brief, appendix and affidavit (docket nos. 148 – 150); and

    WHEREAS, under Local Rules, the Response of Plaintiff Dennis J. Buckley, as Trustee of the DVI Liquidating Trust (the "Trustee") to the Cohn MSJ would be due on August 4, 2008; and

    WHEREAS, upon prior stipulation between counsel for the Trustee and Mr. Cohn, "so ordered" by the Court on August 14, 2008, the Trustee's response to the Cohn MSJ would be due on August 18, 2008; and

NYDOCS1-898443.1

-2-

WHEREAS, the Trustee and Mr. Cohn have reached an agreement in principle resolving the Trustee's claims against Mr. Cohn in this action; and

WHEREAS, counsel for the Trustee has requested that counsel for Mr. Cohn stipulate to a two-week extension of the time for the Trustee's response to the Cohn MSJ while counsel memorialize their agreement in principle to a final settlement agreement; and

WHEREAS, counsel for Mr. Cohn have extended the professional courtesy of agreeing to such extension;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties to this action that:

1. The Trustee's response to the Cohn MSJ, if any, shall be due on September 8, 2008.

      2.      Mr. Cohn's reply in support of the Cohn MSJ, if any, shall be due on September 22, 2008.

      WOMBLE CARLYLE SANDRIDGE & RICE, P.L.L.C.

      By:____/s/ Francis A. Monaco, Jr.
           Francis A. Monaco, Jr., Esq. (#2078)
           Kevin J. Mangan, Esq. (#3810)
      222 Delaware Avenue, 15th Floor
      Wilmington, Delaware 19801
      (302) 656-8162

      - and -

      ANDERSON KILL & OLICK, P.C.
           Finley T. Harckham, Esq.
           Edward J. Stein, Esq.
           Dennis Artese, Esq.
           Amy L. Francisco, Esq.
           Brittany H. Schwartzwald, Esq.
      1251 Avenue of the Americas
      New York, New York 10020
      (212) 278-1000

      Attorneys for Dennis J. Buckley, as Trustee of the DVI Liquidating Trust

        STILLMAN & FRIEDMAN, P.C.

        By:__/s/ Kellie MacCready_____
            Julian W. Friedman, Esq.
        425 Park Avenue
        New York, NY  10022
        (212) 223-0200

        OBERMAYER REBMANN MAXWELL &
        HIPPEL LLP
            Steven T. Davis, Esq.
            Kellie Marie MacCready, Esq.
        3 Mill Road, Suite 306A
        Wilmington, DE 19806
        (302) 655-9094

        Attorneys for Defendant Gerald Cohn

SO ORDERED:


_____
GREGORY M. SLEET, U.S.D.J.


NYDOCS1-898443.1        -4-
WCSR  3960823v1