IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, AS TRUSTEE OF THE DVI LIQUIDATING TRUST : <br> : <br> Plaintiff, : <br> v. : <br> : <br> MICHAEL A. O'HANLON, *et al.*, : <br> : <br> Defendants. : <br> : | Civ. No. 04-955-GMS |

**NOTICE OF WITHDRAWAL WITHOUT PREJUDICE OF DEFENDANT
<u>GERALD L. COHN'S MOTION FOR SUMMARY JUDGMENT</u>**

**TO THE CLERK:**

Kindly withdraw without prejudice Defendant Gerald L. Cohn's Motion for Summary Judgment, docket item number 147.


| OF COUNSEL: | __/s/_ Steven T. Davis_____ |
|---|---|
| Julian W. Friedman (Admitted Pro Hac Vice) | Steven T. Davis (#2731) |
| Elizabeth S. Weinstein (Admitted Pro Hac Vice) | Kellie M. MacCready (#4574) |
| STILLMAN, FRIEDMAN & SHECHTMAN, P.C. | OBERMAYER REBMANN MAXWELL & HIPPEL LLP |
| 425 Park Avenue | 3 Mill Road, Suite 306A |
| New York, NY 10022 | Wilmington, Delaware 19806 |
| (212) 223-0200 (telephone) | (302) 655-9094 (telephone) |
| (212) 223-2447 (facsimile) | (302) 658-8051 (facsimile) |
| *Counsel for Defendant Gerald L. Cohn* | *Counsel for Defendant Gerald L. Cohn* |

DATED: September 8, 2008

4310816