## CERTIFICATE OF SERVICE

I, Kellie M. MacCready, hereby certify that a true and correct copy of the Notice of Withdrawal Without Prejudice of Defendant Gerald L. Cohn's Motion for Summary Judgment was electronically filed with the Clerk of Court on September 8, 2008 using CM/ECF which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Joseph J. Bodnar, Esquire<br>Francis A. Monaco, Jr., Esquire<br>Monzack & Monaco, P.A.<br>1201 North Orange Street, Suite 400<br>P.O. Box 2031<br>Wilmington, DE  19899 | Francis A. Monaco, Jr., Esquire<br>Womble Carlyle Sandridge & Rice PLLC<br>222 Delaware Avenue<br>15th Floor<br>Wilmington, DE  19801 |
| David E. Brand, Esquire<br>Prickett, Jones & Elliott, P.A.<br>1310 King Street<br>P.O. Box 1328<br>Wilmington, DE  19899 | David A. Felice, Esquire<br>Sean J. Bellew, Esquire<br>Cozen O'Connor<br>Chase Manhattan Centre<br>1201 North Market Street, Suite 1400<br>Wilmington, DE  19801 |
| Laurie A. Krepto, Esquire<br>Montgomery, McCracken, Walker & Rhoads LLP<br>300 Delaware Avenue, Suite 750<br>Wilmington, DE  19801 | Peter B. Ladig, Esquire<br>Stephen B. Brauerman, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE  19701 |
| Arthur G. Connolly, III, Esquire<br>Connolly, Bove, Lodge & Hutz<br>1100 Market Street<br>Suite 1200<br>Wilmington, DE  19899 | Martin James Weis, Esquire<br>Dilworth Paxson LLP<br>First Federal Plaza<br>Suite 500<br>Wilmington, DE  19801 |
| Noel C. Burnham, Esquire<br>Montgomery, McCracken, Walker<br>  & Rhoads<br>1105 North Market Street<br>15th Floor<br>Wilmington, DE 19801 | Richard William Riley, Esquire<br>Duane Morris LLP<br>1100 North Market Street<br>Suite 1200<br>Wilmington, DE 19801 |

I further certify that I did cause a copy of the foregoing to be mailed via United States mail, postage prepaid to the following non-registered participants:

4310824

| | |
|---|---|
| Richard L. Scheff, Esquire<br>Jeffrey Feldman, Esquire<br>Montgomery, McCracken, Walker & Rhoads, LLP<br>123 South Broad Street, 28th Floor<br>Philadelphia, PA  19109 | Maura Fay, Esquire<br>Dilworth Paxon LLP<br>1735 Market Street<br>Philadelphia, PA  19103 |
| David W. Marston, Jr., Esquire<br>William P. Quinn, Jr., Esquire<br>Karen Pieslak Pohlmann, Esquire<br>Thomas Ayala, Esquire<br>Morgan Lewis & Bockius, LLP<br>1701 Market Street<br>Philadelphia, PA  19103-2921 | Patricia M. Hamill, Esquire<br>Vincent T. Cieslik, Esquire<br>Conrad, O'Brien, Gelman & Rohn, P.C.<br>1515 Market Street, 16th Floor<br>Philadelphia, PA  19102-1916 |
| | William Taylor, Esquire<br>John C. Barnoski, Esquire<br>Cozen O'Connor<br>1900 Market Street<br>Philadelphia, PA  19103 |
| Ted Stein, Esquire<br>Finley Harckham, Esquire<br>John Berringer, Esquire<br>Marshall Gilinksy, Esquire<br>Dennis Artese, Esquire<br>Amy Francisco , Esquire<br>Brittany Schwartzwald, Esquire<br>Anderson Kill & Olick, P.C.<br>1251 Avenue of the Americas<br>New York, NY  10020 | Matthew A. Taylor, Esquire<br>Patrick J. Loftus, Esquire<br>Robert E. Kelly, Esquire<br>Kelly D. Eckel, Esquire<br>Duane Morris LLP<br>30 S. 17th Street<br>Philadelphia, PA  19103-4196<br><br>Arthur G. Connolly, Jr., Esquire<br>Connolly, Bove, Lodge & Hutz<br>1100 Market Street<br>Suite 1200<br>Wilmington, DE  19899 |

                                                         __/s/ Kellie M. MacCready_____
                                                        Kellie M. MacCready (#4574)

4310824