IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DENNIS J. BUCKLEY, TRUSTEE OF ) <br> DVI LIQUIDATING TRUST, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL A. O'HANLON, *et al.*, ) <br> ) <br> Defendants. ) | C.A. No. 04-955-GMS |

## SUBSTITUTION OF COUNSEL

TO:   CLERK OF THE COURT

Please substitute the appearance of Joseph J. Bellew, Esquire of Cozen O'Connor for Sean J. Bellew, Esquire and David A. Felice, Esquire of Cozen O'Connor as lead counsel on behalf of defendant Anthony J. Turek. William J. Taylor, Esquire and John C. Barnoski, Esquire of the Pennsylvania office of Cozen O'Connor who have been previously admitted *pro hac vice* in this case, remain of counsel for defendant Anthony J. Turek.

Dated: September 19, 2008

/s/ Joseph J. Bellew
Joseph J. Bellew (#4816)
Cozen O'Connor
1201 North Market Street, Suite 1400
Wilmington, DE  19801
Telephone:  (302) 295-2000
Facsimile:  (302) 295-2013

*Attorneys for Defendant Anthony J. Turek*

*Of Counsel*:
William J. Taylor, Esquire
John C. Barnoski, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013